IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20938-CIV-KING

NICOLAS ESTRELLA,

        Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

        Defendant.
_____/

## NOTICE OF POSTPONEMENT OF DEPOSITION

YOU ARE HEREBY NOTIFIED that the deposition of Federal Insurance Company's Designee scheduled for August 26, 2010 at 9:30 a.m. has been postponed. The deposition will be reset at another time which will be coordinated with counsel for defendant.

        Respectfully submitted,

        COFFEY BURLINGTON
        Office in the Grove, Penthouse
        2699 South Bayshore Drive
        Miami, Florida 33133
        Tel: 305-858-2900
        Fax: 305-858-5261
        Counsel for Plaintiff Nicolas Estrella

By: _____
        Robert K. Burlington, FBN: 261882
        *rburlington@coffeyburlington.com*
        Benjamin H. Brodsky – FBN: 73748
        *bbrodsky@coffeyburlington.com*

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

## CERTIFICATE OF SERVICE

I HEREBY CERTITY that a true and correct copy of the foregoing was mailed to Christopher R. Fertig, Esq., Fertig & Gramling, 200 Southeast 13th Street, Ft. Lauderdale, Florida 33316 on this 23rd day of August, 2010.

_____
Robert K. Burlington

2

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com