IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE No.: 10-CV-20938-JLK

_____

NICOLAS ESTRELLA,

      Plaintiff,

-vs-

FEDERAL INSURANCE COMPANY,

      Defendant.

_____

VIDEOTAPE DEPOSITION OF

JOSE CABALLERO

Taken on Behalf of the Defendant

DATE TAKEN:         May 26, 2011

TIME:            10:35 a.m. to 11:38 a.m.

PLACE:           1031 Ives Dairy Road

                  Suite 228

                  North Miami, Florida

Examination of the witness taken by:

CYNTHIA R. HEWLETT

Registered Professional Reporter

United Reporting, Inc.

1218 Southeast 3rd Avenue

Fort Lauderdale, Florida

954-525-2221

JOSE CABALLERO

2

**2**

1  APPEARANCES:
2  KARCHER, CANNING & KARCHER
   By:  MICHAEL R. KARCHER, ESQ.,
3  888 Southeast 3rd Avenue
   Suite 300
4  Fort Lauderdale, FL 33316
   Appearing on behalf of the Plaintiff
5
6  FERTIG & GRAMLING, LP
   By:  CHRISTOPHER R. FERTIG, ESQ.,
7  and  SETH E. HARRIS, ESQ.,
   200 Southeast 13th Street
8  Fort Lauderdale, FL 33316
   Appearing on behalf of the Defendant
9
10
11
12            INDEX
13 WITNESS:        EXAMINATION        PAGE
14 JOSE CABALLERO      Direct
        By Mr. Fertig        4
15
        Cross
16      By Mr. Karcher        59
17      Redirect
        By Mr. Fertig        60
18
19         - - -
      E X H I B I T S   M A R K E D
20
   Defendant's Exhibit 1 for Identification    29
21     (Photo of side of boat)
22 Defendant's Exhibit 2 for Identification    30
       (Photo of back of boat)
23
   Defendant's Exhibit 3 for Identification    52
24     (Photo of capsized boat)
25

**3**

1        Videotape deposition of JOSE CABALLERO, a
2  witness of lawful age, taken by the Defendant, for the
3  purposes of discovery and for use as evidence in the
4  above-entitled cause, pursuant to notice heretofore
5  filed, before CYNTHIA R. HEWLETT, a Registered
6  Professional Reporter and Notary Public, in and for
7  the State of Florida at Large, at 1031 Ives Dairy
8  Road, Suite 228, North Miami, Florida.
9        THE VIDEOGRAPHER:  We are now on the video
10 record.
11       Today is Thursday, the 26th day of May,
12 2011.  The time is 10:35 a.m.
13       We are here at 1031 Ives Dairy Road, Suite
14 228, North Miami, Florida, for the purpose of
15 taking the videotaped deposition of Jose
16 Caballero.  Taken in Case Number 10-CV-20938-JLK,
17 Nicolas Estrella versus Federal Insurance
18 Company.  The case is filed in the United States
19 District Court, Southern District of Florida.
20       The court reporter is Cindy Hewlett.  The
21 videographer is Sean Maguire, both of United
22 Court Reporting.
23       Will counsel and all present please
24 introduce yourself.  And the court reporter will
25 swear the witness.

**4**

1        MR. KARCHER:  Michael Karcher, on behalf of
2  the plaintiff.
3        MR. FERTIG:  Chris Fertig and Seth Harris,
4  on behalf of Federal Insurance Company.
5        THE REPORTER:  Raise your right hand.
6  THEREUPON:
7             JOSE CABALLERO
8  a witness of lawful age, having been first duly sworn
9  in the above cause, testified on his oath as follows:
10       THE WITNESS:  Yes, ma'am.
11          DIRECT EXAMINATION
12   Q   (By Mr. Fertig)  Please state your name,
13 sir.
14   A   Jose Caballero.
15   Q   And where do you live, Mr. Caballero?
16   A   17184 Southwest 138th Court, Miami, Florida,
17 33177.
18   Q   Where did you grow up?
19   A   Miami, basically.
20   Q   Have you ever spent any time in Texas?
21   A   Yes.
22   Q   Where you live, is that a house or
23 apartment?
24   A   It's a town house.
25   Q   Okay.  And do you own or rent?

**5**

1   A   I own.
2   Q   And how long have you lived there?
3   A   Approximately five years.
4   Q   And who do you live there with?
5   A   My three sons.
6   Q   And what are their names?
7   A   Joseph, is the oldest son.  Brian and Kevin.
8   Q   And they -- they go to school?
9   A   Yes.  They -- my youngest one goes to high
10 school still.  The other two go to college part time.
11   Q   Do your parents live in the Miami area?
12   A   My father passed away two years ago.
13       My mother still lives in Miami, yes.
14   Q   Okay.  And do you have any type of a
15 criminal record?
16   A   Yes.  I was -- back in Texas.
17   Q   Okay.  And what was the nature of the crime?
18   A   Possession of narcotics.  I think that was
19 it.  And a firearm, which they later dismissed.
20   Q   Okay.  And what was the consequence of that
21 charge?
22   A   Probation, five years.
23   Q   Are you still on probation?
24   A   Oh, no.
25   Q   Who do you currently work for?

JOSE CABALLERO

3

**6**

1    A    Trans Florida Development.
2    Q    And who runs or owns Trans Florida
3  Development?
4    A    Aquilino Melo.
5    Q    And what do you do for Mr. Melo?
6    A    I'm his boat captain.
7    Q    What boat are you captain of?
8    A    Presently?
9    Q    Presently.
10    A    Seventy-four Viking, Road Builder.
11    Q    And how long have you been captain of the
12  74-foot Viking, Road Builder?
13    A    About three years.  And prior to that it was
14  a 58 Riviera.
15    Q    And what was the name of the Riviera?
16    A    It was Daniella.
17    Q    And where are the boats currently docked?
18    A    Coco Plum.
19    Q    Okay.  Do you do anything for Mr. Melo other
20  than captain his boats?
21    A    No.
22    Q    How do you know Bobby Figueredo?
23    A    I've known him for approximately 20 years
24  through the boating industry.
25    Q    Did you grow up on the Key with --

**7**

1    A    No.
2    Q    -- Bobby?
3    A    No, sir.
4    Q    How did you first meet him?
5    A    I met him in the Bahamas.  I used to work
6  for Mr. Adrian, Adrian Homes.  I was his captain back
7  from 1990, to about 1990 -- I'm sorry, 1990, to about
8  2005.  And Mr. Estrella used to rent space from him in
9  his shopping centers for his insurance company.
10         And that's where I met Bobby, over in the
11  Bahamas one time they -- when they were over there.
12  He used to work for Nick Estrella back --
13    Q    So you met Bobby when he was captain of one
14  of Mr. Estrella's boats?
15    A    I believe it was a 43 Bertram at the time,
16  yes.
17    Q    And that was named Star One?
18    A    Star One.  Yes.
19    Q    And at that time there was a relationship
20  between Mr. Estrella and your then employer?
21    A    Yeah.  Yeah.
22    Q    What about Eric MacKenzie, how long have you
23  known Eric?
24    A    Probably a little bit less than I've known
25  Bobby.  Ten years, maybe, 15 years.

**8**

1    Q    And how did you meet Eric?
2    A    With Bobby.  We used to go play golf
3  together, go fishing together, you know, just stuff
4  like that.
5    Q    So you maintain on a very close relationship
6  with Bobby Figueredo?
7    A    Not really.  There's times I talk to him
8  every week, and then he disappears for six months, and
9  then I don't talk to him for six months sometimes, you
10  know.
11    Q    Well, have you been to Bobby's residence to
12  have dinner, to socialize with him?
13    A    When he used to work -- I mean, when he used
14  to live at his old house in Pine Crest, was it -- not
15  Pine -- I'm sorry, not Pine Crest, off U.S. 1 there,
16  when he was married to Lisa.  Went to a birthday party
17  when his daughter had a birthday party.  That was
18  about it.
19    Q    Has Bobby been over to your residence?
20    A    Yes.
21    Q    Okay.  And what about John Tellam, do you
22  know John?
23    A    I know him.  I -- I don't associate with
24  him.  But I know who he is.
25    Q    Who is John Tellam?

**9**

1    A    Friend of Bobby's.  He, I think -- I guess,
2  runs a -- or has a tow company.  At the time he had
3  Sea Tow at the time.  Then I think after that he
4  had -- he has his own tow company now.
5    Q    Do you ever use the services of John Tellam?
6    A    No.
7    Q    Any particular reason why not?
8    A    I've never had to use him.
9    Q    You never needed a tow or assistance?
10    A    In fact, the one time I -- I took a 60
11  Bertram out for a sea trial with -- trying to remember
12  his name now -- well, whatever.  We ran out of fuel,
13  and I called him.  This was ten, 15 years ago.  I
14  called him.  When he got out there to tow us in, we
15  got the boat running, so we didn't need the services.
16  That was the only time.
17    Q    But you did call John Tellam?
18    A    Yes.
19    Q    Okay.  Any particular reason why John versus
20  any of the other marine quick response?
21    A    Because he was working for Sea Tow at the
22  time.  I mean, that -- that was Sea Tow at the time,
23  at the time I called him.
24    Q    Did the owner -- was he a member of Sea Tow?
25    A    No.

**(Pages 6 to 9)**

JOSE CABALLERO

4

10

1   Q   Prior to the deposition today, who did you
2   speak with about your testimony?
3       A   Um, I called Bobby to ask him why they were
4   calling me.  And then he says, I have no idea.  That's
5   basically who I talked to.
6   Q   Bobby said he had "no idea"?
7       A   He says he don't -- has no idea why they're
8   calling me.
9   Q   Well, before you were subpoenaed, what did
10  you and Bobby discuss regarding this matter, this
11  Estrella versus Federal --
12      A   Nothing.
13  Q   -- Insurance Company?
14      A   Nothing.
15  Q   Were you aware of this lawsuit --
16      A   Yes.
17  Q   -- before today?
18      How were you aware of this lawsuit?
19      A   Everybody in town knows about it.  I mean,
20  just -- all the captains talking about it and --
21  that's basically it.  I mean, everybody basically
22  knows about it, what's going on.
23  Q   What do you know about the lawsuit?
24      A   I don't know anything about the lawsuit.
25  Q   Well, you just said "everybody in town knows

11

1   about what's going on".
2       A   Well, knows -- knows what's happening.  But
3   other than that, I don't know anything about it.
4   Q   Well, what do you understand is happening?
5       A   That Mr. Estrella is, I guess, suing the
6   insurance company to get his money for -- for the
7   boat.  And that's all, basically, what I know about
8   it.
9   Q   Well, what happened to Mr. Estrella's boat?
10      A   I have no idea.
11  Q   You have "no idea"?
12      A   Huh-uh.
13  Q   You -- you don't know whether it was in a
14  fire or --
15      A   I don't know.
16  Q   -- grounded?
17      You don't know anything about it?
18      A   No, sir.
19  Q   Bobby's never told you a single thing about
20  what happened?
21      A   Well, he basically told me that they thought
22  that he was involved with it, and that was it.  I
23  mean, we haven't -- like I said, sometimes I talk to
24  Bobby on a weekly basis, sometimes I don't talk to him
25  for six months.  And I haven't talked to Bobby,

12

1   probably two or three months, until I called him the
2   other day when I got this -- when I got served.
3   Q   Well, before you were served, and I'm going
4   back now, you know -- I think you were served, what,
5   about a week ago?
6       A   I think it was either Monday or Tuesday.
7   I'm not -- it might have been Monday.
8   Q   Right.  Of last week --
9       A   This week.
10  Q   -- or the week before?
11      A   This week.
12      Let me turn it off.
13  Q   What did Bobby tell you about his knowledge
14  of what happened to the Star One?
15      A   Not -- nothing.
16  Q   He didn't tell you anything about where the
17  boat was found, how the boat was found?
18      A   I found out through Darren (phonetic), I
19  think his last name is Duteau (phonetic) or Darren --
20  I forgot his last name.  He called me maybe two days
21  after the day it happened.  Because I remember him --
22  him calling me, asking if I knew where Bobby was.
23      And I said, no.  I don't -- I talked to him
24  a couple days ago, I don't know where he's at.
25      And then he told me that they found the Star

13

1   One in the Bahamas somewhere, and that he was trying
2   to get ahold of Bobby to see what -- if anything was
3   wrong with Bobby or if anything happened to Bobby
4   or --
5   Q   Well, what were you told about the Star One?
6       A   That it was found in the Bahamas
7   upside-down.  And that was basically it.
8   Q   And what did Bobby tell you about what he
9   knew about it?
10      A   He didn't say nothing.  He says, I don't
11  know what happened, I don't know what's going on.
12  That's basically what he told me.
13  Q   Well, what about this year, 2011, around
14  January and -- and February, what did Bobby tell you
15  about what was going on with the lawsuit or his
16  contact with Mr. Estrella's attorneys?
17      A   Nothing, at all.  Bobby calls me every once
18  in a while.  He goes fishing with us a lot on the Road
19  Builder, we hire him as a mate.  And he's always --
20  you know, every once in a while he's called me, are we
21  going -- when are we going fishing?  And just --
22  basically, that's it.  Nothing about the lawsuit or --
23  just basically talk about fishing.
24  Q   Okay.
25      A   And I usually have some trips, bringing

(Pages 10 to 13)

JOSE CABALLERO

---

**14**

1   boats back from -- from up north for -- you know, for
2   a brokerage and do -- doing deliveries.  And sometimes
3   I call Bobby, sometimes he calls me to ask me do -- do
4   I have any work for him?  And that's basically it.
5        Q    Because back at the beginning of the year I
6   note from Bobby's phone records that he seems to have
7   a pattern of phone calls where he's talking to
8   Mr. MacKenzie, he's then talking to --
9             MR. KARCHER:  Object to form.  You're --
10            you're basically testifying about records.  Just
11            ask him a question.
12       Q    I'm laying a predicate.
13            He's talking to counsel for Mr. Estrella,
14   then he talks to Mr. MacKenzie, then he talks to you,
15   then he talks to Mr. Navarro, then he talks --
16       A    Well, like I said, he calls me for fishing
17   purposes.  Are we going fish -- like last week he
18   called me, we going fishing for the mutton?  He says
19   what -- and around the May -- month of May, we always
20   go mutton fishing in Bimini.  And he's called me up
21   for that.  That's the only reason he calls me for.
22       Q    He never called to tell you what was going
23   on in this lawsuit --
24       A    No, sir.
25       Q    -- or anything about his conversations with

---

**15**

1   attorneys?
2        A    No, sir.
3        Q    Did he ever call to tell you about any
4   investigations that were going on?
5        A    No, sir.
6        Q    Ever called to tell you that he had been
7   accused of having some role with Mr. Estrella's boat?
8        A    Yeah, in a way, he did -- did tell me that.
9        Q    Well, what did he tell you?
10       A    That they were accusing him.  And that his
11   ex-girlfriend was talking all kinds of trash and
12   calling his other employers that he's worked for in
13   the past.  You know, just stuff like that.
14       Q    And when did he tell you that?
15       A    In the past.  I don't remember when.
16       Q    Well, how far back in the past?
17       A    A year ago.  I -- I mean, I don't know.  I
18   don't remember.
19       Q    So -- well, let's just go back and -- and
20   talk about that.
21            About a year ago Bobby told you he was being
22   accused of some participation with the Star One?
23       A    He didn't tell me --
24            MR. KARCHER:  Object to form.
25       A    Yeah.  He didn't tell me he was being

---

**16**

1   accused.  He just told me what was going on, you know,
2   they were just asking him questions.  And that was
3   basically it.
4        Q    Who was asking him questions?
5        A    I don't know.  He didn't tell me.
6        Q    Well, let's go back.
7             Did Bobby ever tell you that he was being
8   accused of having some role in the Star One's partial
9   submersion?
10       A    I don't remember him saying "accused".  Like
11   I said, he talked briefly about it.  And every other
12   conversation was about fishing, it wasn't about this.
13            That's basically it.
14       Q    Well, what did he tell you specifically?
15       A    What I just told you.  That he was being --
16   you know, he was being questioned about the
17   disappearance of a boat.  That was basically it.
18       Q    Did he tell you who was questioning him?
19       A    No.
20       Q    What did he say about this girlfriend?
21       A    Um, basically, that she was very mad at him
22   for seeing that -- she found out he was seeing
23   somebody else, and she was very upset at him.  That
24   was basically it.
25       Q    So is there any connection in your mind or

---

**17**

1   what Bobby told you between the girlfriend and what
2   happened to the Star One?
3        A    No, not -- I mean, no.  I don't --
4        Q    Well, why would you tell me something about
5   Bobby's girlfriend, when we're talking about the Star
6   One?
7        A    Because you --
8             MR. KARCHER:  Object to form.
9        A    -- you just asked me.  I mean --
10       Q    No.  Before you said that Bobby mentioned
11   something about his girlfriend going around saying
12   things.
13       A    Yes.
14       Q    What was she saying?
15       A    She was calling his other people that he
16   used to work for.  He -- Bobby freelances a lot.  He
17   works for different people all the time.
18            And he told me that she was calling his
19   ex-employers saying that he was stealing stuff from
20   the boat and doing this and that, and -- and other
21   stuff.  I don't know, she didn't -- he didn't get into
22   details with.  He said -- just said that she was very
23   pissed off and she was trying to get back at him for
24   some reason, I don't know.
25            I mean, I met Lori three, four times she's

**(Pages 14 to 17)**

JOSE CABALLERO

18

1 dropped Bobby off at the boat when he would go fishing
2 with us at the marina there. And basically I just met
3 her two or three times -- four times, maybe, I don't
4 remember, through the years.
5     Q    Did Bobby ever tell you that Lori was
6 accusing him of something to do with sinking the boat?
7     A    No.
8     Q    After you were served with the subpoena, you
9 said you contacted Bobby Figueredo?
10    A    Yes.
11    Q    And how did you get in touch with him?
12    A    On his cell phone.
13    Q    And where was Bobby?
14    A    I did not ask him. I don't know if he was
15 here or up north. Because I know his girlfriend lives
16 up north. I don't know where he was at.
17    Q    What did you say to Bobby?
18    A    I asked him why they were serving me with
19 this.
20         And he says, Joe, I have no idea.
21    Q    He said he had "no idea".
22    A    That's what he told me.
23    Q    Did you ask him about the lawsuit?
24    A    No.
25    Q    How long were you on the phone?

19

1     A    Maybe three minutes, five minutes.
2     Q    Well, in that three or five minutes,
3 specifically what did you find out about the state of
4 the lawsuit, why you were subpoenaed?
5     A    That was basically what I asked him. And
6 after that we talked about fishing. About when was
7 Mr. Melo going fishing again. And that was basically
8 it.
9     Q    So it's your sworn testimony today the only
10 thing you discussed with Bobby Figueredo after you
11 were served with a subpoena to testify in this matter
12 was what was going on in the lawsuit and --
13    A    No. Why -- why did they serve me, I asked
14 him.
15    Q    And he said he didn't know?
16    A    He had no idea why they served me. And I --
17 and I said -- then we started talking about fishing
18 and about when Mr. Melo was going fishing again. And
19 that was basically it.
20    Q    You didn't discuss anything else about the
21 lawsuit?
22    A    No, sir.
23    Q    How did you get Mr. Karcher's phone number?
24    A    Bobby, I guess, called Mr. Karcher, and then
25 Mr. Karcher called me.

20

1     Q    Mr. Karcher called you?
2     A    Uh-huh.
3     Q    You did not initiate the call to him?
4     A    No.
5     Q    Do you know why Mr. Karcher called you?
6     A    Just to ask me if I've ever taken a
7 deposition, and that was basically it. And what
8 was going to be about. And that was basically it.
9     Q    Mr. Karcher tell you who he represented?
10    A    Yes, he did.
11    Q    And who did he tell you he represented?
12    A    Nicolas Estrella.
13    Q    And when did Mr. Karcher contact you?
14    A    I guess the day after I got served. If it
15 was Monday, it -- it might have been Tuesday or
16 Wednesday, I don't remember -- recall right now.
17         When did they serve me here?
18         5/19, it says here.
19         I don't remember if it was a Monday. 5/19.
20    Q    And how long were you on the phone with Mr.
21 Karcher?
22    A    Couple minutes.
23    Q    What did he tell you about Lori Bariso, what
24 she had to say?
25    A    Um, I don't recall. Basically nothing he

21

1 told me about Lori. I mean, just basically that she
2 was mad at Bobby for one reason or another, and that
3 was basically it.
4     Q    Mr. Karcher didn't tell you what you -- or
5 what she said was your involvement with the Star One?
6     A    She -- he -- he did tell me when I met with
7 Mr. Karcher the following day, I think it was, and he
8 told me that Lori's her name, Lorene or Lori, said
9 that -- that I picked up or dropped off Bobby at
10 Master Point. And I guess that's -- that's what he
11 told me about Lori.
12    Q    So you met with Mr. Karcher in addition to
13 speaking with him?
14    A    Yes.
15    Q    Where did you meet him?
16    A    He came over to the Road Builder at the
17 marina.
18    Q    And how long did you spend with Mr. Karcher?
19    A    Ten minutes. Fifteen minutes, maybe.
20    Q    Did he show you any documents?
21    A    No.
22    Q    And he told you about Lori Bariso, at least
23 what she described as your involvement?
24    A    Correct.
25    Q    What did he tell you about what Bobby

JOSE CABALLERO

22

1  Figueredo testified to?
2     A    Nothing.
3     Q    What did he tell you about Mr. MacKenzie?
4     A    Nothing.
5     Q    What did he tell you about an investigation
6  by a Miami-Dade Police economic crime bureau?
7     A    Nothing.
8     Q    What did he tell you about an insurance
9  frauds investigation?
10    A    Nothing.
11    Q    Did he say anything at all, whether there
12 was or there wasn't a criminal investigation?
13    A    No, sir.
14    Q    So for this ten minutes, the only thing you
15 heard or talked about was Lori Bariso?
16    A    No.  He just basically asked me if I ever
17 been to deposition before.
18         And I told him no.
19         And he explained to me what was going to
20 happen at deposition.  And basically that the reason
21 they served me was because Lori said that.
22    Q    Well, could you connect the dots for me.
23 Lori says you either picked up or dropped off Bobby at
24 Master Point.  What does that have to do with
25 Mr. Estrella?

23

1     A    I have no idea.  I have picked up Bobby and
2  dropped off at Master Point several times in the years
3  past, because Bobby doesn't have a car -- for most
4  times didn't have a car.  And Lori would drop him off
5  at the Road Builder to go away to -- with us to the
6  Bahamas.  And when we'd come back, I'd drop him off
7  there at Master Point, because it's easier just to
8  drop him off in the Bay there then go around -- all
9  the way around in my car.  So I would drop him off in
10 the boat.  And that's basically it.
11    Q    Where at Master Point would you drop him
12 off?
13    A    Right -- I don't know.  Right on the point
14 there.  There's a house that comes out on a big
15 circle, and it's right on the point there.  I don't
16 know the address.  I don't know exactly where, you
17 know.
18    Q    Did you ever discuss being subpoenaed with
19 Eric MacKenzie?
20    A    Yes.
21    Q    And when did you call Eric?
22    A    I think it was the same day I called Bobby.
23    Q    Why did you call Eric?
24    A    Because I knew he was also subpoenaed, you
25 know.  And -- and I was asking him why are they

24

1  calling me?
2         And he says, Joe, I don't know.
3         And that was basically it, that was the end
4  of the conversation.
5         And -- I mean, I hadn't talked to Eric in a
6  year or six months, eight months, I don't -- I don't
7  recall.
8     Q    Well, how did you know Eric was subpoenaed,
9  if you --
10    A    I'm sorry.
11    Q    How did you know Eric was subpoenaed?
12    A    It's -- it's gone all around town, I mean.
13    Q    Did you ever speak to Eric about the fact
14 that he was subpoenaed?
15    A    No.
16         I mean, talk to him about what?
17    Q    About anything.
18         Hi.  Eric, what happened, I heard you were
19 subpoenaed?  Anything in that nature?
20    A    Yeah, in the past.  Yeah.
21    Q    And what did he tell you about his
22 deposition, what questions he was asked?
23    A    He did not -- he didn't tell me what
24 questions he was asked.  He just said, yeah, I had to
25 go talk to them, and -- and was there for an hour or

25

1  whatever, and that was basically it.  He didn't really
2  mention anything.  He didn't explain to me what
3  happened or what it was about or, you know -- I mean,
4  what it was about.  But not in details, what they
5  asked him or anything.
6     Q    Did he tell you anything about questions
7  that were directed towards your involvement?
8     A    No.
9     Q    Well, when did you have this conversation
10 with Eric where he told you about his deposition?
11    A    I don't recall right now how long ago it
12 was.
13    Q    Well, earlier or a few minutes ago you said
14 you hadn't spoken to Eric for a year before you were
15 subpoenaed.  But Eric was just deposed within the last
16 month.
17    A    Okay.
18    Q    So you have spoken to Eric after he was
19 deposed.
20    A    I don't know if it was after or before.
21 Because I -- I didn't know when he was deposed.  I
22 don't know if it was after or before.
23         I know he got served.  That, I do know.  I
24 don't know when he came.
25    Q    Well, he wasn't served that much in the

JOSE CABALLERO

---

26

1 future before his deposition. So I'm trying to narrow
2 down, when did you actually speak to Mr. MacKenzie?
3     A  A week ago. I don't recall the exact day.
4     Q   So you spoke with Mr. MacKenzie before you
5 were subpoenaed?
6     A  Yes.
7     Q   And he discussed with you the fact that he
8 did testify in this matter?
9     A  He didn't discuss with me details, no. He
10 just told me he was served. That was basically it.
11     Q   Well, how many times have you spoken to
12 Mr. MacKenzie in the last couple months?
13     A  Maybe once or twice.
14     Q   Why did the topic of him being served with a
15 subpoena come up at all in your conversation before
16 you knew you were going to be served?
17     A  Because when they served me, I called Bobby
18 to ask him why are they serving me, like I told you.
19 And I called Eric, also, to ask him why are they
20 serve -- why -- you know, what's going on?
21     Q   It's your sworn testimony today neither of
22 them told you that you're being served because of your
23 role in assisting them?
24     A  No.
25        MR. KARCHER:  Object to form.

---

27

1     Q   Did you ever speak to Mr. Estrella?
2     A  I haven't spoke to Mr. Estrella in 15 years.
3     Q   What about any of his sons?
4     A  I don't know his sons.
5     Q   How many times have you spoken with Bobby in
6 the past couple of months?
7     A  Three, four times, maybe.
8     Q   How many times have you spoken with Bobby
9 since he was deposed?
10     A  I don't know when he was deposed, first of
11 all.
12        And like I said, we talk -- he calls me to
13 go -- for work, if I have any work for him. And that
14 was basically it.
15        I don't even know when he was deposed.
16     Q   He was deposed last week. So how many --
17     A  Okay.
18     Q   -- times have you spoken with him since last
19 Tuesday?
20     A  Maybe two times. Two or three times, maybe.
21     Q   About how long have you spoken with him each
22 time?
23     A  How long?
24     Q   Yeah.
25     A  Couple minutes. If I had any work for him,

---

28

1 when we going fishing, when is Mr. Melo going fishing.
2 That's basically it.
3        And besides the question I asked him, why am
4 I getting deposed? That was basically the end of the
5 conversation.
6     Q   Who else did you discuss the fact that you
7 were subpoenaed in this matter to testify besides Mr.
8 Karcher, Mr. MacKenzie and Mr. Figueredo?
9     A  That's basically it.
10     Q   I'd like to go beyond the "basically". I
11 want to know everybody.
12        Did you discuss this with anyone else?
13     A  Well, my son asked me when they -- they
14 served me, what was it for? And I -- and I
15 basically -- you know, I told him. Because it says in
16 the paper Nicolas Estrella versus Federal Insurance
17 Group.
18        And my girlfriend.
19        That was basically it.
20     Q   And what's your girlfriend's name?
21     A  Blanca Fernandez.
22     Q   Does she reside with you?
23     A  No.
24     Q   Where does she reside?
25     A  1 -- you know what, I know how to get there,

---

29

1 I don't know her address, believe it or not.
2     Q   Well, what area of Miami?
3     A  Kendall. Right off -- right off 104th.
4     Q   What type of allegiance, if any, do you have
5 with Mr. Estrella or the Estrella family?
6        MR. KARCHER:  Object to form.
7     A  None, whatsoever.
8     Q   How do you know Mr. Estrella?
9     A  Like I told you, he used to rent -- or he
10 still does rent office space from Mr. Adrian. And I
11 met him in the Bahamas 15 years ago on the dock.
12     Q   Have you ever been to Mr. Estrella's house?
13     A  A long time ago. Never inside his house.
14     Q   What was your --
15     A  I've had lunch with Bobby there, you know,
16 when he used to run the -- Mr. Estrella's Bertram back
17 ten, 15 years ago. Not many times. Maybe once or
18 twice.
19     Q   I take it from your testimony that you and
20 Bobby fish together quite a bit?
21     A  We have in the past, yes.
22        (A photograph was marked Defendant's Exhibit
23     1 for Identification.)
24     Q   I'm handing you a photograph of a vessel
25 I've marked as Exhibit 1.

JOSE CABALLERO

30

1       And can you tell me if you can identify that
2   vessel?
3       A   It's an Azimut.  I don't know if it's his
4   boat or not.  I -- you know, I saw his boat one time
5   at -- when it was at the brokerage, at Florida Yachts
6   International.  That's basically when I -- the only
7   time I've seen it.
8       Q   The only time you've ever seen Mr.
9   Estrella's Azimut --
10      A   Yes, sir.
11      Q   -- was --
12      A   At Florida Yachts International.
13          (A photograph was marked Defendant's Exhibit
14      2 for Identification.)
15      Q   I'm going to hand you another photograph
16   that I've marked as Exhibit 2.  Does that photograph
17   assist you with recognizing the particular boat that's
18   depicted?
19      A   Well, it says Star One on it.  Yeah.
20      Q   And that's the same Star One you saw at
21   Florida Yachts International?
22      A   I don't know.  There's a thousand Azimuts.
23   I don't know if that's the same one or not.
24      Q   What do you understand to be Bobby
25   Figueredo's relationship to the Star One?

31

1       A   I don't know.
2       Q   Is Bobby captain of the Star One?
3       A   He used to be of the Bertram.
4       Q   What about this 85-foot Azimut?  What do you
5   understand his connection to be with the Star One?
6       A   I don't know.  I don't know what connection
7   he had with the Star One.
8       Q   Mr. Figueredo never told you he operated
9   this Star One, the Azimut?
10      A   No, not the Azimut.
11          In fact, I thought he had another captain at
12   the -- at the time.  I don't --
13      Q   Who did you understand the captain of the
14   Star One to be?
15      A   I don't know.  Never knew his name.  I just
16   know he had another captain -- Mr. Estrella had
17   another captain because I heard about it.  But not --
18   I don't even know who he is.
19      Q   Did you ever hear of a gentleman by the name
20   of Shawn Catra (phonetic)?
21      A   No.
22      Q   Did you ever hear of a gentleman by the name
23   of James Mattise (phonetic)?
24      A   No.
25      Q   What did Bobby tell you about the fire he

32

1   had on board the Star One?
2       A   Nothing.
3       Q   He never told you he had a fire?
4       A   No.
5       Q   Ever tell you he had engine problems, had to
6   be towed back?
7       A   Yes, he did.
8       Q   What did he tell you about it?
9       A   That he went on a sea trial and he had
10   engine problems.  And he -- I think he called John
11   Tellam, through my understanding, and towed him back.
12      Q   Did he tell you where he was when he had the
13   engine problems?
14      A   Off Miami somewhere.
15      Q   Well, did he tell you how much John Tellam
16   charged him?
17      A   No.
18      Q   Was he upset over the size of his tow bill?
19      A   I don't know.
20      Q   Do you know if he ever paid the bill?
21      A   I don't know.
22      Q   So he told you about having to be towed back
23   in when he was operating the Star One?
24      A   At one time.  I don't even recall when it
25   was.  Yeah.

33

1       Q   And you said he was on a sea trial?
2       A   I would think so.  I -- you know, I
3   didn't -- I don't remember the conversation.  It was
4   two-and-a-half years ago, three years ago.  I don't
5   know exactly what time it was.  But, yeah.
6       Q   So you knew that Bobby operated the Star
7   One?
8       A   For one day.
9           MR. KARCHER:  Object to form.
10      A   I mean, not -- you're saying operated, it
11   means captain full time.
12          I know he wasn't a captain full time on the
13   boat, from what I know.
14      Q   How do you know that?
15      A   Because I know he wasn't working for him at
16   the time, he was freelancing.  Like I told you, he was
17   coming with us fishing all the time and freelancing.
18      Q   Well, when I asked you about Bobby's
19   connection to the Star One and whether he ever
20   operated it, you said you didn't know.  Now you know
21   that he was on it at least one day --
22      A   Well, yeah.  Operated meant -- I thought you
23   were talking operate meant he was the captain on the
24   boat, which I know he wasn't.
25          Now that -- if Nicolas called him to do a

JOSE CABALLERO

34

1  sea trial, I don't know.
2      Q   Well, what other times do you -- are you
3  aware that Bobby --
4      A   That's the only time.
5      Q   -- operated the Star One?
6      A   That's the only time.
7      Q   Well, who was on board the Star One with him
8  when he had this problem?
9      A   I don't know.
10     Q   Well, what did Eric MacKenzie tell you
11 about --
12     A   Nothing.
13     Q   -- being on the Star One and having an
14 engine fire --
15     A   Never talked to Eric about that.
16     Q   -- generator fire?
17     A   No.  I don't talk to Eric much.  I mean,
18 never -- never talked to Eric about that.
19     Q   Well, you're a captain.  Correct?
20     A   Yes, sir.
21     Q   Do you have a license?
22     A   Yes, sir.
23     Q   What license do you have?
24     A   Hundred ton.
25     Q   What issue are you on?

35

1      A   Going on my third.
2      Q   You know Bobby works as a captain?
3      A   Uh-huh.
4      Q   That's a yes?
5      A   Yes.
6      Q   And as a matter of professional interest,
7  didn't you ask Bobby Figueredo, what happened to the
8  boat that required you to be towed back in?
9      A   Nope.
10     Q   You weren't curious?
11     A   Not at all.
12     Q   What do you know about Mr. Estrella?
13     A   Like I said --
14         MR. KARCHER:  Object to form.
15     A   -- I met him 15 years ago.  Basically, him
16 and my boss talked a couple times.  But that was
17 basically it.
18         I -- not many conversations with
19 Mr. Estrella.  Just, hi, how you doing, and that's
20 basically it.
21     Q   No.  I said, what do you know about him?
22     A   About him?
23     Q   Yeah.  What does he do?
24     A   He's an insurance sale -- he has Estrella
25 Insurance Company.  That's basically what I know about

36

1  him.
2      Q   What do you understand Bobby's relationship
3  to be with Mr. Estrella?
4      A   I don't know how long he worked.  He worked
5  for quite a few years with him.  Other than that, you
6  know, they had a good relationship, I guess.
7      Q   Do you understand that Bobby Figueredo is
8  friends with Mr. Estrella?
9      A   I would think so.
10     Q   Well, what do you understand Bobby's
11 relationship to be with Mr. MacKenzie?
12     A   They've been friends for a long time.  I
13 mean, other than that, I don't know what other kind of
14 relationship, you know.  I know they've known each
15 other, I think they grew up in the Key together, if
16 I'm not mistaken.  And he's known him for a long time.
17     Q   What about Bobby's relationship with John
18 Tellam, what do you know that to be?
19     A   Don't know much about that.  Just know
20 they're friends, you know.  They bicker back and forth
21 once in a while.  But other than that, don't know
22 much.
23     Q   Do you know what they bicker about?
24     A   Nope.
25     Q   What do you know about Ralph Navarro?

37

1      A   Ralph's a good friend of mine.  He gives me
2  a lot of work, deliveries and -- basically, deliveries
3  and taking boats for him on sea trials and stuff like
4  that.
5      Q   Do you ever refer an owner to Ralph and be
6  listed for sale?
7      A   No, I don't think I have.  I mean, when
8  people ask me for boats, you know, I tell them go --
9  you know, go see Ralph if you want, he's a boat
10 broker.
11         But, basically, no, never have referred him
12 a client or anything.
13     Q   So you've never received a finder's fee or a
14 commission from Ralph for --
15     A   In the past I have.
16     Q   Okay.  Well, tell me.
17     A   But not -- we sold a 40-foot Riviera to
18 my -- to Mr. Adrian, and he gave me a little
19 something, a $2,000 gift, or whatever it was, as a --
20 as a token just for helping him out, and stuff like
21 that.
22         But other than that, just basically
23 deliveries and sea trials.  And that's where I've
24 gotten most of the money from Ralph from.
25     Q   What's the going rate in Miami for referring

JOSE CABALLERO

---

**38**

1    a listing to a yacht broker?
2        MR. KARCHER:  Object to form.
3        A    That, I don't know.  I don't know, you know.
4        MR. KARCHER:  Object to form.
5        Q    You don't know?
6        A    No.
7        Q    You got a couple grand when you referred a
8    40-foot Riviera to Mr. Navarro.
9        Did you refer anything else to him that you
10   got a referral or a finder's fee?
11       A    No.
12       Q    Bobby ever tell you what he was expecting to
13   receive for referring the --
14       A    No.
15       Q    -- Star One to Ralph?
16       A    No.
17       Q    Did you know Bobby referred Mr. Estrella --
18       A    No.
19       Q    -- to Ralph?
20       A    Well, Mr. Estrella and -- and Ralph, I
21   guess, knew each other.  I don't know how that
22   happened, how he came about him giving the boat to
23   Ralph, I have no idea.
24       Q    But did Bobby ever tell you that --
25       A    No.

**39**

1        Q    -- he was looking forward to getting a
2    finder's fee?
3        A    No.
4        Q    Bobby ever tell you he was expecting to get
5    a hundred thousand dollars?
6        A    No.
7        Q    What do you know about Bobby's relationship
8    with Darren Duteau?
9        A    Basically, friends for a long -- I don't
10   know how long he's known Darren for, maybe a little
11   bit longer than I've known him.  But I don't know
12   exactly how long they've known each other.
13       Q    Well, what happened to that relationship
14   between Bobby and Darren?
15       A    I don't know.
16       Q    Are they still friends?
17       A    I think so, yeah.
18       Q    What do you know about Robert Levine?
19       A    I met him one time.  I went with Bobby
20   fishing on Mr. Levine's boat as a mate.  And that's
21   basically all I know about Mr. Levine.
22       Q    What's the name of Mr. Levine's boat?
23       A    Leviathan, I think it is -- I believe it is.
24   Leviathan.
25       Q    Where is it docked?

**40**

1        A    Coco Plum.
2        Q    Same place where Mr. Melo has --
3        A    Well, three or four slips down.  Yeah.
4        Q    And so you only met Mr. Levine once?
5        A    Once.
6        Q    Boat's three or four slips down?
7        A    No.  Three or four docks down, not slips.
8        We're not on the same -- on the same dock.
9    He's like four or five slips to the west of me.
10       Q    What does Mr. Levine do for a living?
11       A    I believe he's an attorney.
12       Q    And when were you hired to act as a mate --
13       A    Um --
14       Q    -- on Mr. Levine's boat?
15       A    Three years ago, two years ago, I don't
16   recall.  We went sword fishing off Miami.  I don't
17   recall when it was.  I mean, it was quite a while
18   back.
19       Q    What was Bobby Figueredo's relationship to
20   Mr. Levine?
21       A    I don't know.  He worked for him like on a
22   part-time basis, and that was basically it.
23       Q    Did Bobby act as Mr. Levine's captain?
24       A    I believe so, yes.
25       Q    Of the Leviathan?

**41**

1        A    Yes.
2        Q    Do you know if they're still working
3    together?
4        A    I don't know.
5        Q    Do you know what happened to that
6    relationship between --
7        A    No, sir, I don't.
8        Q    -- Mr. Figueredo and Mr. Levine?
9        A    No, I don't.
10       Q    Do you know whether Mr. Levine has stopped
11   using Bobby?
12       A    I don't know.  I never asked Bobby about
13   that.  Don't know.
14       Q    When's the last time you have a recollection
15   of Bobby working as captain of the Leviathan?
16       A    Maybe last year.  I don't recall exact time.
17   Maybe last year.
18       Q    So you're not aware that Bobby was fired by
19   Mr. --
20       A    No.
21       Q    -- Levine?
22       A    Nope.
23       Q    Do you know anything about a sunglass
24   incident between --
25       A    No.

JOSE CABALLERO

---

**42**

1    Q    Have you ever spoken to Mr. Levine about --

2    A    No, sir.

3    Q    -- why he may or may not be using Bobby?

4    A    Like I told you, I went fishing one time

5    with them, and that's the only time I met Mr. Levine.

6    And there wasn't much conversation there, just fishing

7    stuff, and that was basically it.

8    Q    What other boats is Bobby working as a

9    captain on?

10    A    I don't know.  At the time, I don't know.

11    Q    What about now?

12    A    I don't know.  He --

13    Q    Do you know --

14    A    He freelances.  He just freelances a lot.

15    And he's asking me for work.  And he asks -- comes

16    down here, I -- I don't even know when he comes down

17    here, I don't know where -- when he's here, when he's

18    not -- when he's not here.  So --

19    Q    When did Bobby say the next time he's going

20    to be down here?

21    A    He didn't say.

22    Q    He didn't say he's coming down in a couple

23    of weeks to see you?

24    A    No.  No.

25    Q    I want to go back to 2009, two years ago.

---

**43**

1    You were the captain of what boat?

2    A    **Road Builder.**

3    Q    And that's the 74-foot Viking?

4    A    **Seventy-four-foot Viking.**

5    Q    Are you a full-time captain?

6    A    **Full time.  Yes, sir.**

7    Q    And how long have you been a full-time

8    captain for Mr. Melo?

9    A    **Approximately five-and-a-half, six years.**

10    Q    As full-time captain, where do you get the

11    time to work as a mate for Bobby and --

12    A    **I have --**

13    Q    -- doing other deliveries?

14    A    **I don't have -- I don't have set hours, like**

15    **8:00 to 5:00.  It's -- my boss says, if the boat's**

16    **ready to go and you can do some stuff on the side, he**

17    **does -- he doesn't mind.**

18    **Like a couple weeks ago I picked up a boat**

19    **for -- for one of Ralph's brokers in North Carolina.**

20    **I took three days off.  He has no problem with that.**

21    Q    Which Aquilino Melo do you work for?

22    There's a father and there's a son.

23    A    **There's only one Aquilino Melo.**

24    Q    Okay.  And how old is he?

25    A    **Aquilino Melo?**

---

**44**

1    Q    Yes.

2    A    **Sixty-four or 65, around there.  I don't**

3    **know the exact age.**

4    Q    And once again, what's the name of the

5    business?

6    A    **Trans Florida Development.**

7    Q    And what type of business is that?

8    A    **Road construction.**

9    Q    Where does Mr. Melo have his offices?

10    A    **By Tamiami Airport.**

11    Q    Do you know what the address is?

12    A    **13903 Southwest 144th Avenue Road.**

13    Q    13903 --

14    A    **-- 03 Southwest 144th Avenue Road.**

15    Q    What year is the Road Builder?

16    A    **It's a 2000 and -- and '8.**

17    Q    Purchased new by Mr. Melo?

18    A    **No.  It was about a year old when he**

19    **purchased it.**

20    Q    Did he purchase it from HMY?

21    A    **Purchased it from HM -- no.  HMY, no.**

22    **Galati Yachts.**

23    Q    What type of power does it have?

24    A    **Sixteen 2000's, MTU's, Detroits.**

25    Q    And what does she cruise at, her speed?

---

**45**

1    A    **Twenty-five, 26 knots.**

2    Q    And her top end?

3    A    **Thirty-eight.**

4    Q    Has the Road Builder always been docked at

5    Coco Plum?

6    A    **It's been docked at Miami Beach Marina,**

7    **also.**

8    Q    Back in 2009, where was the Road Builder

9    docked?

10    A    **I believe it was in Cocoa Plum.**

11    **I know we spent a year -- about a year in**

12    **Miami Beach Marina at one time.  And then a couple**

13    **weeks at a time here and there.  But that was**

14    **basically it.**

15    Q    Does Mr. Melo allow you to take the boat out

16    to go fishing for you?

17    A    **No.**

18    Q    Has he ever allowed you to take the boat out

19    for any reason other than --

20    A    **I just take the boat out maybe once every**

21    **three or four months just to run it if we're not using**

22    **it much, as -- like we haven't been using it in the**

23    **past now.**

24    **But that's basically it.**

25    Q    Burn the engines up to temperature and take

---

JOSE CABALLERO

**46**

1  them out --
2     A   Correct.
3     Q   -- and exercise them and the gears?
4     A   And I went to a couple boat shows this year,
5  Miami Boat Show.  And went and took it to Palm Beach
6  Boat Show, also.
7     Q   Is it listed for sale?
8     A   Yes, it is.
9     Q   Is he thinking of getting another boat, or
10  is he --
11    A   Smaller boat.
12    Q   Who supplies fuel for the --
13    A   He does himself.
14    Q   Well, what service does he use?
15    A   His own service.  He has his own trucks, his
16  own fuel trucks --
17    Q   I see.
18    A   -- that say Trans Florida on the sidewall.
19    Q   Did you ever use anyone, such as Shoreline
20  Fuels to fuel the --
21    A   I think we have in -- in the beginning, yes.
22  Yeah.
23    Q   Do you know Steve Johnston?
24    A   Yeah.  In fact, he used to -- he used to
25  fuel the other boat, the Riviera.  Not -- he's never

**47**

1  done the Road Builder.
2     Q   Best of your knowledge, Steve Johnston has
3  never supplied fuel --
4     A   I don't know what his last name is, but his
5  name is Steve.
6         Never supplied fuel to the Road Builder, no.
7     Q   So let me ask it another way.
8         The best of your knowledge, Shoreline Fuels
9  has never supplied fuel for the Road --
10    A   To the Road Builder, no.
11    Q   Has any other entity supplied fuel to the
12  Road Builder, other than Mr. Melo's trucks?
13    A   No.
14    Q   You ever fuel it at --
15    A   Miami Beach Marina, maybe one time.  And
16  that's basically it.
17    Q   Are there any fuel facilities at Coco Plum?
18    A   No.
19    Q   What other fuel facilities are there around
20  Coco Plum?
21    A   Grove Harbour.  And I believe that's about
22  it.  Grove Harbour.
23         I don't know if Crandon Park has any fuel
24  facilities, but I've never been there, so I don't
25  know.

**48**

1     Q   April, 2009, was the Road Builder ever in
2  Bimini at Browns Marina?
3     A   In April?
4     Q   Yes.
5     A   I -- I think we went in April -- April, and
6  we went in May, I believe.
7     Q   Okay.  And what was the trip in April?  What
8  was the purpose of that?
9     A   Fishing.
10    Q   And was Mr. Melo on board?
11    A   Yeah -- I'm trying to think now if Mr. Melo
12  was on board or not.
13         One time he wasn't, one time he was.
14         One time he -- we went fishing with -- with
15  some of his -- the kids.  I don't remember if it was
16  that trip or not in April.
17         But his son -- his son also took the boat
18  one time.
19    Q   When you go to Bimini on the Road Builder,
20  what marina does she stay at?
21    A   We've stayed at several.  We've stayed at
22  Bimini -- Browns Marina.  We've stayed at The Big Game
23  Club once it reopened.  And we have stayed at the new
24  marina, which is -- forgot the name of the marina.
25  The one -- the new one down -- all the way down there,

**49**

1  at the end there.
2     Q   When you say "at the end", on the end where
3  Browns Marina is?
4     A   All the way at the end of Bimini, inside
5  Bimini there.
6         Can't recall the name right now.
7     Q   Okay.  Well, when you were in Bimini in
8  April of -- of 2009, did you see the Star One there?
9     A   No.
10    Q   See Bobby there?
11    A   Nope.
12    Q   Was Bobby on the boat at all --
13    A   No.
14    Q   -- your boat?
15         Do you remember who your crew was?
16    A   Ricky Machin was my full-time mate.
17    Q   Ricky Machin?
18    A   Machin.
19    Q   Like in a machine?
20    A   M-a-c-h-i-n.  Yeah.  Ricky Machin.
21    Q   Does it have an E on the end?
22    A   I don't think it does.  No.  M -- h-i-n.
23  H-i-n.  M-a-c-h-i-n.
24    Q   And what's Ricky's phone number?
25    A   It's 305 -- here, let me find it here.  Make

JOSE CABALLERO

**50**

1   sure what it is.
2        305-525-3130.
3   Q   How long has Ricky Machin been your mate?
4   A   Approximately four years.
5   Q   Is he full time?
6   A   Yes.
7   Q   He works on the boat, cleans it?
8   A   Yes, sir.
9   Q   Maintains it?
10  A   Uh-huh.
11  Q   Does he also work weekends?
12  A   When we go out.
13  Q   First weekend of May, 2009, did you take
14  Bobby out fishing or out for any reason?
15  A   I don't know if -- we always fished the
16  mutton snappers in the May, June -- May full moon.
17  And I don't -- I don't know if it was last year or the
18  year before that Bobby went with me.  I don't recall
19  right now if he went last year with me or the year
20  before.
21  Q   Was Eric MacKenzie with him?
22  A   No.
23  Q   Have you ever had Eric MacKenzie with you
24  and Bobby on the Road Builder?
25  A   No.

**51**

1   Q   Has Eric MacKenzie ever been on the Road
2   Builder?
3   A   Not that I recall, no.
4   Q   You ever picked up Bobby off the Star One?
5   A   Off which Star One?  He -- there was various
6   Star One's.
7   Q   The 85-foot Azimut Star One.
8   A   No.
9   Q   Did you ever go out to the tongue of the
10  ocean off Andros and --
11  A   No.
12  Q   -- pick Bobby up?
13  A   No.
14  Q   Did you ever bring Bobby and Eric MacKenzie
15  back to Miami from --
16  A   No.
17  Q   -- over in the Bahamas?
18  A   Nope.
19  Q   Were you ever paid by Bobby to transport
20  him?
21  A   No.
22  Q   Were you there when Bobby Figueredo
23  attempted to sink the Star One?
24      MR. KARCHER:  Object to form.
25  A   No.

**52**

1   Q   Bobby ever tell you why he tried to sink the
2   Star One?
3       MR. KARCHER:  Object to form.  No.
4   A   No.
5       (A photo was marked Defendant's Exhibit 3
6       for Identification.)
7   Q   I'm handing you a photograph that I've
8   marked as Exhibit 3.  Have you ever seen the Star One
9   in that attitude?
10  A   Nope.
11  Q   Do you know why the Star One was found
12  capsized in the tongue of the ocean?
13  A   Do I know why?
14  Q   Yes.
15  A   No.
16  Q   But you knew the Star One was found
17  capsized?
18  A   From what I told you, Darren called me two
19  days later and told me, yeah, after it happened.  Two
20  or three days later, I don't remember -- recall
21  exactly what day he called me.
22  Q   Well, have you ever asked anybody why?
23  A   No.
24  Q   What happened to the boat?
25  A   There's nothing to ask.  I mean, they said

**53**

1   they found it, and that's -- I mean, why am I going to
2   ask why?  No.
3   Q   Did you run aground could be a why.  Did you
4   ask that?
5       MR. KARCHER:  Object to form.
6   A   Who am I going to ask?  No.
7   Q   Did you ask Darren?
8   A   No.
9   Q   Did you ask Bobby?
10  A   No.
11  Q   Why not?
12      MR. KARCHER:  Object to form.
13  A   Why should I ask Bobby or -- or Darren why
14  they found the boat?  I don't understand the question.
15  Q   Well, why did you ask Bobby, when you were
16  subpoenaed in a lawsuit with Mr. Estrella, why you
17  were being subpoenaed?
18  A   Exactly.  Why am I being subpoenaed?  I
19  don't understand why.
20  Q   Well, why did you call Bobby?
21  A   I wanted to know why.
22  Q   What's the connection between Bobby and this
23  lawsuit?
24  A   Because they have been accusing him of this.
25  And everybody knows about it.  That's why I called

JOSE CABALLERO

---

**54**

1   Bobby.  No other reason.
2       Q    Who's been accusing him of this?
3       A    I have no idea.  I'm just saying, they've
4   been accusing him.  I don't know if it's the insurance
5   company.  I don't know who it is.  I have no idea.
6       Q    Well, before you said you didn't agree with
7   the word "accusing".  Now you're using the word
8   "accusing".
9           MR. KARCHER:  Object to form.
10      Q    Why --
11      A    I don't -- you know, I don't know -- I don't
12  understand the questions.  I -- like I told you, I
13  don't know why.  I don't know why they're -- they're
14  deposing me.  I have no idea.  And that's why I called
15  Bobby.  Simple as that.
16      Q    No one told you that you're being linked to
17  picking Bobby up in the tongue of the ocean and
18  bringing him back?
19      A    Like I told you -- he told me that Lori was
20  deposed and Lori said something about me dropping off
21  Bobby at Master Point.  That was it.
22      Q    Well, have you talked to Lori about this?
23      A    No, no, no.  No.  I don't -- I don't talk to
24  Lori.  No.
25      Q    You never called Lori and say, what in the

---

**55**

1   world are you --
2       A    I don't have Lori's number.
3       Q    -- talking about?
4           You know where she lives.
5       A    No, I don't.
6       Q    You --
7       A    I know she lives on Key Biscayne.  But I
8   don't know where she lives.
9       Q    You ever tried looking up her phone number?
10      A    No, sir.
11      Q    You know an 85-foot Azimut was found
12  capsized in the Bahamas.  And as a captain, you never
13  expressed a professional interest to ask why?
14      A    Who am I going to ask why?  I mean, I don't
15  understand the question.  Ask why what?
16      Q    Ask why a boat is found abandoned.
17      A    But whom am I going to ask, is my question?
18  Whom am I going to ask?  I don't understand the
19  question.
20          I asked Darren, what -- that they found.  He
21  said they found it upside-down sunk in the Bahamas.
22          And why am I going to ask him why?  He
23  doesn't know why.
24          I have no idea why you're asking me why.
25  Don't understand the question.

---

**56**

1       Q    What about Bobby Figueredo, did you ask him
2   why?
3       A    No.
4       Q    Do you know where the boat is today?
5       A    No, I don't.
6       Q    Have you ever heard about a reward that was
7   posted?
8       A    No.
9       Q    Bobby didn't tell you about that?
10      A    Nope.
11      Q    Isn't it true that you were contacted by
12  Bobby Figueredo by phone a couple days before the Star
13  One disappeared?
14      A    I don't recall.  I mean, could be possible.
15  Like I said, I've talked to Bobby a lot at some times,
16  and then he disappears for six months at a time, then
17  I talk to him again.  You know, I don't know when he
18  called me or when didn't he call me.
19      Q    Let me get more specific.
20          Isn't it true that Bobby Figueredo called
21  you a couple days before the Star One disappeared and
22  asked if you would come out and pick him up?
23      A    No.
24      Q    It's your testimony under oath today you
25  were never out off Andros and you picked up Eric

---

**57**

1   MacKenzie --
2       A    Yes, that's my testimony.
3       Q    -- and Bobby Figueredo?
4           Is that the truth?
5       A    Yes.
6       Q    Do you know anyone, friend of Bobby, goes by
7   the name or nickname Dark Joker?
8       A    No.
9       Q    Let me give you a phone number, and ask if
10  you know whose phone number this is, 305-910-7231.
11      A    That's Bobby Figueredo's phone number.
12          7231, you said?
13      Q    7231.
14      A    Yeah, I believe that's Bobby's.
15      Q    I'm sorry.  Try this, 305-877-7465.
16      A    No.
17          MR. KARCHER:  Was that 305, too?
18          MR. FERTIG:  305.
19      Q    Has Bobby Figueredo ever given you cash or
20  any other compensation --
21      A    No.
22      Q    -- for any service you provided to him?
23      A    Nope.
24          Other than fishing with Levine that day.
25  That I got it from Levine, not from Bobby.

---

JOSE CABALLERO

58

1    Q    Did you ever know Bobby to have a lot of
2  cash on him?
3    A    No.
4    Q    Bobby ever tell you he was going to get a
5  hundred thousand dollars --
6    A    No.
7    Q    -- for any reason --
8    A    Nope.
9    Q    -- or purpose?
10       Bobby ever tell you he was being employed by
11  Mr. Estrella?
12   A    No.
13   Q    Where does Bobby stay when he comes to
14  Miami?
15   A    I don't know.  He stays in various places.
16  Either at his mother's house -- from what I -- you
17  know, I -- I don't know.  His mother's house, I would
18  imagine.
19   Q    Do you keep an engine log, engine hour log
20  for the Road Builder?
21   A    As far as oil changes and stuff like that,
22  yes.
23   Q    That's stored on board the boat?
24   A    Uh-huh.  Yes.
25   Q    Do you know anything at all about the event

59

1  which caused the 85-foot Azimut --
2    A    No.
3    Q    -- Star One to be capsized?
4    A    No.
5    Q    You realize today that you're under oath --
6    A    Yes.
7    Q    -- to testify?
8       Is there anything that you've said today
9  that you wish to change or correct?
10   A    No, sir.
11       MR. FERTIG:  I have nothing further.
12           CROSS EXAMINATION
13   Q    (By Mr. Karcher)  Sir, should this matter go
14  to trial, it would be in October.  Are you still going
15  to be in the South Florida area, to the best of your
16  knowledge?
17   A    Yes.
18       MR. KARCHER:  I don't have any -- I don't
19  have any more questions for you.
20       Thank you for your time.
21   A    Okay.
22       MR. FERTIG:  If I could just have one minute
23  off the record.
24       THE VIDEOGRAPHER:  Absolutely.
25       Off the record, 11:37 a.m.

60

1       (A recess was taken, after which the
2  following proceedings were had:)
3       THE VIDEOGRAPHER:  On the record, 11:38 a.m.
4           REDIRECT EXAMINATION
5    Q    (By Mr. Fertig)  Have you been contacted by
6  any other attorneys for Mr. Estrella --
7    A    No.
8    Q    -- other than Mr. Karcher?
9    A    No.
10   Q    And other than speaking to Eric, Bobby
11  Figueredo and Mr. Karcher, have you spoken to anyone
12  else about the --
13   A    No.
14   Q    -- subject matter of your testimony --
15   A    No.
16   Q    -- today?
17   A    Just my -- like I said, my girlfriend and my
18  sons, that's it.
19       MR. FERTIG:  I have nothing further.
20       Sir, you have the right to read this
21  deposition when it's transcribed, or you can
22  waive that right.  It's your choice.
23   A    Okay.
24       MR. FERTIG:  Which do you prefer?  You have
25  to elect at this point in time.

61

1    A    I'll read it.
2       MR. FERTIG:  Okay.  Thank you.
3       THE VIDEOGRAPHER:  Off the record --
4       MR. KARCHER:  Thank you for your time.
5       THE VIDEOGRAPHER:  Off the record,
6  11:38 a.m.
7       AND FURTHER DEPONENT SAITH NAUGHT
8       STIPULATION ON READING AND SIGNING
9    It is hereby stipulated and agreed by and
10  between counsel present at this deposition and by the
11  deponent that the reading and signing of this
12  deposition is not waived.
13       (The deposition was concluded at 11:38 a.m.)
14  AND FURTHER DEPONENT SAITH NAUGHT
15
16
       _____
17        SIGNATURE OF WITNESS
18
19  STATE OF FLORIDA
    BROWARD COUNTY
20
       SUBSCRIBED AND SWORN to before me this
21  day of          , 2011, at Broward County,
    Florida.
22
23     _____
       Notary Public, State of Florida at Large
24     Commission No:
       My Commission Expires:
25

JOSE CABALLERO

**62**

CERTIFICATE OF OATH

1
2  STATE OF FLORIDA   )
3  COUNTY OF BROWARD  )
4
5      I, Cynthia R. Hewlett, Registered
6  Professional Reporter, Notary Public, State of
7  Florida, certify that JOSE CABALLERO, personally
8  appeared before me on the 26th day of May, 2011, and
9  was duly sworn.
10      Signed this 31st day of May, 2011.
11
12  _____
13      CYNTHIA R. HEWLETT, R.P.R.
        Notary Public, State of Florida
14      Commission No.:  EE 067518
        My commission expires:
15      March 12, 2015
16
17
18
19
20
21
22
23
24
25

1      IN THE UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
2        CASE No.: 10-CV-20938-JLK
3  _____
4  NICOLAS ESTRELLA,
5       Plaintiff,
6  -vs-
7  FEDERAL INSURANCE COMPANY,
8       Defendant.
9  _____
10
   To: MR. JOSE CABALLERO
11    17184 Southwest 138th Court
      Miami, FL 33177
12
      Your deposition taken in the above
13  entitled cause is now ready for signature.
    Please come to this office and sign same: or
14  if you wish to waive the signing of the
    deposition, please so advise.
15      If this deposition has not been signed
    by June 31, 2011, we shall consider your
16  signature waived.
17  UNITED REPORTING, INC.
      1218 Southeast 3rd Avenue
18    Fort Lauderdale, Florida, 33316
      (954) 525-2221
19
20  _____
      Cynthia R. Hewlett, R.P.R.
21
22
23
24
25

**63**

CERTIFICATE OF REPORTER

1
2  STATE OF FLORIDA   )
3  COUNTY OF BROWARD  )
4
5      I, CYNTHIA R. HEWLETT, Registered Professional
6  Reporter, do hereby certify that I was authorized to
7  and did stenographically report the deposition of JOSE
8  CABALLERO; that a review of the transcript was
9  requested; and that the foregoing transcript, pages 1
10  through 62, is a true record of my stenographic notes.
11      I further certify that I am not a relative,
12  employee, or attorney, or counsel of any of the
13  parties, nor am I a relative or employee of any of the
14  parties' attorney or counsel connected with the
15  action, nor am I financially interested in the action.
16      Dated this 31st day of May, 2011 at Fort
17  Lauderdale, Broward County, Florida.
18
19  _____
      CYNTHIA R. HEWLETT, R.P.R.
20    Notary Public, State of Florida at Large
      Commission No.:  EE 067518
21    My commission expires:  March 12, 2015
22
23
24
25

**(Pages 62 to 64)**

JOSE CABALLERO

## A

abandoned 55:16
above-entitled 3:4
Absolutely 59:24
accused 15:7,22 16:1
   16:8,10
accusing 15:10 18:6
   53:24 54:2,4,7,8
act 40:12,23
action 63:15,15
addition 21:12
address 23:16 29:1
   44:11
Adrian 7:6,6 29:10
   37:18
advise 64:14
age 3:2 4:8 44:3
ago 5:12 9:13 12:5,24
   15:17,21 25:11,13
   26:3 29:11,13,17
   33:4,4 35:15 40:15
   40:15 42:25 43:18
agree 54:6
agreed 61:9
aground 53:3
ahold 13:2
Airport 44:10
allegiance 29:4
allow 45:15
allowed 45:18
Andros 51:10 56:25
anybody 52:22
apartment 4:23
APPEARANCES 2:1
appeared 62:8
Appearing 2:4,8
approximately 5:3
   6:23 43:9 50:4
April 48:1,3,5,5,7,16
   49:8
Aquilino 6:4 43:21
   43:23,25
area 5:11 29:2 59:15
asked 17:9 18:18
   19:5,13 22:16 24:22
   24:24 25:5 28:3,13
   33:18 41:12 52:22
   55:20 56:22

asking 12:22 16:2,4
   23:25 42:15 55:24
asks 42:15
assist 30:17
assistance 9:9
assisting 26:23
associate 8:23
attempted 51:23
attitude 52:9
attorney 40:11 63:12
   63:14
attorneys 13:16 15:1
   60:6
authorized 63:6
Avenue 1:22 2:3
   44:12,14 64:17
aware 10:15,18 34:3
   41:18
Azimut 30:3,9 31:4,9
   31:10 51:7 55:11
   59:1
Azimuts 30:22
a.m 1:15,15 3:12
   59:25 60:3 61:6,13

## B

B 2:19
back 2:22 5:16 7:6,12
   12:4 14:1,5 15:16
   15:19 16:6 17:23
   23:6 29:16 32:6,11
   32:22 35:8 36:20
   40:18 42:25 45:8
   51:15 54:18
Bahamas 7:5,11 13:1
   13:6 23:6 29:11
   51:17 55:12,21
Bariso 20:23 21:22
   22:15
basically 4:19 10:5
   10:21,21 11:7,21
   13:7,12,22,23 14:4
   14:10 16:3,13,17,21
   16:24 18:2 19:5,7
   19:19 20:7,8,25
   21:1,3 22:16,20
   23:10 24:3 25:1
   26:10 27:14 28:2,4
   28:9,10,15,19 30:6

35:15,17,20,25 37:2
   37:11,22 39:9,21
   40:22 42:7 45:14,24
   47:16
basis 11:24 40:22
Bay 23:8
Beach 45:6,12 46:5
   47:15
beginning 14:5 46:21
behalf 1:12 2:4,8 4:1
   4:4
believe 7:15 29:1
   39:23 40:11,24
   45:10 47:21 48:6
   57:14
Bertram 7:15 9:11
   29:16 31:3
best 47:2,8 59:15
beyond 28:10
bicker 36:20,23
big 23:14 48:22
bill 32:18,20
Bimini 14:20 48:2,19
   48:22 49:4,5,7
birthday 8:16,17
Biscayne 55:7
bit 7:24 29:20 39:11
Blanca 28:21
board 32:1 34:7
   48:10,12 58:23
boat 2:21,22,24 6:6,7
   9:15 11:7,9 12:17
   12:17 15:7 16:17
   17:20 18:1,6 23:10
   30:4,4,17 33:13,24
   35:8 37:9 38:22
   39:20,22 40:14 43:1
   43:18 45:15,18,20
   46:4,5,6,9,11,25
   48:17 49:12,14 50:7
   52:24 53:14 55:16
   56:4 58:23
boating 6:24
boats 6:17,20 7:14
   14:1 37:3,8 42:18
boat's 40:6 43:15
Bobby 6:22 7:2,10,13
   7:25 8:2,6,19 10:3,6

10:10 11:24,25
   12:13,22 13:2,3,3,8
   13:14,17 14:3 15:21
   16:7 17:1,10,16
   18:1,5,9,13,17
   19:10,24 21:2,9,25
   22:23 23:1,3,22
   26:17 27:5,8 29:15
   29:20 30:24 31:2,25
   33:6 34:3 35:2,7
   36:7 38:12,17,24
   39:4,14,19 40:19,23
   41:11,12,15,18 42:3
   42:8,19 43:11 49:10
   49:12 50:14,18,24
   51:4,12,14,19,22
   52:1 53:9,13,15,20
   53:22 54:1,15,17,21
   56:1,9,12,15,20
   57:3,6,11,19,25
   58:1,4,10,13 60:10
Bobby's 8:11 9:1
   11:19 14:6 17:5
   33:18 36:2,10,17
   39:7 57:14
boss 35:16 43:15
Brian 5:7
briefly 16:11
bring 51:14
bringing 13:25 54:18
broker 37:10 38:1
brokerage 14:2 30:5
brokers 43:19
Broward 61:19,21
   62:3 63:3,17
Browns 48:2,22 49:3
Builder 6:10,12
   13:19 21:16 23:5
   43:2 44:15 45:4,8
   47:1,6,10,12 48:1
   48:19 50:24 51:2
   58:20
bureau 22:6
Burn 45:25
business 44:5,7

## C

Caballero 1:11 2:14
   3:1,16 4:7,14,15

JOSE CABALLERO

62:7 63:8 64:10
**call** 9:17 14:3 15:3
20:3 23:21,23 53:20
56:18
**called** 9:13,14,23
10:3 12:1,20 13:20
14:18,20,22 15:6
19:24,25 20:1,5
23:22 26:17,19
32:10 33:25 52:18
52:21 53:25 54:14
54:25 56:18,20
**calling** 10:4,8 12:22
15:12 17:15,18 24:1
**calls** 13:17 14:3,7,16
14:21 27:12
**CANNING** 2:2
**capsized** 2:24 52:12
52:17 55:12 59:3
**captain** 6:6,7,11,20
7:6,13 31:2,11,13
31:16,17 33:11,12
33:23 34:19 35:2
40:23 41:15 42:9
43:1,5,8,10 55:12
**captains** 10:20
**car** 23:3,4,9
**Carolina** 43:19
**case** 1:2 3:16,18 64:2
**cash** 57:19 58:2
**Catra** 31:20
**cause** 3:4 4:9 64:13
**caused** 59:1
**cell** 18:12
**centers** 7:9
**CERTIFICATE** 62:1
63:1
**certify** 62:7 63:6,11
**change** 59:9
**changes** 58:21
**charge** 5:21
**charged** 32:16
**choice** 60:22
**Chris** 4:3
**CHRISTOPHER** 2:6
**Cindy** 3:20
**circle** 23:15
**cleans** 50:7

**client** 37:12
**close** 8:5
**Club** 48:23
**Coco** 6:18 40:1 45:5
47:17,20
**Cocoa** 45:10
**college** 5:10
**come** 23:6 26:15
56:22 64:13
**comes** 23:14 42:15,16
58:13
**coming** 33:17 42:22
**commission** 37:14
61:24,24 62:14,14
63:20,21
**company** 1:7 3:18
4:4 7:9 9:2,4 10:13
11:6 35:25 54:5
64:7
**compensation** 57:20
**concluded** 61:13
**connect** 22:22
**connected** 63:14
**connection** 16:25
31:5,6 33:19 53:22
**consequence** 5:20
**consider** 64:15
**construction** 44:8
**contact** 13:16 20:13
**contacted** 18:9 56:11
60:5
**conversation** 16:12
24:4 25:9 26:15
28:5 33:3 42:6
**conversations** 14:25
35:18
**correct** 21:24 34:19
46:2 59:9
**counsel** 3:23 14:13
61:10 63:12,14
**County** 61:19,21
62:3 63:3,17
**couple** 12:24 20:22
26:12 27:6,25 35:16
38:7 42:22 43:18
45:12 46:4 56:12,21
**court** 1:1 3:19,20,22
3:24 4:16 64:1,11

**Crandon** 47:23
**Crest** 8:14,15
**crew** 49:15
**crime** 5:17 22:6
**criminal** 5:15 22:12
**Cross** 2:15 59:12
**cruise** 44:25
**curious** 35:10
**currently** 5:25 6:17
**Cynthia** 1:20 3:5
62:5,13 63:5,19
64:20

———————
### D
**D** 2:19
**Dairy** 1:16 3:7,13
**Daniella** 6:16
**Dark** 57:7
**Darren** 12:18,19 39:8
39:10,14 52:18 53:7
53:13 55:20
**DATE** 1:14
**Dated** 63:16
**daughter** 8:17
**day** 3:11 12:2,21
20:14 21:7 23:22
26:3 33:8,21 52:21
57:24 61:21 62:8,10
63:16
**days** 12:20,24 43:20
52:19,20 56:12,21
**Defendant** 1:8,12 2:8
3:2 64:8
**Defendant's** 2:20,22
2:23 29:22 30:13
52:5
**deliveries** 14:2 37:2,2
37:23 43:13
**depicted** 30:18
**deponent** 61:7,11,14
**deposed** 25:15,19,21
27:9,10,15,16 28:4
54:20
**deposing** 54:14
**deposition** 1:10 3:1
3:15 10:1 20:7
22:17,20 24:22
25:10 26:1 60:21
61:10,12,13 63:7

**64**:12,14,15
**described** 21:23
**details** 17:22 25:4
26:9
**Detroits** 44:24
**Development** 6:1,3
44:6
**different** 17:17
**dinner** 8:12
**Direct** 2:14 4:11
**directed** 25:7
**disappearance** 16:17
**disappeared** 56:13
56:21
**disappears** 8:8 56:16
**discovery** 3:3
**discuss** 10:10 19:20
23:18 26:9 28:6,12
**discussed** 19:10 26:7
**dismissed** 5:19
**District** 1:1,1 3:19,19
64:1,1
**dock** 29:11 40:8
**docked** 6:17 39:25
45:4,6,9
**docks** 40:7
**documents** 21:20
**doing** 14:2 17:20
35:19 43:13
**dollars** 39:5 58:5
**dots** 22:22
**drop** 23:4,6,8,9,11
**dropped** 18:1 21:9
22:23 23:2
**dropping** 54:20
**duly** 4:8 62:9
**Duteau** 12:19 39:8

———————
### E
**E** 2:7,19,19 49:21
**earlier** 25:13
**easier** 23:7
**economic** 22:6
**EE** 62:14 63:20
**eight** 24:6
**either** 12:6 22:23
58:16
**elect** 60:25

JOSE CABALLERO

employed 58:10
employee 63:12,13
employer 7:20
employers 15:12
engine 32:5,10,13
   34:14 58:19,19
engines 45:25
entitled 64:13
entity 47:11
Eric 7:22,23 8:1
   23:19,21,23 24:5,8
   24:11,13,18 25:10
   25:14,15,18 26:19
   34:10,15,17,18
   50:21,23 51:1,14
   56:25 60:10
ESQ 2:2,6,7
Estrella 1:4 3:17 7:8
   7:12,20 10:11 11:5
   14:13 20:12 22:25
   27:1,2 28:16 29:5,5
   29:8 31:16 35:12,19
   35:24 36:3,8 38:17
   38:20 53:16 58:11
   60:6 64:4
Estrella's 7:14 11:9
   13:16 15:7 29:12,16
   30:9
event 58:25
everybody 10:19,21
   10:25 28:11 53:25
evidence 3:3
exact 26:3 41:16 44:3
exactly 23:16 33:5
   39:12 52:21 53:18
Examination 1:19
   2:13 4:11 59:12
   60:4
exercise 46:3
Exhibit 2:20,22,23
   29:22,25 30:13,16
   52:5,8
expecting 38:12 39:4
expires 61:24 62:14
   63:21
explain 25:2
explained 22:19
expressed 55:13

ex-employers 17:19
ex-girlfriend 15:11

_____

F
facilities 47:17,19,24
fact 9:10 24:13 26:7
   28:6 31:11 46:24
family 29:5
far 15:16 58:21
father 5:12 43:22
February 13:14
Federal 1:7 3:17 4:4
   10:11 28:16 64:7
fee 37:13 38:10 39:2
Fernandez 28:21
Fertig 2:6,6,14,17 4:3
   4:3,12 57:18 59:11
   59:22 60:5,19,24
   61:2
Fifteen 21:19
Figueredo 6:22 8:6
   18:9 19:10 22:1
   28:8 31:8 35:7 36:7
   41:8 51:22 56:1,12
   56:20 57:3,19 60:11
Figueredo's 30:25
   40:19 57:11
filed 3:5,18
financially 63:15
find 19:3 49:25
finder's 37:13 38:10
   39:2
fire 11:14 31:25 32:3
   34:14,16
firearm 5:19
fired 41:18
first 4:8 7:4 27:10
   50:13
fish 14:17 29:20
fished 50:15
fishing 8:3 13:18,21
   13:23 14:16,18,20
   16:12 18:1 19:6,7
   19:17,18 28:1,1
   33:17 39:20 40:16
   42:4,6 45:16 48:9
   48:14 50:14 57:24
five 5:3,22 19:1,2
   40:9

five-and-a-half 43:9
FL 2:4,8 64:11
Florida 1:1,17,22 3:7
   3:8,14,19 4:16 6:1,2
   30:5,12,21 44:6
   46:18 59:15 61:19
   61:21,23 62:2,7,13
   63:2,17,20 64:1,18
following 21:7 60:2
follows 4:9
foregoing 63:9
forgot 12:20 48:24
form 14:9 15:24 17:8
   26:25 29:6 33:9
   35:14 38:2,4 51:24
   52:3 53:5,12 54:9
Fort 1:22 2:4,8 63:16
   64:18
forth 36:20
forward 39:1
found 12:17,17,18,25
   13:6 16:22 52:11,16
   53:1,14 55:11,16,20
   55:21
four 17:25 18:3 27:7
   40:3,6,7,9 45:21
   50:4
frauds 22:9
freelances 17:16
   42:14,14
freelancing 33:16,17
friend 9:1 37:1 57:6
friends 36:8,12,20
   39:9,16
fuel 9:12 46:12,16,20
   46:25 47:3,6,9,11
   47:14,17,19,23
Fuels 46:20 47:8
full 33:11,12 43:6
   50:5,16
full-time 43:5,7,10
   49:16
further 59:11 60:19
   61:7,14 63:11
future 26:1

_____

G
Galati 44:22

Game 48:22
gears 46:3
generator 34:16
gentleman 31:19,22
getting 28:4 39:1
   46:9
gift 37:19
girlfriend 16:20 17:1
   17:5,11 18:15 28:18
   60:17
girlfriend's 28:20
give 57:9
given 57:19
gives 37:1
giving 38:22
go 5:8,10 8:2,3 14:20
   15:19 16:6 18:1
   23:5,8 24:25 27:13
   28:10 37:8,9 42:25
   43:16 45:16 48:19
   50:12 51:9 59:13
goes 5:9 13:18 57:6
going 10:22 11:1 12:3
   13:11,15,21,21
   14:17,18,22 15:4
   16:1 17:11 19:7,12
   19:18 20:8 22:19
   26:16,20 28:1,1
   30:15 35:1 37:25
   42:19 53:1,6 55:14
   55:17,18,22 58:4
   59:14
golf 8:2
good 36:6 37:1
gotten 37:24
GRAMLING 2:6
grand 38:7
grew 36:15
grounded 11:16
Group 28:17
Grove 47:21,22
grow 4:18 6:25
guess 9:1 11:5 19:24
   20:14 21:10 36:6
   38:21

_____

H
H 2:19

JOSE CABALLERO

**hand** 4:5 30:15
**handing** 29:24 52:7
**happen** 22:20
**happened** 11:9,20
  12:14,21 13:3,11
  17:2 24:18 25:3
  35:7 38:22 39:13
  41:5 52:19,24
**happening** 11:2,4
**Harbour** 47:21,22
**Harris** 2:7 4:3
**hear** 31:19,22
**heard** 22:15 24:18
  31:17 56:6
**helping** 37:20
**heretofore** 3:4
**Hewlett** 1:20 3:5,20
  62:5,13 63:5,19
  64:20
**hi** 24:18 35:19
**high** 5:9
**hire** 13:19
**hired** 40:12
**HM** 44:21
**HMY** 44:20,21
**Homes** 7:6
**hour** 24:25 58:19
**hours** 43:14
**house** 4:22,24 8:14
  23:14 29:12,13
  58:16,17
**Huh-uh** 11:12
**hundred** 34:24 39:5
  58:5
**h-i-n** 49:22,23

**I**

**idea** 10:4,6,7 11:10
  11:11 18:20,21
  19:16 23:1 38:23
  54:3,5,14 55:24
**Identification** 2:20
  2:22,23 29:23 30:14
  52:6
**identify** 30:1
**imagine** 58:18
**incident** 41:24
**INDEX** 2:12

**industry** 6:24
**initiate** 20:3
**inside** 29:13 49:4
**insurance** 1:7 3:17
  4:4 7:9 10:13 11:6
  22:8 28:16 35:24,25
  54:4 64:7
**interest** 35:6 55:13
**interested** 63:15
**International** 30:6,12
  30:21
**introduce** 3:24
**investigation** 22:5,9
  22:12
**investigations** 15:4
**involved** 11:22
**involvement** 21:5,23
  25:7
**issue** 34:25
**Ives** 1:16 3:7,13

**J**

**James** 31:23
**January** 13:14
**Joe** 18:20 24:2
**John** 8:21,22,25 9:5
  9:17,19 32:10,15
  36:17
**Johnston** 46:23 47:2
**Joker** 57:7
**Jose** 1:11 2:14 3:1,15
  4:7,14 62:7 63:7
  64:10
**Joseph** 5:7
**June** 50:16 64:15

**K**

**K** 2:19
**Karcher** 2:2,2,2,16
  4:1,1 14:9 15:24
  17:8 19:24,25 20:1
  20:5,9,13,21 21:4,7
  21:12,18 26:25 28:8
  29:6 33:9 35:14
  38:2,4 51:24 52:3
  53:5,12 54:9 57:17
  59:13,18 60:8,11
  61:4
**Karcher's** 19:23

**keep** 58:19
**Kendall** 29:3
**Kevin** 5:7
**Key** 6:25 36:15 55:7
**kids** 48:15
**kind** 36:13
**kinds** 15:11
**knew** 12:22 13:9
  23:24 26:16 31:15
  33:6 38:21 52:16
**knots** 45:1
**know** 6:22 8:3,10,22
  8:23,24 10:23,24
  11:3,7,13,15,17
  12:4,24 13:11,11,20
  14:1 15:13,17 16:1
  16:5,16 17:21,24
  18:14,15,16 19:15
  20:5 23:13,16,16,17
  23:25 24:2,8,11
  25:3,20,21,22,23,23
  25:24 26:20 27:4,10
  27:15 28:11,15,25
  28:25 29:1,8,15
  30:3,4,22,23 31:1,6
  31:6,15,16,18 32:19
  32:20,21 33:2,5,12
  33:13,14,15,20,20
  33:24 34:1,9 35:2
  35:12,21,25 36:4,6
  36:13,14,14,18,19
  36:19,20,21,23,25
  37:8,9 38:3,3,3,5,17
  38:21 39:7,10,11,15
  39:18,21 40:21 41:2
  41:4,5,10,12,13,23
  42:10,10,12,13,16
  42:17 44:3,11 45:11
  46:23 47:4,23,25
  50:15,17 52:11,13
  53:21 54:4,5,11,11
  54:13,13 55:4,7,8
  55:11,23 56:4,17,17
  57:6,10 58:1,15,17
  58:17,25
**knowledge** 12:13
  47:2,8 59:16
**known** 6:23 7:23,24

**36:14,16 39:10,11
  39:12
**knows** 10:19,22,25
  11:2,2 53:25

**L**

**Large** 3:7 61:23
  63:20
**Lauderdale** 1:22 2:4
  2:8 63:17 64:18
**lawful** 3:2 4:8
**lawsuit** 10:15,18,23
  10:24 13:15,22
  14:23 18:23 19:4,12
  19:21 53:16,23
**laying** 14:12
**let's** 15:19 16:6
**Leviathan** 39:23,24
  40:25 41:15
**Levine** 39:18,21 40:4
  40:10,20 41:8,10,21
  42:1,5 57:24,25
**Levine's** 39:20,22
  40:14,23
**license** 34:21,23
**linked** 54:16
**Lisa** 8:16
**listed** 37:6 46:7
**listing** 38:1
**little** 7:24 37:18
  39:10
**live** 4:15,22 5:4,11
  8:14
**lived** 5:2
**lives** 5:13 18:15 55:4
  55:7,8
**living** 40:10
**log** 58:19,19
**long** 5:2 6:11 7:22
  18:25 20:20 21:18
  25:11 27:21,23
  29:13 36:4,12,16
  39:9,10,12 43:7
  50:3
**longer** 39:11
**looking** 39:1 55:9
**Lorene** 21:8
**Lori** 17:25 18:5
  20:23 21:1,8,11,22

JOSE CABALLERO

22:15,21,23 23:4
54:19,20,22,24,25
**Lori's** 21:8 55:2
**lot** 13:18 17:16 37:2
42:14 56:15 58:1
**LP** 2:6
**lunch** 29:15

**M**

**M** 2:19 49:22
**Machin** 49:16,17,18
49:20 50:3
**machine** 49:19
**MacKenzie** 7:22 14:8
14:14 22:3 23:19
26:2,4,12 28:8
34:10 36:11 50:21
50:23 51:1,14 57:1
**mad** 16:21 21:2
**Maguire** 3:21
**maintain** 8:5
**Maintains** 50:9
**March** 62:15 63:21
**marina** 18:2 21:17
45:6,12 47:15 48:2
48:20,22,24,24 49:3
**marine** 9:20
**marked** 29:22,25
30:13,16 52:5,8
**married** 8:16
**Master** 21:10 22:24
23:2,7,11 54:21
**mate** 13:19 39:20
40:12 43:11 49:16
50:3
**matter** 10:10 19:11
26:8 28:7 35:6
59:13 60:14
**Mattise** 31:23
**ma'am** 4:10
**mean** 8:13 9:22 10:19
10:21 11:23 15:17
17:3,9,25 21:1 24:5
24:12,16 25:3 33:10
34:17 36:13 37:7
40:17 52:25 53:1
55:14 56:14
**means** 33:11

**meant** 33:22,23
**meet** 7:4 8:1 21:15
**Melo** 6:4,5,19 19:7
19:18 28:1 40:2
43:8,21,23,25 44:9
44:17 45:15 48:10
48:11
**Melo's** 47:12
**member** 9:24
**mention** 25:2
**mentioned** 17:10
**met** 7:5,10,13 17:25
18:2 21:6,12 29:11
35:15 39:19 40:4
42:5
**Miami** 1:17 3:8,14
4:16,19 5:11,13
29:2 32:14 37:25
40:16 45:6,12 46:5
47:15 51:15 58:14
64:11
**Miami-Dade** 22:6
**Michael** 2:2 4:1
**mind** 16:25 43:17
**mine** 37:1
**minute** 59:22
**minutes** 19:1,1,2
20:22 21:19,19
22:14 25:13 27:25
**mistaken** 36:16
**Monday** 12:6,7 20:15
20:19
**money** 11:6 37:24
**month** 14:19 25:16
**months** 8:8,9 11:25
12:1 24:6,6 26:12
27:6 45:21 56:16
**moon** 50:16
**mother** 5:13
**mother's** 58:16,17
**MTU's** 44:24
**mutton** 14:18,20
50:16
**M-a-c-h-i-n** 49:20,23

**N**

**name** 4:12 6:15 9:12
12:19,20 21:8 28:20
31:15,19,22 39:22

44:4 47:4,5 48:24
49:6 57:7
**named** 7:17
**names** 5:6
**narcotics** 5:18
**narrow** 26:1
**nature** 5:17 24:19
**NAUGHT** 61:7,14
**Navarro** 14:15 36:25
38:8
**need** 9:15
**needed** 9:9
**neither** 26:21
**never** 9:8,9 11:19
14:22 29:13 31:8,15
32:3 34:15,18,18
37:11,13 41:12
46:25 47:3,6,9,24
54:25 55:12 56:25
**new** 44:17 48:23,25
**Nick** 7:12
**nickname** 57:7
**Nicolas** 1:4 3:17
20:12 28:16 33:25
64:4
**Nope** 35:9 36:24
41:22 49:11 51:18
52:10 56:10 57:23
58:8
**north** 1:17 3:8,14
14:1 18:15,16 43:19
**Notary** 3:6 61:23
62:6,13 63:20
**note** 14:6
**notes** 63:10
**notice** 3:4
**number** 3:16 19:23
49:24 55:2,9 57:9
57:10,11

**O**

**oath** 4:9 56:24 59:5
62:1
**Object** 14:9 15:24
17:8 26:25 29:6
33:9 35:14 38:2,4
51:24 52:3 53:5,12
54:9

**ocean** 51:10 52:12
54:17
**October** 59:14
**office** 29:10 64:13
**offices** 44:9
**Oh** 5:24
**oil** 58:21
**Okay** 4:25 5:14,17,20
6:19 8:21 9:19
13:24 25:17 27:17
37:16 43:24 48:7
49:7 59:21 60:23
61:2
**old** 8:14 43:24 44:18
**oldest** 5:7
**once** 13:17,20 26:13
29:17 36:21 40:4,5
44:4 45:20 48:23
**One's** 16:8 51:6
**operate** 33:23
**operated** 31:8 33:6
33:10,20,22 34:5
**operating** 32:23
**owner** 9:24 37:5
**owns** 6:2

**P**

**PAGE** 2:13
**pages** 63:9
**paid** 32:20 51:19
**Palm** 46:5
**paper** 28:16
**parents** 5:11
**Park** 47:23
**part** 5:10
**partial** 16:8
**participation** 15:22
**particular** 9:7,19
30:17
**parties** 63:13,14
**party** 8:16,17
**part-time** 40:22
**passed** 5:12
**pattern** 14:7
**people** 17:15,17 37:8
**personally** 62:7
**phone** 14:6,7 18:12
18:25 19:23 20:20
49:24 55:9 56:12

JOSE CABALLERO

57:9,10,11
**phonetic** 12:18,19
  31:20,23
**photo** 2:21,22,24
  52:5
**photograph** 29:22,24
  30:13,15,16 52:7
**pick** 51:12 56:22
**picked** 21:9 22:23
  23:1 43:18 51:4
  56:25
**picking** 54:17
**Pine** 8:14,15,15
**pissed** 17:23
**place** 1:16 40:2
**places** 58:15
**plaintiff** 1:5 2:4 4:2
  64:5
**play** 8:2
**please** 3:23 4:12
  64:13,14
**Plum** 6:18 40:1 45:5
  45:10 47:17,20
**point** 21:10 22:24
  23:2,7,11,13,15
  54:21 60:25
**Police** 22:6
**Possession** 5:18
**possible** 56:14
**posted** 56:7
**power** 44:23
**predicate** 14:12
**prefer** 60:24
**present** 3:23 61:10
**Presently** 6:8,9
**prior** 6:13 10:1
**probably** 7:24 12:1
**probation** 5:22,23
**problem** 34:8 43:20
**problems** 32:5,10,13
**proceedings** 60:2
**professional** 1:20 3:6
  35:6 55:13 62:6
  63:5
**provided** 57:22
**Public** 3:6 61:23 62:6
  62:13 63:20
**purchase** 44:20

**purchased** 44:17,19
  44:21
**purpose** 3:14 48:8
  58:9
**purposes** 3:3 14:17
**pursuant** 3:4

———————
**Q**
**question** 14:11 28:3
  53:14 55:15,17,19
  55:25
**questioned** 16:16
**questioning** 16:18
**questions** 16:2,4
  24:22,24 25:6 54:12
  59:19
**quick** 9:20
**quite** 29:20 36:5
  40:17

———————
**R**
**R** 1:20 2:2,6,19 3:5
  62:5,13 63:5,19
  64:20
**Raise** 4:5
**Ralph** 36:25 37:5,9
  37:14,24 38:15,19
  38:20,23
**Ralph's** 37:1 43:19
**ran** 9:12
**rate** 37:25
**read** 60:20 61:1
**reading** 61:8,11
**ready** 43:16 64:13
**realize** 59:5
**really** 8:7 25:1
**reason** 9:7,19 14:21
  17:24 21:2 22:20
  45:19 50:14 54:1
  58:7
**recall** 20:16,25 24:7
  25:11 26:3 32:24
  40:16,17 41:16 49:6
  50:18 51:3 52:20
  56:14
**receive** 38:13
**received** 37:13
**recess** 60:1
**recognizing** 30:17

**recollection** 41:14
**record** 3:10 5:15
  59:23,25 60:3 61:3
  61:5 63:10
**records** 14:6,10
**Redirect** 2:17 60:4
**refer** 37:5 38:9
**referral** 38:10
**referred** 37:11 38:7
  38:17
**referring** 37:25 38:13
**regarding** 10:10
**Registered** 1:20 3:5
  62:5 63:5
**relationship** 7:19 8:5
  30:25 36:2,6,11,14
  36:17 39:7,13 40:19
  41:6
**relative** 63:11,13
**remember** 9:11
  12:21 15:15,18
  16:10 18:4 20:16,19
  33:3 48:15 49:15
  52:20
**rent** 4:25 7:8 29:9,10
**reopened** 48:23
**report** 63:7
**reporter** 1:20 3:6,20
  3:24 4:5 62:6 63:1,6
**Reporting** 1:21 3:22
  64:17
**represented** 20:9,11
**requested** 63:9
**required** 35:8
**reside** 28:22,24
**residence** 8:11,19
**response** 9:20
**review** 63:8
**reward** 56:6
**Ricky** 49:16,17,20
  50:3
**Ricky's** 49:24
**right** 4:5 12:8 20:16
  23:13,13,15 25:11
  29:3,3 49:6 50:19
  60:20,22
**Riviera** 6:14,15
  37:17 38:8 46:25

**Road** 1:16 3:8,13
  6:10,12 13:18 21:16
  23:5 43:2 44:8,12
  44:14,15 45:4,8
  47:1,6,9,10,12 48:1
  48:19 50:24 51:1
  58:20
**Robert** 39:18
**role** 15:7 16:8 26:23
**run** 29:16 45:21 53:3
**running** 9:15
**runs** 6:2 9:2
**R.P.R** 62:13 63:19
  64:20

———————
**S**
**S** 2:19
**SAITH** 61:7,14
**sale** 35:24 37:6 46:7
**saw** 30:4,20
**saying** 16:10 17:11
  17:14,19 33:10 54:3
**says** 10:4,7 13:10
  14:18 18:20 20:18
  22:23 24:2 28:15
  30:19 43:15
**school** 5:8,10
**sea** 9:3,11,21,22,24
  32:9 33:1 34:1 37:3
  37:23
**Sean** 3:21
**see** 13:2 37:9 42:23
  46:17 49:8,10
**seeing** 16:22,22
**seen** 30:7,8 52:8
**serve** 19:13 20:17
  26:20
**served** 12:2,3,4 18:8
  19:11,16 20:14
  22:21 25:23,25
  26:10,14,16,17,22
  28:14
**service** 46:14,15
  57:22
**services** 9:5,15
**serving** 18:18 26:18
**set** 43:14
**Seth** 2:7 4:3

JOSE CABALLERO

**Seventy-four** 6:10
**Seventy-four-foot** 43:4
**Shawn** 31:20
**shopping** 7:9
**Shoreline** 46:19 47:8
**show** 21:20 46:5,6
**shows** 46:4
**side** 2:21 43:16
**sidewall** 46:18
**sign** 64:13
**signature** 61:17 64:13,16
**signed** 62:10 64:15
**signing** 61:8,11 64:14
**Simple** 54:15
**single** 11:19
**sink** 51:23 52:1
**sinking** 18:6
**sir** 4:13 7:3 11:18 14:24 15:2,5 19:22 22:13 30:10 34:20 34:22 41:7 42:2 43:6 50:8 55:10 59:10,13 60:20
**six** 8:8,9 11:25 24:6 43:9 56:16
**Sixteen** 44:24
**Sixty-four** 44:2
**size** 32:18
**slips** 40:3,6,7,9
**Smaller** 46:11
**snappers** 50:16
**socialize** 8:12
**sold** 37:17
**somebody** 16:23
**son** 5:7 28:13 43:22 48:17,17
**sons** 5:5 27:3,4 60:18
**sorry** 7:7 8:15 24:10 57:15
**South** 59:15
**Southeast** 1:22 2:3,7 64:17
**Southern** 1:1 3:19 64:1
**Southwest** 4:16 44:12 44:14 64:11

**space** 7:8 29:10
**speak** 10:2 24:13 26:2 27:1
**speaking** 21:13 60:10
**specific** 56:19
**specifically** 16:14 19:3
**speed** 44:25
**spend** 21:18
**spent** 4:20 45:11
**spoke** 26:4 27:2
**spoken** 25:14,18 26:11 27:5,8,18,21 42:1 60:11
**Star** 7:17,18 12:14,25 13:5 15:22 16:8 17:2,5 21:5 30:19 30:20,25 31:2,5,7,9 31:14 32:1,23 33:6 33:19 34:5,7,13 38:15 49:8 51:4,5,6 51:7,23 52:2,8,11 52:16 56:12,21 59:3
**started** 19:17
**state** 3:7 4:12 19:3 61:19,23 62:2,6,13 63:2,20
**States** 1:1 3:18 64:1
**stay** 48:20 58:13
**stayed** 48:21,21,22 48:23
**stays** 58:15
**stealing** 17:19
**stenographic** 63:10
**stenographically** 63:7
**Steve** 46:23 47:2,5
**stipulated** 61:9
**STIPULATION** 61:8
**stopped** 41:10
**stored** 58:23
**Street** 2:7
**stuff** 8:3 15:13 17:19 17:21 37:3,20 42:7 43:16 58:21
**subject** 60:14
**submersion** 16:9
**subpoena** 18:8 19:11

26:15
**subpoenaed** 10:9 19:4 23:18,24 24:8 24:11,14,19 25:15 26:5 28:7 53:16,17 53:18
**SUBSCRIBED** 61:20
**suing** 11:5
**Suite** 1:16 2:3 3:8,13
**sunglass** 41:23
**sunk** 55:21
**supplied** 47:3,6,9,11
**supplies** 46:12
**sure** 50:1
**swear** 3:25
**sword** 40:16
**sworn** 4:8 19:9 26:21 61:20 62:9

_____

### T

**T** 2:19
**take** 29:19 45:15,18 45:20,25 50:13
**taken** 1:12,14,19 3:2 3:16 20:6 60:1 64:12
**talk** 8:7,9 11:23,24 13:23 15:20 24:16 24:25 27:12 34:17 54:23 56:17
**talked** 10:5 11:25 12:23 16:11 19:6 22:15 24:5 34:15,18 35:16 54:22 56:15
**talking** 10:20 14:7,8 14:13 15:11 17:5 19:17 33:23 55:3
**talks** 14:14,14,15,15
**Tamiami** 44:10
**tell** 12:13,16 13:8,14 14:22 15:3,6,8,9,14 15:23,25 16:5,7,14 16:18 17:4 18:5 20:9,11,23 21:4,6 21:25 22:3,5,8 24:21,23 25:6 30:1 31:25 32:5,8,12,15 34:10 37:8,16 38:12 38:24 39:4 52:1

56:9 58:4,10
**Tellam** 8:21,25 9:5 9:17 32:11,15 36:18
**temperature** 45:25
**ten** 7:25 9:13 21:19 22:14 29:17
**testified** 4:9 22:1
**testify** 19:11 26:8 28:7 59:7
**testifying** 14:10
**testimony** 10:2 19:9 26:21 29:19 56:24 57:2 60:14
**Texas** 4:20 5:16
**Thank** 59:20 61:2,4
**thing** 11:19 19:10 22:14
**things** 17:12
**think** 5:18 9:1,3 12:4 12:6,19 21:7 23:22 32:10 33:2 36:9,15 37:7 39:17,23 46:21 48:5,11 49:22
**thinking** 46:9
**third** 35:1
**Thirty-eight** 45:3
**thought** 11:21 31:11 33:22
**thousand** 30:22 39:5 58:5
**three** 5:5 6:13 12:1 17:25 18:3 19:1,2 27:7,20 33:4 40:3,6 40:7,15 43:20 45:21 52:20
**Thursday** 3:11
**time** 1:15 3:12 4:20 5:10 7:11,15,19 9:2 9:3,10,16,22,22,23 17:17 27:22 29:13 30:4,7,8 31:12 32:24 33:5,11,12,16 33:17 34:4,6 36:12 36:16 39:19 41:14 41:16 42:4,5,10,19 43:6,11 45:12,13 47:15 48:13,13,14 48:18 50:5 56:16

JOSE CABALLERO

59:20 60:25 61:4
**times** 8:7 17:25 18:3
18:3 23:2,4 26:11
27:5,7,8,18,20,20
29:17 34:2 35:16
56:15
**today** 3:11 10:1,17
19:9 26:21 56:4,24
59:5,8 60:16
**token** 37:20
**told** 11:19,21 12:25
13:5,12 15:21 16:1
16:15 17:1,18 18:22
21:1,8,11,22 22:18
25:10 26:10,18,22
28:15 29:9 31:8
32:3,22 33:16 42:4
52:18,19 54:12,16
54:19,19
**ton** 34:24
**tongue** 51:9 52:12
54:17
**top** 45:2
**topic** 26:14
**touch** 18:11
**tow** 9:2,3,4,9,14,21
9:22,24 32:18
**towed** 32:6,11,22
35:8
**town** 4:24 10:19,25
24:12
**Trans** 6:1,2 44:6
46:18
**transcribed** 60:21
**transcript** 63:8,9
**transport** 51:19
**trash** 15:11
**trial** 9:11 32:9 33:1
34:1 59:14
**trials** 37:3,23
**tried** 52:1 55:9
**trip** 48:7,16
**trips** 13:25
**trucks** 46:15,16
47:12
**true** 56:11,20 63:10
**truth** 57:4
**Try** 57:15

**trying** 9:11 13:1
17:23 26:1 48:11
**Tuesday** 12:6 20:15
27:19
**turn** 12:12
**Twenty-five** 45:1
**twice** 26:13 29:18
**two** 5:10,12 12:1,20
18:3 27:20,20 40:15
42:25 52:18,19
**two-and-a-half** 33:4
**type** 5:14 29:4 44:7
44:23

———————
**U**
**Uh-huh** 20:2 35:3
50:10 58:24
**Um** 10:3 16:21 20:25
40:13
**understand** 11:4
30:24 31:5,13 36:2
36:7,10 53:14,19
54:12 55:15,18,25
**understanding** 32:11
**United** 1:1,21 3:18,21
64:1,17
**upset** 16:23 32:18
**upside-down** 13:7
55:21
**use** 3:3 9:5,8 46:14
46:19
**usually** 13:25
**U.S** 8:15

———————
**V**
**various** 51:5 58:15
**versus** 3:17 9:19
10:11 28:16
**vessel** 29:24 30:2
**video** 3:9
**videographer** 3:9,21
59:24 60:3 61:3,5
**Videotape** 1:10 3:1
**videotaped** 3:15
**Viking** 6:10,12 43:3,4
**vs** 1:6 64:6

———————
**W**
**waive** 60:22 64:14

**waived** 61:12 64:16
**want** 28:11 37:9
42:25
**wanted** 53:21
**wasn't** 16:12 22:12
25:25 33:12,15,24
42:6 48:13
**way** 15:8 23:9 47:7
48:25 49:4
**Wednesday** 20:16
**week** 8:8 12:5,8,9,10
12:11 14:17 26:3
27:16
**weekend** 50:13
**weekends** 50:11
**weekly** 11:24
**weeks** 42:23 43:18
45:13
**went** 8:16 32:9 39:19
40:16 42:4 46:4,5
48:5,6,14 50:18,19
**weren't** 35:10
**west** 40:9
**we're** 17:5 40:8 45:21
**We've** 48:21,21,22
**whatsoever** 29:7
**When's** 41:14
**wish** 59:9 64:14
**witness** 1:19 2:13 3:2
3:25 4:8,10 61:17
**word** 54:7,7
**work** 5:25 7:5,12
8:13 14:4 17:16
27:13,13,25 37:2
42:15 43:11,21
50:11
**worked** 15:12 36:4,4
40:21
**working** 9:21 33:15
41:2,15 42:8
**works** 17:17 35:2
50:7
**world** 55:1
**wrong** 13:3

———————
**X**
**X** 2:19

———————
**Y**

**yacht** 38:1
**Yachts** 30:5,12,21
44:22
**yeah** 7:21,21 15:8,25
24:20,20,24 27:24
30:19 32:25 33:5,22
35:23 39:17 40:3
46:22,24 48:11
49:20 52:19 57:14
**year** 13:13 14:5
15:17,21 24:6 25:14
41:16,17 44:15,18
45:11,11 46:4 50:17
50:18,19,19
**years** 5:3,12,22 6:13
6:23 7:25,25 9:13
18:4 23:2 27:2
29:11,17 33:4,4
35:15 36:5 40:15,15
42:25 43:9 50:4
**youngest** 5:9

———————
**$**
**$2,000** 37:19

———————
**0**
**03** 44:14
**067518** 62:14 63:20

———————
**1**
**1** 2:20 8:15 28:25
29:23,25 63:9
**10-CV-20938-JLK**
1:2 3:16 64:2
**10:35** 1:15 3:12
**1031** 1:16 3:7,13
**104th** 29:3
**11:37** 59:25
**11:38** 1:15 60:3 61:6
61:13
**12** 62:15 63:21
**1218** 1:22 64:17
**13th** 2:7
**138th** 4:16 64:11
**13903** 44:12,13
**144th** 44:12,14
**15** 7:25 9:13 27:2
29:11,17 35:15
**17184** 4:16 64:11

JOSE CABALLERO

**1990** 7:7,7,7

### 2

**2** 2:22 30:14,16
**20** 6:23
**200** 2:7
**2000** 44:16
**2000's** 44:24
**2005** 7:8
**2009** 42:25 45:8 48:1
  49:8 50:13
**2011** 1:14 3:12 13:13
  61:21 62:8,10 63:16
  64:15
**2015** 62:15 63:21
**228** 1:16 3:8,14
**26** 1:14 45:1
**26th** 3:11 62:8
**29** 2:20

### 3

**3** 2:23 52:5,8
**3rd** 1:22 2:3 64:17
**30** 2:22
**300** 2:3
**305** 49:25 57:17,18
**305-525-3130** 50:2
**305-877-7465** 57:15
**305-910-7231** 57:10
**31** 64:15
**31st** 62:10 63:16
**33177** 4:17 64:11
**33316** 2:4,8 64:18

### 4

**4** 2:14
**40-foot** 37:17 38:8
**43** 7:15

### 5

**5/19** 20:18,19
**5:00** 43:15
**52** 2:23
**525-2221** 64:18
**58** 6:14
**59** 2:16

### 6

**60** 2:17 9:10

**62** 63:10
**65** 44:2

### 7

**7231** 57:12,13
**74-foot** 6:12 43:3

### 8

**8** 44:16
**8:00** 43:15
**85-foot** 31:4 51:7
  55:11 59:1
**888** 2:3

### 9

**954** 64:18
**954-525-2221** 1:23