UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20938–CV–WILLIAMS

NICHOLAS ESTRELLA,

    Plaintiff,

vs.

FEDERAL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Defendant's Motion for Leave to Take the Deposition of Jose Caballero (DE 252). Upon review of the motion and the record, it is hereby **ORDERED AND ADJUDGED** that the motion is **DENIED**. However, Defendant will be permitted wide latitude in examining Mr. Caballero regarding statements he made to state law enforcement agents that contradict his sworn testimony in this action.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of May, 2012.

                                                KATHLEEN M. WILLIAMS
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record