UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20938-CV-WILLIAMS

NICHOLAS ESTRELLA,

    Plaintiff,

vs.

FEDERAL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion for Stay of Trial (DE 286). In accordance with the oral rulings made at the hearing held before the undersigned on September 6, 2012, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) To the extent Plaintiff's motion requests an indefinite stay of these proceedings, the motion is **DENIED**

(2) In accordance with Federal Rule of Civil Procedure 41(a)(2), the Court will permit Plaintiff to voluntarily dismiss his complaint on the condition that: (1) the parties agree to work together to schedule depositions of Jose Caballero and Eric MacKenzie within thirty (30) days of an order of dismissal in order to preserve the testimony of those witnesses; (2) Plaintiff agrees to pay the costs of this action to date, a complete list of which Defendant shall proffer to opposing counsel on or before 12:00 p.m. on September 10, 2012; and (3) Plaintiff agrees that the Court may retain

jurisdiction to consider an award of attorneys' fees before the statute of limitations for Plaintiff to refile his claims has elapsed.

(3)  Plaintiff shall file a notice with the Court no later than 5:00 p.m. on September 12, 2012 indicating whether he wishes to voluntarily dismiss this matter or proceed to a trial specially set for the week of November 5, 2012.

**DONE AND ORDERED** in chambers in Miami, Florida, this 7th day of September, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record