

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 002344 |
| Invoice Date | June 10, 2009 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 05/27/2009 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**      **STAR ONE 2009** | | | |
| | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Storage (75 ft @ $2.50 = $187.50) 05/09/09-05/31/09 | 22.00 | 187.50 | 4,125.00 |
| YARD SERVICES    Storage (75 ft @ $2.50 = $187.50) 06/01/09-06/30/09 | 30.00 | 187.50 | 5,625.00 |
| Subtotal    YARD SERVICES | | 9,750.00 | |
| | | | |
| ZZ      Default Task | | | |
| Environmental Impact Fee 2.5% | | | 243.75 |
| Subtotal    ENVIRONMENTAL FEE | | 243.75 | |
| | | | |
| ZZ      Default Task | | | |
| Sales Tax | | | 635.00 |
| | | | |
| Invoice Total | | $ | 10,628.75 |



**JONES** BOATYARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 002379 |
| Invoice Date | July 27, 2009 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 06/29/2009 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**        **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Storage July, 2009 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ       Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ       Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph  (305) 635-0891

| | |
|---|---|
| Invoice Number | 002387 |
| Invoice Date | August 05, 2009 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 07/27/2009 | Qty | Rate | Amount |
|---|---|---|---|

**Project**          **STAR ONE 2009**

| YARDSV1001  STORAGE | | | |
|---|---|---|---|
| YARD SERVICES   Storage for the Month of August 2009 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal   YARD SERVICES | | 2,800.00 | |
| ZZ          Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal   ENVIRONMENTAL FEE | | 70.00 | |
| ZZ          Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 002420 |
| Invoice Date | September 08, 2009 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 08/25/2009 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**                      **STAR ONE 2009** | | | |
| YARDSV1001      STORAGE | | | |
| YARD SERVICES      STORAGE FOR THE MONTH SEPTEMBER 2009 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal      YARD SERVICES | | 2,800.00 | |
| ZZ      Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal      ENVIRONMENTAL FEE | | 70.00 | |
| ZZ      Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 002444 |
| Invoice Date | October 06, 2009 |
| PO Number | |
| Project | CHU01-STARONE09 |
| | |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 09/28/2009 | Qty | Rate | Amount |
|---|---|---|---|
| **Project** STAR ONE 2009 | | | |
| YARDSV1001 STORAGE | | | |
| YARD SERVICES STORAGE FOR THE MONTH OF OCTOBER, 2009 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal YARD SERVICES | | 2,800.00 | |
| ZZ Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal ENVIRONMENTAL FEE | | 70.00 | |
| ZZ Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



**JONES** BOAT YARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 002480 |
| Invoice Date | November 25, 2009 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 10/26/2009 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**       **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Storage for the Month of November 2009 | 1.00 | 2,800.00 | 2,800.00 |
|    Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ      Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
|    Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ      Default Task | | | |
| Sales Tax | | | 196.00 |
|    Invoice Total | | $ | 3,066.00 |



**Jones Boat Yard, Inc.**
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 002498 |
| Invoice Date | December 18, 2009 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 11/25/2009 | Qty | Rate | Amount |
|---|---|---|---|
| **Project** STAR ONE 2009 | | | |
| YARDSV1001 STORAGE | | | |
| YARD SERVICES   STORAGE FOR THE MONTH OF DECEMBER | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal   YARD SERVICES | | 2,800.00 | |
| ZZ   Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal   ENVIRONMENTAL FEE | | 70.00 | |
| ZZ   Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| Invoice Number | 002515 |
|---|---|
| Invoice Date | January 11, 2010 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 12/29/2009 | Qty | Rate | Amount |
|---|---|---|---|

**Project**      STAR ONE 2009

YARDSV1001    STORAGE
YARD SERVICES    Storage for the Month of January 2010

| | Qty | Rate | Amount |
|---|---|---|---|
| YARD SERVICES — Storage for the Month of January 2010 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal   YARD SERVICES | | 2,800.00 | |
| ZZ   Default Task — Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal   ENVIRONMENTAL FEE | | 70.00 | |
| ZZ   Default Task — Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph  (305) 635-0891

| | |
|---|---|
| Invoice Number | 002576 |
| Invoice Date | March 01, 2010 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 01/25/2010 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**      **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Storage for the Month of February 2010 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ    Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ    Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 002609 |
| Invoice Date | March 16, 2010 |
| PO Number | |
| Project | CHU01-STARONE09 |
| | |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 02/26/2010 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**       STAR ONE 2009 | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Storage for Month March, 2010 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ      Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ      Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 002645 |
| Invoice Date | April 07, 2010 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 03/30/2010 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**               **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Storage for thge month of April 2010 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ    Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ    Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 002702 |
| Invoice Date | May 19, 2010 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 04/30/2010 | Qty | Rate | Amount |
|---|---|---|---|
| **Project** STAR ONE 2009 | | | |
| YARDSV1001 STORAGE | | | |
| YARD SERVICES Storage for the month of May 2010 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal YARD SERVICES | | 2,800.00 | |
| ZZ Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal ENVIRONMENTAL FEE | | 70.00 | |
| ZZ Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 002741 |
| Invoice Date | June 02, 2010 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 05/25/2010 | Qty | Rate | Amount |
|---|---|---|---|

**Project**      **STAR ONE 2009**

| | | | |
|---|---|---|---|
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Storage for the Month of June, 2010 | 1.00 | 2,800.00 | 2,800.00 |
|    Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ    Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
|    Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ    Default Task | | | |
| Sales Tax | | | 196.00 |
|    Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| Invoice Number | 002788 |
|---|---|
| Invoice Date | July 06, 2010 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 06/26/2010 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**      **STAR ONE 2009** | | | |
| YARDSV1001     STORAGE | | | |
| YARD SERVICES     Storage for the Month of July 2010 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ       Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ       Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



**JONES** BOAT YARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 002847 |
| Invoice Date | August 10, 2010 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 07/28/2010 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**        STAR ONE 2009 | | | |
| YARDSV1001     STORAGE | | | |
| YARD SERVICES     Storage for the month of August 2010 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal     YARD SERVICES | | 2,800.00 | |
| ZZ     Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal     ENVIRONMENTAL FEE | | 70.00 | |
| ZZ     Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



**JONES** BOAT YARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| Invoice Number | 002869 |
| Invoice Date | August 30, 2010 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 08/26/2010 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**  STAR ONE 2009 | | | |
| YARDSV1001  STORAGE | | | |
| YARD SERVICES   Storage for the month of September 2010 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal   YARD SERVICES | | 2,800.00 | |
| ZZ   Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal   ENVIRONMENTAL FEE | | 70.00 | |
| ZZ   Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph  (305) 635-0891

| | |
|---|---|
| Invoice Number | 002917 |
| Invoice Date | October 15, 2010 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 09/29/2010 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**        **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Storage for the month of October 2010 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ      Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ      Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| Invoice Number | 002965 |
|---|---|
| Invoice Date | November 12, 2010 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 10/25/2010 | Qty | Rate | Amount |
|---|---|---|---|

**Project**          **STAR ONE 2009**

| | | | |
|---|---|---|---|
| YARDSV1001   STORAGE | | | |
| YARD SERVICES   Storage for the month of November 2010 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal   YARD SERVICES | | 2,800.00 | |
| ZZ   Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal   ENVIRONMENTAL FEE | | 70.00 | |
| ZZ   Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



**JONES** BOAT YARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003068 |
| Invoice Date | February 09, 2011 |
| PO Number | |
| Project | CHU01-STARONE09 |
| | |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 11/30/2010 | Qty | Rate | Amount |
|---|---|---|---|
| **Project** STAR ONE 2009 | | | |
| YARDSV1001 STORAGE | | | |
| YARD SERVICES Storage for the month of December 2010 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal YARD SERVICES | | 2,800.00 | |
| ZZ Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal ENVIRONMENTAL FEE | | 70.00 | |
| ZZ Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003067 |
| Invoice Date | February 09, 2011 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 12/29/2010 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**      **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Storage for the month of January 2011 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ    Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ    Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 01/31/2011 | Qty | Rate | Amount |
|---|---|---|---|
| **Project** STAR ONE 2009 | | | |
| YARDSV1001 STORAGE | | | |
| YARD SERVICES Storage for the month of February 2011 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal YARD SERVICES | | 2,800.00 | |
| ZZ Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal ENVIRONMENTAL FEE | | 70.00 | |
| ZZ Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



**JONES** BOAT YARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003125 |
| Invoice Date | March 21, 2011 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 02/28/2011 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**   STAR ONE 2009 | | | |
| MISCEL1001   Check vessel | | | |
| DIRECT LABOR | 1.50 | 80.00 | 120.00 |
| Subtotal   DIRECT LABOR | | 120.00 | |
| YARDSV1001   STORAGE | | | |
| YARD SERVICES   Storage for the month of March 2011 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal   YARD SERVICES | | 2,800.00 | |
| ZZ   Default Task | | | |
| Environmental Impact Fee 2.5% | | | 73.00 |
| Subtotal   ENVIRONMENTAL FEE | | 73.00 | |
| ZZ   Default Task | | | |
| Sales Tax | | | 204.40 |
| Invoice Total | | $ | 3,197.40 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003221 |
| Invoice Date | May 23, 2011 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 03/31/2011 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**          **STAR ONE 2009** | | | |
| YARDSV1001     STORAGE | | | |
| YARD SERVICES     Storage for the month of April 2011 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal     YARD SERVICES | | 2,800.00 | |
| ZZ     Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal     ENVIRONMENTAL FEE | | 70.00 | |
| ZZ     Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003222 |
| Invoice Date | May 23, 2011 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 04/26/2011 | Qty | Rate | Amount |
|---|---|---|---|
| **Project** **STAR ONE 2009** | | | |
| YARDSV1001 STORAGE | | | |
| YARD SERVICES Storage for the month of May 2011 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal YARD SERVICES | | 2,800.00 | |
| ZZ Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal ENVIRONMENTAL FEE | | 70.00 | |
| ZZ Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 05/31/2011 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**  STAR ONE 2009 | | | |
| YARDSV1001  STORAGE | | | |
| YARD SERVICES  Storage for the month of June 2011 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal  YARD SERVICES | | 2,800.00 | |
| ZZ  Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal  ENVIRONMENTAL FEE | | 70.00 | |
| ZZ  Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



**JONES** BOAT YARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003281 |
| Invoice Date | July 01, 2011 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 06/20/2011 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**      **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Storage for the month of July 2011 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ    Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ    Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



**JONES** BOATYARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003432 |
| Invoice Date | October 03, 2011 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 07/28/2011 | Qty | Rate | Amount |
|---|---|---|---|
| **Project** STAR ONE 2009 | | | |
| YARDSV1001 STORAGE | | | |
| YARD SERVICES Storage for the month of August 2011 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal YARD SERVICES | | 2,800.00 | |
| ZZ Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal ENVIRONMENTAL FEE | | 70.00 | |
| ZZ Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003433 |
| Invoice Date | October 03, 2011 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 08/29/2011 | Qty | Rate | Amount |
|---|---|---|---|

**Project**      **STAR ONE 2009**

YARDSV1001    STORAGE
YARD SERVICES    Dockage for September 2011      1.00      2,800.00      2,800.00

   Subtotal    YARD SERVICES      2,800.00

ZZ      Default Task
Environmental Impact Fee 2.5%      70.00

   Subtotal    ENVIRONMENTAL FEE      70.00

ZZ      Default Task
Sales Tax      196.00

   Invoice Total      $      3,066.00



**JONES** BOATYARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003434 |
| Invoice Date | October 03, 2011 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 09/26/2011 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**          **STAR ONE 2009** | | | |
| YARDSV1001     STORAGE | | | |
| YARD SERVICES     Dockage for October 2011 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal     YARD SERVICES | | 2,800.00 | |
| ZZ          Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal     ENVIRONMENTAL FEE | | 70.00 | |
| ZZ          Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



**JONES** BOATYARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003545 |
| Invoice Date | December 07, 2011 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 10/31/2011 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**      **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Dockage for November 2011 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ    Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ    Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph  (305) 635-0891

| | |
|---|---|
| Invoice Number | 003594 |
| Invoice Date | January 17, 2012 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 12/07/2011 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**        **STAR ONE 2009** | | | |
| <u>YARDSV1001</u>    STORAGE | | | |
| YARD SERVICES    Dockage for December 2011 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| <u>ZZ</u>      Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| <u>ZZ</u>      Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003593 |
| Invoice Date | January 17, 2012 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 12/29/2011 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**          **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Dockage for January 2012 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ    Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ    Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003634 |
| Invoice Date | February 08, 2012 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 01/31/2012 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**          **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Dockage for February 2012 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ    Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ    Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph  (305) 635-0891

| | |
|---|---|
| Invoice Number | 003730 |
| Invoice Date | April 12, 2012 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 02/21/2012 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**          **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Dockage for March 2012 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ    Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ    Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



**JONES** BOATYARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003731 |
| Invoice Date | April 12, 2012 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 03/31/2012 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**        **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Dockage for April 2012 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ    Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ    Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003836 |
| Invoice Date | June 05, 2012 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 04/20/2012 | Qty | Rate | Amount |
|---|---|---|---|

**Project**          **STAR ONE 2009**

YARDSV1001      STORAGE
YARD SERVICES      Dockage for May 2012

| | Qty | Rate | Amount |
|---|---|---|---|
| YARD SERVICES — Dockage for May 2012 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal   YARD SERVICES | | 2,800.00 | |
| ZZ   Default Task   Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal   ENVIRONMENTAL FEE | | 70.00 | |
| ZZ   Default Task   Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003835 |
| Invoice Date | June 05, 2012 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 05/22/2012 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**      **STAR ONE 2009** | | | |
| YARDSV1001    STORAGE | | | |
| YARD SERVICES    Dockage for June 2012 | 1.00 | 2,800.00 | 2,800.00 |
|    Subtotal    YARD SERVICES | | 2,800.00 | |
| ZZ      Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
|    Subtotal    ENVIRONMENTAL FEE | | 70.00 | |
| ZZ      Default Task | | | |
| Sales Tax | | | 196.00 |
|    Invoice Total | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

| | |
|---|---|
| Invoice Number | 003933 |
| Invoice Date | August 20, 2012 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 06/20/2012 | Qty | Rate | Amount |
|---|---|---|---|
| **Project**      **STAR ONE 2009** | | | |
| YARDSV1001      STORAGE | | | |
| YARD SERVICES      Dockage for July 2012 | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal      YARD SERVICES | | 2,800.00 | |
| ZZ      Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal      ENVIRONMENTAL FEE | | 70.00 | |
| ZZ      Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |



**JONES** BOAT YARD

Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph (305) 635-0891

BILL TO:

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 07/31/2012 | Qty | Rate | Amount |
|---|---|---|---|

**Project**      **STAR ONE 2009**

| | | Qty | Rate | Amount |
|---|---|---|---|---|
| YARDSV1001   STORAGE | | | | |
| YARD SERVICES   Dockage for August 2012 | | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal   YARD SERVICES | | | 2,800.00 | |
| ZZ   Default Task | | | | |
| Environmental Impact Fee 2.5% | | | | 70.00 |
| Subtotal   ENVIRONMENTAL FEE | | | 70.00 | |
| ZZ   Default Task | | | | |
| Sales Tax | | | | 196.00 |
| Invoice Total | | | $ | 3,066.00 |



Jones Boat Yard, Inc.
3399 NW South River Drive
Miami, FL 33142
Ph  (305) 635-0891

| Draft | 0000084565 |
|---|---|
| Invoice Date | September 13, 2012 |
| PO Number | |
| Project | CHU01-STARONE09 |
| Page | 1 of 1 |

**BILL TO:**

CHUBB MARINE UNDERWRITERS
ONE FINANCIAL CENTER
BOSTON, MA 02111

| Period beginning 00/00/0000 through 08/22/2012 | Qty | Rate | Amount |
|---|---|---|---|
| **Project** **STAR ONE 2009** | | | |
| YARDSV1001  STORAGE | | | |
| YARD SERVICES  Dockage for the month of September 2012. | 1.00 | 2,800.00 | 2,800.00 |
| Subtotal  YARD SERVICES | | 2,800.00 | |
| ZZ  Default Task | | | |
| Environmental Impact Fee 2.5% | | | 70.00 |
| Subtotal  ENVIRONMENTAL FEE | | 70.00 | |
| ZZ  Default Task | | | |
| Sales Tax | | | 196.00 |
| Invoice Total | | $ | 3,066.00 |