UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20938-CV-WILLIAMS

NICHOLAS ESTRELLA,

    Plaintiff,

vs.

FEDERAL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before is before the Court upon a *sua sponte* review of the record. Consistent with Plaintiff Nicholas Estrella's request and the Court's oral rulings at the status conference held on September 18, 2012, it is hereby **ORDERED AND ADJUDGED** as follows:

(1) Counts I-III of Plaintiff's complaint (DE 1) are **DISMISSED WITH PREJUDICE**.

(2) Because Plaintiff has not retained the right to sue again, the Court finds that there is no justiciable controversy with respect to Defendant's counterclaim under the Declaratory Judgment Act, 28 U.S.C. § 2201. Accordingly, Counts I-II of Defendant Federal Insurance Company's Counterclaim (DE 8) are **DISMISSED WITHOUT PREJUDICE**. *See* 28 U.S.C. § 2201(a); *Malowney v. Fed. Collection Deposit Gp.*, 193 F.3d 1342, 1346-47 (11th Cir. 1999).

(3)   Any and all pending motions are **DENIED AS MOOT**. The Court retains jurisdiction for a request for an award of appropriate costs and fees, which shall be made on or before October 2, 2012.

**DONE AND ORDERED** in chambers in Miami, Florida, this 21st day of September, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record