*Chrisfertig*

9542

*lr*

Your invoice is not ready for the moment. Try again after few minutes



**Fotolia LLC**
41 East 11th Street
11th floor
New York NY 10003
USA
EIN: 592392089

Tel: +1 (888) 674-2299
Fax:
Email: invoice@fotolia.com

www.fotolia.com

Date: 06-06-2011
Payment method: Bibit credit purchase
Credit card number: 3713******9006
Valid for: 366 days
State: Validated

**Customer:**
Fertig & Gramling
200 SE 13th Street
Fort Lauderdale, 33316
United States of America

Account manager: Chris Fertig

## Receipt: 202926189-202590773

| DATE | DESCRIPTION | QUANTITY | PRICE |
|---|---|---|---|
| 06-06-2011 | Photo Credit Purchase | 25 | $ 30.00 |
|  | TOTAL | 25 credits | $ 30.00 |

**INFORMATION:**

**Customer Ref.:** chrisfertig
**Customer ID:** 202590773

**Receipt:** 202926189-202590773
**Transaction Ref.:** g06jxWo9aGqL
**Date:** 06-06-2011 10:15:25 pm
**Expiry date:** N/A
**General Terms and Conditions:** https://us.fotolia.com/Conditions

Fotolia LLC, 41 East 11th Street, 11th floor, New York, NY, 10003, USA
Tel: +1 (888) 674-2299 | Fax: | Email: invoice@fotolia.com

7/27/2011

Wells Fargo Bank NA
Subpoena Processing East
PO Box 8667 Y1372-110
Philadelphia, PA 19101
215-973-4000

Fertig & Gramling
Seth E Harris
200 SE 13th Street
Fort Lauderdale, FL 33316

Re: Overdue Notice
Case No: 2802166        Invoice No: 83775

Dear Sir or Madam:

**NOTICE - PAYMENT IS 30 DAYS LATE**
Below please find the details of the Invoice for Payment that was forwarded to you thirty (30) days ago. Although Wells Fargo provided you with the production of documents, you have failed to remit payment.

If you have any questions or concerns regarding our production, please do not hesitate to contact our office.

Sincerely,

Subpoena Department
Legal Order Processing
Wells Fargo

**Invoice Details:**

| | | | |
|---|---|---|---|
| Invoice No: | 83775 | Hours Worked: | 1 @ $25.00 per hour |
| Case No: | 2802166 | Pages Delivered: | Image Items: 21 @ $2.00 per page |
| Date Sent: | 6/27/11 | | Photo Items: 0 @ $2.00 per page |
| Total Amount: | $243.00 | | Page Loans: 0 @ $0.25 per page |
| | | | Signature Cards: 0 @ $2.00 per page |
| | | | Statements: 88 @ $2.00 per page |
| | | | Wires: 0 @ $2.00 per page |

*2802166*   *LTR11*

**CopyScan, Inc.**
**1230 South Andrews Avenue**
**Fort Lauderdale, FL 33316**

Federal ID#   65-0620776

Phone: (954) 463-9394
Fax:   (954) 463-2551

# Invoice

Invoice Number:
132983
Invoice Date:
Jun 16, 2011
Page:
1



Sold To:
KARCHER CANNING & KARCHER
ATTN  ACCOUNTS PAYABLE
888 SE 3 AVE 300
FORT LAUDERDALE, FL  33316

Ship to:
ATTN: CONNIE
ATTN  ACCOUNTS PAYABLE
888 SE 3 AVE 300
FORT LAUDERDALE, FL  33316

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| KAR400 | 11-107* CONNIE | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 6/16/11 | 7/16/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2,636.00 | COPY LIT 2 | LITIGATION COPYING - MEDIUM GRADE | 0.170 | 448.12 |
| 2,636.00 | BATELEL DOCS | COMPUTERIZED BATES LABELING | 0.090 | 237.24 |
| 23.00 | BLUE DIVIDER | BLUE PAPER DIVIDER FOR TABS AND FOLDERS | 0.030 | 0.69 |
| 1.00 | ORIGINALS - | ORIGINALS LABEL SHEETS | | |
| 1.00 | COPIES - GREEN | COPY SHEETS - GREEN | | |
| 1.00 | BX-LG-DELIVERY | LARGE DELIVERY BOX | | |

Received By:
Printed Name:
Date:
DEL: 1:20 pm

Subtotal              686.05
Sales Tax              41.16
Total Invoice Amount  727.21
Payment Received        0.00
TOTAL                 727.21

We thank you for your business.  Please call on us again.

Past due invoices will incur finance charges of 1.5% per month. Customer is responsible for collection costs and attorney's fees for unpaid invoices.

# Dadeland Copy, Inc.

Dadeland Copy Inc
150 S Dadeland Blvd
Suite 102
Miami, FL 33156

(305)670-9070

## Invoice

| DATE | INVOICE # |
|---|---|
| 06/28/2011 | 15843 |
| TERMS | DUE DATE |
| Net 15 | 07/13/2011 |

**BILL TO**

Lee Mandel, P.A.
9655 S. Dixie H'way
Suite 102
Miami, Fl. 33156
Dinora

| AMOUNT DUE | ENCLOSED |
|---|---|
| $27.65 | |

✂ Please detach top portion and return with your payment. ✂

| SHIP DATE | SHIP VIA |
|---|---|
| 06/28/2011 | Hand |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 136 | Bates Numbering | • Cocoplum Yacht Club | 0.07 | 9.52T |
| 136 | Copies | | 0.12 | 16.32T |

| | |
|---|---|
| SUBTOTAL | $25.84 |
| TAX (7%) | $1.81 |
| TOTAL | $27.65 |

Thank's for your business          FEIN:65-1135931

# KARCHER CANNING & KARCHER
*A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS*

David P. Karcher *, P.A.
David R. Canning, P.A.
Michael R. Karcher, P.A.

*Board Certified –
Admiralty & Maritime Law



OF COUNSEL

Brian C. Deuschle, Chartered

June 15, 2011

**Linda, Assistant to**
Christopher R. Fertig, Esq.
Fertig & Gramling
200 S.E. 13th Street,
Ft. Lauderdale, FL 33316

  Re: Nicolas Estrella v. Federal Insurance Company
     USDC Case No.: 10-CV-20938-JLK
     Our File No.: 11-107

Dear Linda:

  Enclosed please find a copy of the invoice from CopyScan, Inc., in the amount of $1,360.53 for copying and bate-stamping of documents in response to Plaintiff's Supplemental Response to Second Request for Production.

  We ask that you forward your check made payable to **Underwood, Karcher & Karcher, P.A.**, in the amount of **$680.26** that represents your copy of the documents.

            Very truly yours,

            KARCHER, CANNING & KARCHER

            MICHAEL R. KARCHER

MRK:cf
Enclosure

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID#   65-0620776

Phone:   (954) 463-9394
Fax:     (954) 463-2551

# Invoice

Invoice Number:
132951
Invoice Date:
Jun 13, 2011
Page:
1

Sold To:

KARCHER CANNING & KARCHER
ATTN   ACCOUNTS PAYABLE
888 SE 3 AVE 300
FORT LAUDERDALE, FL  33316

Ship to:

ATTN:  CONNIE
ATTN   ACCOUNTS PAYABLE
888 SE 3 AVE 300
FORT LAUDERDALE, FL  33316

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| KAR400 | 11-107* CONNIE | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 6/14/11 | 7/13/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,772.00 | COPY LIT 1 | LITIGATION COPYING - LIGHT GRADE | 0.140 | 948.08 |
| 3,376.00 | BATELBL DOCS | COMPUTERIZED BATES LABELING | 0.090 | 303.84 |
| 20.00 | BLUE DIVIDER | COLOR PAPER DIVIDER | 0.030 | 0.60 |
| 2.00 | CDDUP | CD DUPLICATING | 15.500 | 31.00 |
| 1.00 | ORIGINALS - | ORIGINALS LABEL SHEETS | | |
| 2.00 | COPIES - GREEN | COPY SHEETS - GREEN | | |
| 2.00 | BX-LG-DELIVERY | LARGE DELIVERY BOX | | |

Received By:
Printed Name:
Date:

DEL:

Subtotal             1,283.52
Sales Tax                77.01
Total Invoice Amount 1,360.53
Payment Received         0.00
TOTAL                1,360.53

We thank you for your business.  Please call on us again.   1/2

Past due invoices will incur finance charges of 1.5% per month. Customer is responsible for collection costs and attorney's fees for unpaid invoices.

# 680.26

**Budget Graphics, Inc**
**2081 Southwest 38th Avenue**
**Fort Lauderdale, FL 33312**
**Broward**

Phone: (954) 527-5519
Fax:

Invoice
Invoice Number:
**100811**
Invoice Date:
**4/21/11**
Page:
1

Sold To:
KARCHER CANNING & KARCHER
888 SE 3RD AVENUE
SUITE 300
FORT LAUDERDALE, FL 33316

Customer ID: KARCHER

Federal Tax ID #

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| 9542 - ESTRELLA | 2% 10, Net 30 Days | | 5/21/11 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4112.00 | Heavy Litigation | 0.25000 | 1,028.00 |

Check No:

Subtotal 1,028.00
Sales Tax 61.68
Total Invoice Amount 1,089.68
Payment Received
**TOTAL** 1,089.68

Budget Graphics Inc. has an affiliation with Fertig & Gramling

**Budget Graphics, Inc**
**2081 Southwest 38th Avenue**
**Fort Lauderdale, FL 33312**
**Broward**

Phone: (954) 527-5519
Fax:

Invoice
Invoice Number:
**100762**
Invoice Date:
**6/3/10**
Page:
1

Sold To:
CHUBB INSURANCE GROUP

Customer ID: CHUBB

Federal Tax ID #

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| 9368 - ESTRELLA | 2% 10, Net 30 Days | | 7/3/10 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4.00 | 36x48 Color Enlargement | 90.00000 | 360.00 |
| 1.00 | Burn CD | 10.00000 | 10:00 |
| 1603.00 | Heavy Litigation | 0.25000 | 400.75 |

| | |
|---|---|
| Subtotal | 770.75 |
| Sales Tax | 46.25 |
| Total Invoice Amount | 817.00 |
| Check No: Payment Received | |
| **TOTAL** | 817.00 |

Budget Graphics Inc. has an affiliation with Fertig & Gramling

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID#   65-0620776

Phone: (954) 463-9394
Fax:   (954) 463-2551



# Invoice

Invoice Number:
131161
Invoice Date:
Feb 28, 2011
Page:
1

Sold To:

KARCHER CANNING & KARCHER
ATTN  ACCOUNTS PAYABLE
888 SE 3 AVE 300
FORT LAUDERDALE, FL  33316

Ship to:

ATTN:  CONNIE
ATTN  ACCOUNTS PAYABLE
888 SE 3 AVE 300
FORT LAUDERDALE, FL  33316

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| KAR400 | 11-107* CONNIE | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 2/28/11 | 3/30/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 315.00 | COPY - LIT 1 | LITIGATION COPYING - LIGHT GRADE | 0.140 | 44.10 |
| 1.00 | ORIGINALS - | ORIGINALS LABEL SHEETS | | |
| 1.00 | COPIES - GREEN | COPY SHEETS - GREEN | | |

Received By: _Connie D. Falcon_ Date: 2/28/11

DEL: _[signature]_  6:19

|  | |
|---|---|
| Subtotal | 44.10 |
| Sales Tax | 2.65 |
| Total Invoice Amount | 46.75 |
| Payment Received | 0.00 |
| TOTAL | 46.75 |

We thank you for your business. Please call on us again.

Law Enforcement Relations Group
4 Sylvan Way
Parsippany, NJ 07054
Phone 973-292-8911 / Fax 973-292-8697

| | |
|---|---|
| DATE: | 6/28/2011 |
| INVOICE # | |
| T-MOBILE REF # | 2011-094902 |

Invoice prepared by: Vanessa Dunston 973-292-8681

| BILL TO: | Case Name: |
|---|---|
| FERTIG & GRAMLING<br>C/O SETH HARRIS<br>200 SOUTHEAST 13TH STREET<br>FT LAUDERDALE, FL 33316<br>954-763-5020 | ESTRELLA V. FEDERAL INSURANCE COMPANY |
| | Case Number: |
| | 10-CV-20938-JLK |
| | Fax Number: |
| | (954) 763-5412 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| SUBSCRIBER NAMES AND/OR PHONE NUMBERS SEARCHED | 1 | $25.00 | $ 25.00 |
| NUMBER OF MONTHS OF CALL DETAIL RECORDS PRODUCED ($15.00 per month or for any part thereof) | 7 | $15.00 | $ 105.00 |
| BUSINESS RECORDS AFFIDAVIT OR CERTIFICATION | 0 | $10.00 | $ - |
| DEPOSITION ON WRITTEN QUESTIONS | 0 | $25.00 | $ - |
| DELIVERY OF RECORDS | | | |
| FAX / EMAIL | 0 | $5.00 | $ - |
| U.S. POSTAL SERVICE | 1 | $10.00 | $ 10.00 |
| UPS DELIVERY | 0 | $25.00 | $ - |
| OTHER | | | |
| DESCRIPTION: | 0 | | $ - |
| | | SUBTOTAL | $ 140.00 |
| | | OTHER | $ - |
| | | TOTAL | $ 140.00 |

**PAYMENT METHODS:**
<u>CREDIT CARD</u>: Please complete the attached credit card form and fax it back to my attention along with the invoice.
<u>LAW FIRM CHECK</u>: Please make check payable to T-Mobile USA Inc. and mail to the above address.

**ALL FEES ARE SUBJECT TO CHANGE**

T- -Mobile-

**Budget Graphics, Inc**
**2081 Southwest 38th Avenue**
**Fort Lauderdale, FL 33312**
**Broward**

Phone: (954) 527-5519
Fax:

Invoice
Invoice Number:
**100825**
Invoice Date:
**5/26/11**
Page: 1

Duplicate

Sold To:
Fertig & Gramling
200 Southeast 13th Street
Fort Lauderdale, FL 33316

Customer ID: F&G

Federal Tax ID #

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| 9542 - M/Y Star | Net 30 Days | | 6/25/11 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 34.00 | Color Prints | 1.00000 | 34.00 |

| | |
|---|---|
| Subtotal | 34.00 |
| Sales Tax | 2.04 |
| Total Invoice Amount | 36.04 |
| Check No: Payment Received | |
| **TOTAL** | 36.04 |

Budget Graphics Inc. has an affiliation with Fertig & Gramling

**Budget Graphics, Inc**
**2081 Southwest 38th Avenue**
**Fort Lauderdale, FL  33312**
**Broward**

Phone: (954) 527-5519
Fax:

Invoice
Invoice Number:
**100820**
Invoice Date:
**5/25/11**
Page: 1

Duplicate

Sold To:
CHUBB INSURANCE GROUP

Customer ID: CHUBB

Federal Tax ID #

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| 9542 - ESTRELLA | 2% 10, Net 30 Days | | 6/24/11 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 6.00 | DVD DUPLICATION - OF ESTRELLA DEPO | 19.95000 | 119.70 |

Check No: 250

| | |
|---|---|
| Subtotal | 119.70 |
| Sales Tax | 7.18 |
| Total Invoice Amount | 126.88 |
| Payment Received | 126.88 |
| **TOTAL** | 0.00 |

Budget Graphics Inc. has an affiliation with Fertig & Gramling

**Budget Graphics, Inc**
**2081 Southwest 38th Avenue**
**Fort Lauderdale, FL  33312**
**Broward**

Phone: (954) 527-5519
Fax:

Sold To:
Fertig & Gramling
200 Southeast 13th Street
Fort Lauderdale, FL  33316

Customer ID: F&G

Invoice
Invoice Number:
**100819**
Invoice Date:
**4/28/11**
Page: 1

Duplicate

Federal Tax ID #

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| 9542 - M/Y STAR | Net 30 Days | | 5/28/11 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 35.00 | Color Prints | 1.00000 | 35.00 |

|  |  |
|---|---|
| Subtotal | 35.00 |
| Sales Tax | 2.10 |
| Total Invoice Amount | 37.10 |
| Check No: Payment Received | |
| **TOTAL** | 37.10 |

Budget Graphics Inc. has an affiliation with Fertig & Gramling

V 10/11

MetroPCS Wireless, Inc.  
2250 Lakeside Blvd.  
ATTN: Accounts Receivable  
Richardson, TX 75082

**Invoice Total:** 50.00  
Invoice Number: 628489  
Invoice Date: 09-SEP-11  
Customer ID: 10862

Attn: Accounts Payable  
Fertig & Gramling  
200 SE 13th Street  
Fort Lauderdale, FL 33316

Terms: DUE ON RECEIPT  
Case Number: 10-CV-20938-JLK  
Tracking ID: 434605  
Attention To: Seth E Harris

Page: 1 of 1

| Description | Target Number | Start Date | End Date | Quantity | Unit Price | Total |
|---|---|---|---|---|---|---|
| Call Details | 3059107231 | 04/01/2011 | 05/20/2011 | 1 | 50.00 | 50.00 |

**Make Checks Payable To / Remit To:**  
MetroPCS Wireless, Inc.  
P.O. Box 842067  
Dallas, TX 75284-2067

| | |
|---|---|
| Customer ID | 10862 |
| Invoice Number | 628489 |
| Invoice Date | 09-SEP-11 |
| Invoice Total | 50.00 |

Invoices are generated only after requested information has been sent to the agent by the preferred means of delivery.

If you have not received the information for which you have been invoiced or have billing questions, please send an email to leainvoicing@metropcs.com referencing the Invoice Number, Case Number, & Tracking ID Number.

When remitting a Payment, please reference the Invoice Number to ensure proper payment application.