# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

**Bill To:** Seth E. Harris
Fertig & Gramling
200 S.E. 13th Street
Ft. Lauderdale, FL 33316

**Invoice #:** FL 185906
**Invoice Date:** 01/25/2011
**Balance Due:** $ 46.20

**Case:** Nicolas Estrella v. Federal Insurance
**Job #:** 195260 | Job Date: 1/18/2011 | Delivery: Normal
**Billing Atty:** **Seth E. Harris**
**Location:** Veritext (Ft. Lauderdale)
One East Broward, Suite 1101 | Ft. Lauderdale, FL 33301

**Deposing Atty:** **Michael Moore**

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Statement by Counsel | Transcript - Original & 1 copy | Page | 6.00 | $26.70 |
| 2 | | Shipping & handling | Package | 1.00 | $19.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $46.20 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $46.20 |

Fed. Tax ID: [redacted] Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

**Make check payable to:** Veritext Florida Reporting Co.,
**Charge my Credit Card:** ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # ______ Exp. Date ______

SIGNATURE (AS IT APPEARS ON CREDIT CARD) ______

PRINT NAME (AS IT APPEARS ON THE CARD) ______

DAYTIME PHONE ______

**Invoice #:** FL185906
**Job #:** 195260
**Invoice Date:** 01/25/2011
**Balance :** $ 46.20

**Remit payment to:**
**Veritext Florida Reporting Co.,**
**One East Broward Blvd, Suite 1101**
**FT. Lauderdale, FL 33301**

# INVOICE

95/2

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

**Bill To:** Chris Fertig
Fertig & Gramling
200 S.E. 13th Street
Ft. Lauderdale, FL 33316

**Invoice #:** FL 187187
**Invoice Date:** 02/07/2011
**Balance Due:** $ 402.55

**Case:** Nicolas Estrella v. Federal Insurance
**Job #:** 195258 | Job Date: 1/13/2011 | Delivery: Normal

**Location:** Veritext (Ft. Lauderdale)
One East Broward, Suite 1101 | Ft. Lauderdale, FL 33301

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Paul Richard | Certified Transcript | Page | 92.00 | $299.00 |
| 2 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 3 | | Exhibits Scanned & OCRED | Per page | 53.00 | $45.05 |
| 4 | | Shipping & handling | Package | 1.00 | $19.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $402.55 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $402.55 |

Fed. Tax ID: [redacted]

Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

**Make check payable to:** Veritext Florida Reporting Co.,

**Charge my Credit Card:** ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card # ____________ Exp. Date ____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON THE CARD)

DAYTIME PHONE

**Invoice #:** FL187187
**Job #:** 195258
**Invoice Date:** 02/07/2011
**Balance :** $ 402.55

**Remit payment to:**
**Veritext Florida Reporting Co.,**
**One East Broward Blvd, Suite 1101**
**FT. Lauderdale, FL 33301**

# INVOICE

**Veritext Florida Reporting Co.**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

**Bill To:** Chris Fertig
Fertig & Gramling
200 S.E. 13th Street
Ft. Lauderdale, FL 33316

**Invoice #:** FL 185151
**Invoice Date:** 01/14/2011
**Balance Due:** $ 634.60

**Case:** Estrella v. Federal Insurance
**Job #:** 192509 | Job Date: 12/15/2010 | Delivery: Normal

**Location:** Veritext - Fort Lauderdale
1 East Broward Boulevard | Suite 1101 | Fort Lauderdale, FL 33301

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | William Casey | Certified Transcript | Page | 134.00 | $435.50 |
| 2 | Matthew Schmahl | Certified Transcript | Page | 43.00 | $139.75 |
| 3 | | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| 4 | | Exhibits Scanned & OCRED | Per page | 1.00 | $0.85 |
| 5 | | Shipping & handling | Package | 1.00 | $19.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $634.60 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $634.60 |

Fed. Tax ID: [redacted]

Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

**Make check payable to:** Veritext Florida Reporting Co.,

**Charge my Credit Card:** ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

**Invoice #:** FL185151
**Job #:** 192509
**Invoice Date:** 01/14/2011
**Balance :** $ 634.60

______________________ Credit Card #

______ Exp. Date

______________________ SIGNATURE (AS IT APPEARS ON CREDIT CARD)

______________________ PRINT NAME (AS IT APPEARS ON THE CARD)

______________________ DAYTIME PHONE

**Remit payment to:**
**Veritext Florida Reporting Co.,**
**One East Broward Blvd, Suite 1101**
**FT. Lauderdale, FL 33301**

# INVOICE

9368

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404 Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 725966 | 2/2/2010 | 681328 |
| **Job Date** | **Case No.** | |
| 1/19/2010 | | |
| **Case Name** | | |
| In re: Nicholas Estrella | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Nicholas Estrella | 195.00 | Pages | @ | 4.65 | 906.75 |
| Attendance - First Hour | | | | 100.00 | 100.00 |
| Shipping/Handling/Processing | | | | 18.50 | 18.50 |
| Condensed Transcript with ASCII | | | | 30.00 | 30.00 |
| Rough ASCII | 176.00 | Pages | @ | 2.00 | 352.00 |
| Additional Hours | 4.00 | | @ | 55.00 | 220.00 |
| Nicholas Estrella | | | | | |
| Exhibit | 155.00 | Pages | @ | 0.55 | 85.25 |
| **TOTAL DUE >>>** | | | | | **$1,712.50** |
| **(-) Payments/Credits:** | | | | | 0.00 |
| **(+) Finance Charges/Debits:** | | | | | 0.00 |
| **(=) New Balance:** | | | | | **1,712.50** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** [redacted]

Phone: 954-763-5020 Fax:954-763-5412

*Please detach bottom portion and return with payment.*

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316

Job No. : 681328 BU ID :51-MIAMI
Case No. :
Case Name : In re: Nicholas Estrella

Invoice No. : 725966 Invoice Date :2/2/2010
**Total Due : $ 1,712.50**

**PAYMENT WITH CREDIT CARD**

AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando FL 32886-4407**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404 Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 724741 | 1/27/2010 | 681329 |
| Job Date | Case No. | |
| 1/19/2010 | | |
| Case Name | | |
| In re: Nicholas Estrella | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316

Videotaped: EUO: Nicholas Estrella

| | | |
|---|---|---|
| Videotape Services - Late Cancellation | 320.00 | 320.00 |
| **TOTAL DUE >>>** | | **$320.00** |

Reference No. : 8952

***Morning Video Cancellation***

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$320.00** |

**Tax ID:** [redacted]

Phone: 954-763-5020 Fax:954-763-5412

*Please detach bottom portion and return with payment.*

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316

Invoice No. : 724741
Invoice Date : 1/27/2010
**Total Due : $ 320.00**

Job No. : 681329
BU ID : 51-MIAMI
Case No. :
Case Name : In re: Nicholas Estrella

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando FL 32886-4407**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404 Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 724749 | 1/27/2010 | 681329 |
| **Job Date** | **Case No.** | |
| 1/19/2010 | | |
| **Case Name** | | |
| In re: Nicholas Estrella | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316

| Description | Quantity | | Rate | Amount |
|---|---|---|---|---|
| Videotaped: EUO: Nicholas Estrella | | | | |
| 1.Videotape Services | | | 225.00 | 225.00 |
| 2.Videotape Services - Additional Hour(s) | 1.50 Hours | @ | 95.00 | 142.50 |
| Videotape Services - After 5:00 p.m. Additional hours | 2.00 | @ | 142.50 | 285.00 |
| Master Videotape | 3.00 | @ | 17.50 | 52.50 |
| Video Conversion - MPEG | 4.50 | @ | 35.00 | 157.50 |
| Video Conversion - DVD | 4.50 Hours | @ | 35.00 | 157.50 |
| Shipping/Handling/Processing | | | 18.50 | 18.50 |
| **TOTAL DUE >>>** | | | | **$1,038.50** |
| **(-) Payments/Credits:** | | | | 0.00 |
| **(+) Finance Charges/Debits:** | | | | 0.00 |
| **(=) New Balance:** | | | | **$1,038.50** |

**Tax ID:** [redacted]

Phone: 954-763-5020 Fax:954-763-5412

*Please detach bottom portion and return with payment.*

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316

Invoice No. : 724749
Invoice Date : 1/27/2010
**Total Due : $ 1,038.50**

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando FL 32886-4407**

Job No. : 681329
BU ID : 51-MIAMI
Case No. :
Case Name : In re: Nicholas Estrella

9368

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone:305-373-8404 Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 700655 | 10/5/2009 | 655100 |
| **Job Date** | **Case No.** | |
| 9/24/2009 | | |
| **Case Name** | | |
| In re: Nick Estrella, Jr. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale, FL 33316

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Examination Under Oath Of: | | | | | |
| Alejandro Moya | 128.00 | Pages | @ | 4.65 | 595.20 |
| Attendance - First Hour | | | | 100.00 | 100.00 |
| Shipping/Handling/Processing | | | | 18.50 | 18.50 |
| Condensed Transcript | | | | 15.00 | 15.00 |
| ASCII - CD ROM | | | | 15.00 | 15.00 |
| Rough ASCII | 110.00 | Pages | @ | 2.00 | 220.00 |
| Additional Hours | 3.00 | | @ | 55.00 | 165.00 |
| Alejandro Moya | | | | | |
| Exhibit | 4.00 | Pages | @ | 0.55 | 2.20 |
| Certificate of Non-Appearance: | | | | | |
| Ralph Navarro | 5.00 | Pages | @ | 4.65 | 23.25 |
| **TOTAL DUE >>>** | | | | | **$1,154.15** |
| **(-) Payments/Credits:** | | | | | 0.00 |
| **(+) Finance Charges/Debits:** | | | | | 0.00 |
| **(=) New Balance:** | | | | | **1,154.15** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** [redacted]

Phone: 954-763-5020 Fax:954-763-5412

*Please detach bottom portion and return with payment.*

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale, FL 33316

Job No. : 655100 BU ID :51-MIAMI
Case No. :
Case Name : In re: Nick Estrella, Jr.

Invoice No. : 700655 Invoice Date :10/5/2009
**Total Due : $ 1,154.15**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando, FL 32886-4407**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone:305-373-8404 Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 694660 | 9/8/2009 | 647455 |
| **Job Date** | **Case No.** | |
| 8/31/2009 | | |
| **Case Name** | | |
| In re: Nick Estrella, Jr. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale, FL 33316

| Description | Qty | | | Rate | Amount |
|---|---|---|---|---|---|
| Examination Under Oath Of: | | | | | |
| Nick Estrella | 120.00 | Pages | @ | 4.65 | 558.00 |
| Attendance - First Hour | | | | 100.00 | 100.00 |
| Shipping/Handling/Processing | | | | 18.50 | 18.50 |
| Condensed Transcript | | | | 15.00 | 15.00 |
| ASCII - CD ROM | | | | 15.00 | 15.00 |
| Additional Hours | 2.50 | | @ | 55.00 | 137.50 |
| Nick Estrella | | | | | |
| Exhibit | 64.00 | Pages | @ | 0.55 | 35.20 |
| **TOTAL DUE >>>** | | | | | **$879.20** |
| **(-) Payments/Credits:** | | | | | 0.00 |
| **(+) Finance Charges/Debits:** | | | | | 0.00 |
| **(=) New Balance:** | | | | | **879.20** |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** [redacted]

Phone: 954-763-5020 Fax:954-763-5412

*Please detach bottom portion and return with payment.*

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale, FL 33316

Job No. : 647455 BU ID :51-MIAMI
Case No. :
Case Name : In re: Nick Estrella, Jr.

Invoice No. : 694660 Invoice Date :9/8/2009
**Total Due : $ 879.20**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando, FL 32886-4407**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone:305-373-8404 Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 704629 | 10/21/2009 | 660732 |
| **Job Date** | **Case No.** | |
| 10/15/2009 | | |
| **Case Name** | | |
| In re: Nick Estrella, Jr. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale, FL 33316

| Description | Quantity | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Lazaro Navarro | 228.00 | Pages | @ | 4.65 | 1,060.20 |
| 2-Day Expedited Transcript | | | | | 955.32 |
| Attendance - First Hour | | | | 100.00 | 100.00 |
| Shipping/Handling/Processing | | | | 18.50 | 18.50 |
| Condensed Transcript | | | | 15.00 | 15.00 |
| ASCII - CD ROM | | | | 15.00 | 15.00 |
| Additional Hours | 4.00 | | @ | 55.00 | 220.00 |
| Lazaro Navarro | | | | | |
| Exhibit | 148.00 | Pages | @ | 0.55 | 81.40 |
| **TOTAL DUE >>>** | | | | | **$2,465.42** |
| **(-) Payments/Credits:** | | | | | 0.00 |
| **(+) Finance Charges/Debits:** | | | | | 0.00 |
| **(=) New Balance:** | | | | | **$2,465.42** |

**Tax ID:** [redacted]

Phone: 954-763-5020 Fax:954-763-5412

*Please detach bottom portion and return with payment.*

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale, FL 33316

Invoice No. : 704629
Invoice Date : 10/21/2009
**Total Due : $ 2,465.42**

Job No. : 660732
BU ID : 51-MIAMI
Case No. :
Case Name : In re: Nick Estrella, Jr.

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando, FL 32886-4407**

# INVOICE

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, FL 33131
Phone:305-373-8404 Fax:305-358-1427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 694087 | 9/3/2009 | 647450 |
| **Job Date** | **Case No.** | |
| 8/28/2009 | | |
| **Case Name** | | |
| In re: Nick Estrella, Jr. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale, FL 33316

**(=) New Balance: 707.15**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** [redacted]

Phone: 954-763-5020 Fax:954-763-5412

*Please detach bottom portion and return with payment.*

Job No. : 647450 BU ID : 51-MIAMI
Case No. :
Case Name : In re: Nick Estrella, Jr.

Christopher Fertig, Esquire
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale, FL 33316

Invoice No. : 694087 Invoice Date : 9/3/2009
**Total Due : $ 707.15**

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 864407**
**Orlando, FL 32886-4407**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

#9342

# INVOICE

UNITED REPORTING, INC.

1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax (954) 525-0511
www.unitedreporting.net

ENTERED

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 75969 | 1/10/2011 | 108129 |
| Job Date | Case No. | |
| 1/4/2011 | 10-CV-20938-JLK | |
| Case Name | | |
| +Estrella, Nicolas vs. Federal Insuranace Company | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher Fertig, Esq.
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316-1822

| Description | Quantity | Amount |
|---|---|---|
| Scheduled Deposition Of James Matthysee: | | |
| Statement by Counsel | 5.00 Pages | 20.00 |
| CD Ascii & Mini Transcript | | 30.00 |
| Word Index | | 2.50 |
| Hand Delivery | | 0.00 |
| Scheduled Deposition Of: | | |
| James Matthysee | | |
| Reporter Attendance: First Hour | | 95.00 |
| Cert Of Nonappearance | | 0.00 |
| | **TOTAL DUE >>>** | **$147.50** |

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

Policy
Claim 37005799/004
DOL 5/3/09

**Tax ID:** [redacted]

Paul Richard

Phone: 954-763-5020 Fax:954-763-5412

*Please detach bottom portion and return with payment.*

---

Christopher Fertig, Esq.
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316-1822

Invoice No. : 75969
Invoice Date : 1/10/2011
**Total Due : $ 147.50**

Remit To: **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale FL 33316**

Job No. : 108129
BU ID : United
Case No. : 10-CV-20938-JLK
Case Name : +Estrella, Nicolas vs. Federal Insuranace Company

9542

# INVOICE

UNITED REPORTING, INC.

Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 100136 | 7/23/2012 | 136402 |
| **Job Date** | **Case No.** | |
| 7/20/2012 | | |
| **Case Name** | | |
| In Re: Mckenzie, Eric | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher Fertig, Esq.
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316-1822

| Description | Quantity | Amount |
|---|---|---|
| Sworn Statement Of: | | |
| Eric McKenzie | 60.00 Pages | 558.00 |
| Reporter Attendance: First Hour | | 100.00 |
| Reporter Attendance: Additional Hours | | 40.00 |
| E-tran | 0.00 | 0.00 |
| CD Ascii & Mini Transcript | | 30.00 |
| Word Index | 8.00 Pages | 74.40 |
| Hand Delivery | | 0.00 |
| Sworn Statement Of: | | |
| Eric McKenzie | 60.00 Pages | 630.00 |
| | **TOTAL DUE >>>** | **$1,432.40** |

Original and One Certified Copy **Overnight**
3 Certified Copies
NR|Susskind

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** [redacted] Phone: 954-763-5020 Fax:954-763-5412

*Please detach bottom portion and return with payment.*

Christopher Fertig, Esq.
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316-1822

Job No. : 136402 BU ID : United
Case No. :
Case Name : In Re: Mckenzie, Eric

Invoice No. : 100136 Invoice Date : 7/23/2012
**Total Due : $ 1,432.40**

Remit To: **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale FL 33316**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

 Esquire Solutions - Fort Lauderdale
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-3376
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

## *Invoice # BG230403*

CHRISTOPHER FERTIG ,ESQ.
FERTIG & GRAMLING, PA
200 SOUTHEAST THIRTEENTH STREET
FORT LAUDERDALE, FL 33316

| | |
|---|---|
| Invoice Date | 04/29/2011 |
| Terms | NET 45 |
| Payment Due | 05/29/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/08/2011 | ESTRELLA, NICOLAS vs. FEDERAL INSURANCE | 220505 | 04/27/2011 | UPS |

**Description**

Copy Deposition for CORNELIUS SULLIVAN, 04/08/2011 (WHITE PLAINS, NY)
EXHIBITS

**Chubb Policy/Claim No.** 37005799/004
**DOL:** 5/3/09 **Number of pages** [illegible] **med** 245
**Claim Rep Name:** D. Sullivan
**Sent to support@crcc-center.com**

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/13/2011** | **$ 996.95** |
| Amount Due After 06/13/2011 | $ 1,096.65 |

Tax Number: [redacted]

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | BG230403 |
| Payment Due: | 05/29/2011 |
| **Amount Due On/Before 06/13/2011** | **$ 996.95** |
| Amount Due After 06/13/2011 | $ 1,096.65 |

CHRISTOPHER FERTIG ,ESQ.
FERTIG & GRAMLING, PA
200 SOUTHEAST THIRTEENTH STREET
FORT LAUDERDALE, FL 33316

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

020 0000230403 04292011 0 000099695 6 05292011 06132011 6 000109665 97



3542

ESQUIRE

Esquire Solutions - Fort Lauderdale
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (800) 211-3376
Fax (866) 590-3205

## Invoice # BG235963

| | |
|---|---|
| Invoice Date | 05/31/2011 |
| Terms | NET 45 |
| Payment Due | 06/30/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

CHRISTOPHER FERTIG ,ESQ.
FERTIG & GRAMLING, PA
200 SOUTHEAST THIRTEENTH STREET
FORT LAUDERDALE, FL 33316

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/10/2011 | ESTRELLA, NICOLAS vs. FEDERAL INSURANCE | 220525 | 05/31/2011 | UPS |

**Description**

Copy Deposition for GEORGE CLARK, 05/10/2011 (ATLANTA, GA)
EXHIBITS
SUMMARY

**Chubb Policy/Claim No.** 37005799 / 004
**DOL:** 5/3/09 **Number of p**

**Claim Rep Name:** Debbi Sullivan
**Sent to** support@crcc-center.com

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 07/15/2011** | **$ 464.22** |
| Amount Due After 07/15/2011 | $ 510.64 |

Tax Number: [redacted]

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA MasterCard DISCOVER AMERICAN EXPRESS

ESQUIRE
an Alexander Gallo Company

| | |
|---|---|
| Invoice #: | BG235963 |
| Payment Due: | 06/30/2011 |
| **Amount Due On/Before 07/15/2011** | **$ 464.22** |
| Amount Due After 07/15/2011 | $ 510.64 |

CHRISTOPHER FERTIG ,ESQ.
FERTIG & GRAMLING, PA
200 SOUTHEAST THIRTEENTH STREET
FORT LAUDERDALE, FL 33316

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

020 0000235963 05312011 1 000046422 5 06302011 07152011 6 000051064 41

9542
lcr

# INVOICE

UNITED REPORTING, INC.
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 84246 | 7/19/2011 | 118219 |
| **Job Date** | **Case No.** | |
| 7/13/2011 | 10-CV-20938-JLK | |
| **Case Name** | | |
| +Estrella, Nicolas vs. Federal Insuranace Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Christopher Fertig, Esq.
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316-1822

| Deposition Of: | | |
|---|---|---|
| Ralph Navarro | 60.00 Pages | 240.00 |
| Reporter Attendance: First Hour | | 95.00 |
| Reporter Attendance: Additional Hours | 0.50 Hours | 20.00 |
| CD Ascii & Mini Transcript | | 30.00 |
| Exhibits | 70.00 Pages | 35.00 |
| Word Index | 7.00 Pages | 17.50 |
| Hand Delivery | | 0.00 |
| | **TOTAL DUE >>>** | **$437.50** |

Original and One Certified Copy
NR|Susskind

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Chubb Policy/Claim No.** 37005799/004
**DOL:** 5/3/09 **Number of p**... ✓
**Claim Rep Name:** D. Sullivan
**Sent to support@crcc-center.com**

**Tax ID:** [redacted]

Phone: 954-763-5020 Fax:954-763-5412

*Please detach bottom portion and return with payment.*

Christopher Fertig, Esq.
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316-1822

Job No. : 118219 BU ID : United
Case No. : 10-CV-20938-JLK
Case Name : +Estrella, Nicolas vs. Federal Insuranace Company
Invoice No. : 84246 Invoice Date : 7/19/2011
**Total Due : $ 437.50**

**PAYMENT WITH CREDIT CARD**

AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale FL 33316**

# INVOICE

UNITED REPORTING, INC.

1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 84770 | 8/2/2011 | 118219 |
| Job Date | Case No. | |
| 7/13/2011 | 10-CV-20938-JLK | |
| Case Name | | |
| +Estrella, Nicolas vs. Federal Insuranace Company | | |
| Payment Terms | | |
| Due upon receipt | | |

Christopher Fertig, Esq.
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316-1822

| Deposition Of: | | |
|---|---|---|
| Ralph Navarro | 60.00 Pages | 240.00 |
| Reporter Attendance: First Hour | | 95.00 |
| Reporter Attendance: Additional Hours | 0.50 Hours | 20.00 |
| Exhibits | 70.00 Pages | 35.00 |
| Hand Delivery | | 0.00 |
| Word Index | 7.00 Pages | 17.50 |
| | **TOTAL DUE >>>** | **$407.50** |

Original and One Certified Copy
AC/Susskind

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** [redacted]

Phone: 954-763-5020 Fax:954-763-5412

*Please detach bottom portion and return with payment.*

Christopher Fertig, Esq.
Fertig & Gramling, P.A.
200 Southeast 13th Street
Fort Lauderdale FL 33316-1822

Invoice No. : 84770
Invoice Date : 8/2/2011
**Total Due : $ 407.50**

Job No. : 118219
BU ID : United
Case No. : 10-CV-20938-JLK
Case Name : +Estrella, Nicolas vs. Federal Insuranace Company

Remit To: **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale FL 33316**

 Esquire Solutions - Fort Lauderdale
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-3376
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

## Invoice # BG235678

| Invoice Date | 05/31/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 06/30/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SETH HARRIS ,ESQ.
FERTIG & GRAMLING, PA
200 SOUTHEAST THIRTEENTH STREET
FORT LAUDERDALE, FL 33316

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/13/2011 | ESTRELLA, NICOLAS vs. FEDERAL INSURANCE | 224728 | 05/27/2011 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 05/13/2011, GARY CIANI (FORT LAUDERDALE, FL) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 245.75 |
| EXHIBITS | $ 0.00 |
| FLAT FEE EXHIBITS | $ 35.00 |
| LITIGATION SUPPORT DISK | $ 25.00 |
| SUMMARY | $ 55.00 |
| | $ 360.75 |
| SHIPPING/HANDLING | $ 45.02 |
| | $ 45.02 |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 07/15/2011** | **$ 405.77** |
| Amount Due After 07/15/2011 | $ 446.35 |

Tax Number: [redacted]

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA MasterCard DISCOVER AMERICAN EXPRESS

| Invoice #: | BG235678 |
|---|---|
| Payment Due: | 06/30/2011 |
| **Amount Due On/Before 07/15/2011** | **$ 405.77** |
| Amount Due After 07/15/2011 | $ 446.35 |

SETH HARRIS ,ESQ.
FERTIG & GRAMLING, PA
200 SOUTHEAST THIRTEENTH STREET
FORT LAUDERDALE, FL 33316

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

020 0000235678 05312011 1 000040577 6 06302011 07152011 6 000044635 57

## Terms and Conditions

GENERAL

1. Parties. "Seller" means Alexander Gallo Holdings, ("AGH") and "Buyer" means AGH's client, attorney and law firm as well as the client that the attorney or law firm is representing, jointly and severely.

2. These terms and conditions (the "Terms and Conditions") supersede all prior representations or arrangements and contain the entire agreement between the parties in connection with Alexander Gallo Holdings products and services. Seller's acceptance of Buyer's order and sale of the products and services to Buyer are expressly conditioned upon Buyer's assent to these Terms and Conditions of Sale and any and all other terms and conditions, claimed to be expressed or implied, are excluded. Alexander Gallo Holdings hereby expressly objects to and rejects any and all additional or different terms contained in any other documents submitted by Buyer in connection with the sale of the products. Any conduct by Buyer which recognizes the existence of a contract between Seller and Buyer, including, without limitation, acceptance of delivery of or payment for the Products and Services shall be conclusive evidence of Buyer's assent to these Terms and Conditions.

3. No subsequent document, purchase order, or conduct, including acts or verbal statements of any buyer shall purport to modify these Terms and Conditions.

4. For further information regarding our pricing policy go to: www.esquiresolutions.com/services

CREDIT AND PAYMENT TERMS

1. Credit terms, if any, both as to time and amount, may be limited or revoked by Seller at any time without prior notice and thereafter the price of all or any part of Products delivered or to be delivered shall be payable in accordance with such limited credit terms, or, at Seller's option, in cash before shipment or on or after acceptance of delivery ("COD"). In circumstances described in Section 6(a), all unpaid balances owing to Seller from Buyer shall become immediately due and payable.

2. The Buyer agrees to pay for all services and products according to the terms established by the creditor in response to his order. No terms and conditions of any invoice or purchase order which differ from the terms so established by the creditor will govern the relationship between the parties.

3. The client agrees that all amounts payable on or before the due date as shown on each invoice will be paid, and if not paid on or before said date, are then delinquent. Client further agrees that any amount which is not paid when due shall be subject to an interest charge of 1.5% per month or the highest rate allowed by applicable law, until paid in full.

4. The customer agrees to be responsible for all collections costs and attorney's fees in the event AGH is forced to place the account for collection with an outside agency. If the collection is handled in-house by AGH, customer agrees to be responsible for the in-house time and costs incurred which will be billed at the rate of $50.00 per hour.

5. A $35 handling fee will be assessed to checks returned for insufficient funds.

SOLVENCY

1. The client represents that, as of the date of its order or scheduled deposition, it is solvent, able to pay its debt as they come due and has not filed, nor is it subject of any petition of bankruptcy or for reorganization under any federal or state bankruptcy law. Should the foregoing representation become false at any time during the course of a business relationship between the client and the creditor or while the client owes any amount to the creditor, client agrees to immediately notify AGH of all facts surrounding such occurrences.

2. The client authorizes AGH to obtain a written or oral credit report from any credit reporting agency. In addition, the client further authorizes any bank or commercial business with whom the client is doing or has done any type business to give any and all necessary information to AGH which will assist the creditor in the investigation. The client further authorizes the creditor to reinvestigate the client's credit status from time to time as the creditor deems necessary.

GOVERNING LAW

1. The Contract, including, without limitation, these Terms and Conditions, shall be governed by and construed in accordance with law of the State of New Jersey.

2. The Buyer agrees that the jurisdiction and venue for all disputes under this invoice will be New Jersey.

MISCELLANEOUS

1. Buyer may not assign its rights under the contract without Seller's prior written consent.

2. Failure by seller at any time or times to require strict performance of any provision hereof shall not be considered to be a waiver of Seller's rights with respect to such breach or any succeeding breach of such provision or any other provision of these Terms and Conditions.

3. If any provision of these Terms and Conditions or the application thereof to any person or circumstance shall to any extent be held invalid or unenforceable, the remainder of such Terms and Conditions or the application of such provision to person or circumstances other than those to which it was held to be invalid or unenforceable shall not be affected thereby and shall be valid and be enforceable to the fullest extent permitted by law.

4. Except where it is specified that a price stated is "firm", all prices are subject to change and orders will be invoiced at Seller's prices prevailing at the time the deposition is taken. All accounts are payable in U.S. funds, free of exchange, collection or other charges, In cases where price for Products include shipping costs, any increase in such shipping costs shall be for Buyer's account and Buyer agrees to pay Seller such increases.

5. All applicable sales and use taxes, or any other taxes or charges imposed now or in the future by any federal, state, foreign or local authority upon the production, sale, or transportation of the Products shall be for the account Buyer.

## Disclaimer

Attorney is responsible for payment of all charges incurred. Payment due by "Payment Due" date shown on invoice. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, deposition summary, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions.

## W9

DO YOU NEED A W9? VISIT http://w9.esquiresolutions.com/w9.html

Save (More) Time with EsquireConnect

New! Pay Your Invoices Online

Save time — and paper — by viewing and paying your invoices online. Simply login to EsquireConnect.net or call your local sales representative to learn more.

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15870 | 4/22/2011 | 12974 |
| **Job Date** | **Case No.** | |
| 3/16/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

| Description | Quantity | Amount |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| RON FERGUSON | 110.00 Pages | 390.50 |
| Exhibits | 92.00 Pages | 46.00 |
| Read & Sign Fee | | 25.00 |
| Shipping/Delivery | | 35.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| JOHN HOGAN | 25.00 Pages | 88.75 |
| Appearance Fee | | 150.00 |
| Litigation Package | | 50.00 |
| Exhibits | 28.00 Pages | 14.00 |
| Read & Sign Fee | | 25.00 |
| | **TOTAL DUE >>>** | **$824.25** |

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : Charlotte, NC
Reference No. : 84687

Chubb

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 12974 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 15870 Invoice Date :4/22/2011
**Total Due : $ 0.00**

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15870 | 4/22/2011 | 12974 |
| **Job Date** | **Case No.** | |
| 3/16/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Ref # 84687

| | |
|---|---|
| **(-) Payments/Credits:** | 824.25 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 12974 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 15870 Invoice Date :4/22/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17757 | 8/14/2011 | 15153 |
| **Job Date** | **Case No.** | |
| 7/28/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Quantity | Amount |
|---|---|---|
| NICOLAS ESTRELLA, SR. | 95.00 Pages | 380.00 |
| Appearance Fee | | 175.00 |
| Exhibits | 66.00 Pages | 33.00 |
| Litigation Package | | 50.00 |
| Shipping/Delivery | | 30.00 |
| | **TOTAL DUE >>>** | **$668.00** |

Claim No. : 37005799/004
Location of Job : Miami, FL
Reference No. : 84828

Ref # 84828

| | |
|---|---|
| **(-) Payments/Credits:** | 668.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 15153 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 17757 Invoice Date :8/14/2011
**Total Due : $ 0.00**

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17835 | 8/12/2011 | 14843 |
| **Job Date** | **Case No.** | |
| 7/14/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
NICOLAS ESTRELLA, SR. 128.40

**TOTAL DUE >>> $128.40**

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella, Sr.
D/O/L : 5/3/2009
Location of Job : Miami, FL
Reference No. : 84115

Chubb

Ref # 84115

| | |
|---|---|
| **(-) Payments/Credits:** | 128.40 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 14843 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 17835 Invoice Date :8/12/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15134 | 3/27/2011 | 12014 |
| **Job Date** | **Case No.** | |
| 1/19/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| JOHN TELLAM | 35.00 Pages | 140.00 |
| Appearance Fee | | 115.00 |
| Litigation Package | | 50.00 |
| | **TOTAL DUE >>>** | **$305.00** |

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : Miami, FL
Reference No. : 76875

Ref No.: 76875

| | |
|---|---|
| **(-) Payments/Credits:** | 305.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 12014 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 15134 Invoice Date :3/27/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14436 | 12/18/2010 | 10819 |
| **Job Date** | **Case No.** | |
| 11/16/2010 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|---|---|
| Robert Garay (Global Yacht & Ship Sureyors, Inc.) | 409.50 |
| Appearance Fee | 0.00 |
| ASCII disk | 0.00 |
| Exhibits | 0.00 |
| Shipping/Delivery | 0.00 |
| **TOTAL DUE >>>** | **$409.50** |

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : Miami, FL
Reference No. : 74307

Ref No.: 74307

| | |
|---|---|
| **(-) Payments/Credits:** | 409.50 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Job No. : 10819 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Invoice No. : 14436 Invoice Date : 12/18/2010
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15461 | 3/27/2011 | 12560 |
| **Job Date** | **Case No.** | |
| 2/22/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| SONEET KAPILA, CPA | 101.00 Pages | 404.00 |
| Appearance Fee | | 140.00 |
| Exhibits | 148.00 Pages | 74.00 |
| Read & Sign Fee | | 25.00 |
| E-transcript | | 35.00 |
| Litigation Package | | 50.00 |
| Shipping/Delivery | | 35.00 |
| | **TOTAL DUE >>>** | **$763.00** |

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/9/2009
Location of Job : Fort Lauderdale, FL
Reference No. : 78187

Ref No.: 78187

| | |
|---|---|
| **(-) Payments/Credits:** | 763.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 12560 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 15461 Invoice Date :3/27/2011
**Total Due : $ 0.00**

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14541 | 1/12/2011 | 11183 |
| **Job Date** | **Case No.** | |
| 12/6/2010 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

| Description | Quantity | Amount |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Certificate of Non-appearance: James Matthysee | 5.00 Pages | 20.25 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| SHAWN CATRA | 69.00 Pages | 279.45 |
| Appearance Fee | | 170.00 |
| Exhibits | 2.00 Pages | 1.00 |
| Litigation Package | | 50.00 |
| Shipping/Delivery | | 20.00 |
| | **TOTAL DUE >>>** | **$540.70** |

Reference No. : 798814

Ref No.: 798814

| | |
|---|---|
| **(-) Payments/Credits:** | 540.70 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 11183 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 14541 Invoice Date :1/12/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15602 | 3/27/2011 | 12632 |
| **Job Date** | **Case No.** | |
| 3/10/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Regoli, Linda
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Certificate of Non-Appearance: Detective Christian Winch — 111.00

**TOTAL DUE >>> $111.00**

Claim No. : 37005799/004
D/O/L : 5/9/2009
Location of Job : North Miami, FL
Reference No. : 78798

Ref # 78798

**(-) Payments/Credits:** 111.00
**(+) Finance Charges/Debits:** 0.00
**(=) New Balance:** **0.00**

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Regoli, Linda
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 12632 BU ID : CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 15602 Invoice Date : 3/27/2011
**Total Due : $ 0.00**

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16187 | 4/21/2011 | 13336 |
| **Job Date** | **Case No.** | |
| 4/13/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
DETECTIVE CHRISTIAN WINCH — 499.15

**TOTAL DUE >>> $499.15**

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : Doral, FL
Reference No. : 80240

Chubb

Ref # 80240

**(-) Payments/Credits:** 499.15
**(+) Finance Charges/Debits:** 0.00
**(=) New Balance:** **0.00**

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Job No. : 13336 BU ID : CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 16187 Invoice Date : 4/21/2011
**Total Due : $ 0.00**

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17244 | 8/10/2011 | 14461 |
| Job Date | Case No. | |
| 6/20/2011 | 10:CV-20938-JLK | |
| Case Name | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| Payment Terms | | |
| Due upon receipt | | |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Item | Quantity | Amount |
|---|---|---|
| DAVID MITCHELL | 73.00 Pages | 292.00 |
| Appearance Fee | | 150.00 |
| Litigation Package | | 50.00 |
| Exhibits | 3.00 Pages | 1.50 |
| Copy of CD | | 25.00 |
| Copy of DVD | | 25.00 |
| Shipping/Delivery | | 25.00 |
| | **TOTAL DUE >>>** | **$568.50** |

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : Ft. Lauderdale, FL
Reference No. : 83561

Chubb

Ref # 83561

**(-) Payments/Credits:** 568.50
**(+) Finance Charges/Debits:** 0.00

**Tax ID:** 

*Please detach bottom portion and return with payment.*

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 14461 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 17244 Invoice Date : 8/10/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17244 | 8/10/2011 | 14461 |
| **Job Date** | **Case No.** | |
| 6/20/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

**(=) New Balance:** **0.00**

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 14461 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 17244 Invoice Date :8/10/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16733 | 6/3/2011 | 13528 |
| **Job Date** | **Case No.** | |
| 5/16/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

David Mitchell
Appearance Fee — 80.00

**TOTAL DUE >>> $80.00**

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : Fort Lauderdale, FL
Reference No. : 81564

Ref # 81564

**(-) Payments/Credits:** 80.00
**(+) Finance Charges/Debits:** 0.00
**(=) New Balance:** **0.00**

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 13528 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 16733 Invoice Date :6/3/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15465 | 3/27/2011 | 12713 |
| **Job Date** | **Case No.** | |
| 3/3/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| ALEJANDRO ZAJAC, CPA | 150.00 Pages | 1,125.00 |
| Expedited Delivery | | 0.00 |
| Appearance Fee | | 215.00 |
| Exhibits | 49.00 Pages | 24.50 |
| Litigation Package | | 50.00 |
| Shipping/Delivery | | 30.00 |
| | **TOTAL DUE >>>** | **$1,444.50** |

Reference No. : 78379

Ref No.: 78379

| | |
|---|---|
| **(-) Payments/Credits:** | 1,444.50 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 12713 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 15465 Invoice Date :3/27/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15072 | 3/27/2011 | 11956 |
| **Job Date** | **Case No.** | |
| 1/17/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Item | Quantity | Amount |
|---|---|---|
| ALEJANDRO MOYA | 123.00 Pages | 492.00 |
| Appearance Fee | | 175.00 |
| Exhibits | 4.00 Pages | 2.00 |
| Litigation Package | | 50.00 |
| E-transcript | | 35.00 |
| Read & Sign Fee | | 25.00 |
| Shipping/Delivery | | 30.00 |
| | **TOTAL DUE >>>** | **$809.00** |

Reference No. : 76575

Ref No.: 76575

| | |
|---|---|
| **(-) Payments/Credits:** | 809.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 11956 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 15072 Invoice Date :3/27/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15743 | 4/22/2011 | 12635 |
| **Job Date** | **Case No.** | |
| 3/9/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Item | Quantity | Amount |
|---|---|---|
| STEVEN JOHNSTON | 56.00 Pages | 224.00 |
| Appearance Fee | | 95.00 |
| Exhibits | 12.00 Pages | 6.00 |
| E-transcript | | 35.00 |
| Litigation Package | | 50.00 |
| Shipping/Delivery | | 20.00 |
| | **TOTAL DUE >>>** | **$430.00** |

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/9/2009
Location of Job : North Miami, FL
Reference No. : 79043

Ref No.: 79043

| | |
|---|---|
| **(-) Payments/Credits:** | 430.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 12635 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 15743 Invoice Date :4/22/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15870 | 4/22/2011 | 12974 |
| **Job Date** | **Case No.** | |
| 3/16/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

| Description | Quantity | Amount |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| RON FERGUSON | 110.00 Pages | 390.50 |
| Exhibits | 92.00 Pages | 46.00 |
| Read & Sign Fee | | 25.00 |
| Shipping/Delivery | | 35.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| JOHN HOGAN | 25.00 Pages | 88.75 |
| Appearance Fee | | 150.00 |
| Litigation Package | | 50.00 |
| Exhibits | 28.00 Pages | 14.00 |
| Read & Sign Fee | | 25.00 |
| | **TOTAL DUE >>>** | **$824.25** |

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : Charlotte, NC
Reference No. : 84687

Chubb

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 12974 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 15870 Invoice Date :4/22/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15870 | 4/22/2011 | 12974 |

| Job Date | Case No. |
|---|---|
| 3/16/2011 | 10:CV-20938-JLK |

| Case Name |
|---|
| Estrella, Nicolas vs. Federal Insurance |

| Payment Terms |
|---|
| Due upon receipt |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Ref # 84687

| | |
|---|---|
| **(-) Payments/Credits:** | 824.25 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 12974 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 15870 Invoice Date :4/22/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16625 | 6/3/2011 | 13773 |
| **Job Date** | **Case No.** | |
| 5/18/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| LORENE BARISO | 877.50 |
| Appearance Fee | 170.00 |
| Shipping/Delivery | 10.00 |
| **TOTAL DUE >>>** | **$1,057.50** |

Reference No. : 81975

Ref No.: 81975

| | |
|---|---|
| **(-) Payments/Credits:** | 1,057.50 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 13773 BU ID : CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 16625 Invoice Date : 6/3/2011
**Total Due : $ 0.00**

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16779 | 6/4/2011 | 13903 |
| **Job Date** | **Case No.** | |
| 5/17/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Videographic Services: Robert Figueredo
Video 846.84

**TOTAL DUE >>> $846.84**

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : Manchester Center, VT
Reference No. : 13903

Ref # 13903

**(-) Payments/Credits:** 846.84
**(+) Finance Charges/Debits:** 0.00
**(=) New Balance:** **0.00**

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 13903 BU ID : CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 16779 Invoice Date : 6/4/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16647 | 6/4/2011 | 13844 |

| Job Date | Case No. |
|---|---|
| 5/17/2011 | 10:CV-20938-JLK |

| Case Name |
|---|
| Estrella, Nicolas vs. Federal Insurance |

| Payment Terms |
|---|
| Due upon receipt |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Item | Quantity | Amount |
|---|---|---|
| ROBERT FIGUEREDO | 249.00 Pages | 996.00 |
| Appearance Fee | | 110.00 |
| E-transcript | | 35.00 |
| Litigation Package | | 50.00 |
| Shipping/Delivery | | 25.00 |
| **TOTAL DUE >>>** | | **$1,216.00** |

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : Manchester Center, VT
Reference No. : 28899

Ref # 28899

| | |
|---|---|
| **(-) Payments/Credits:** | 1,216.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 13844 BU ID : CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 16647 Invoice Date : 6/4/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17467 | 7/21/2011 | 14653 |
| **Job Date** | **Case No.** | |
| 6/27/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Patricia Babiarz | 28.00 Pages | 81.20 |
| Litigation Package | | 30.00 |
| Shipping/Delivery | | 15.00 |
| | **TOTAL DUE >>>** | **$126.20** |

Claim No. : 37005799/004
Location of Job : Philadelphia, PA
Reference No. : 122789

Ref # 122789

| | |
|---|---|
| **(-) Payments/Credits:** | 126.20 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 14653 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 17467 Invoice Date :7/21/2011
**Total Due : $ 0.00**

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16859 | 6/19/2011 | 14014 |
| **Job Date** | **Case No.** | |
| 5/26/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| JOSE CABALLERO | 73.00 Pages | 292.00 |
| Appearance Fee | | 140.00 |
| Rough ASCII disk | 73.00 | 109.50 |
| Litigation Package | | 50.00 |
| Color Copies | 12.00 Pages | 18.00 |
| Read & Sign Fee | | 25.00 |
| Shipping/Delivery | | 30.00 |
| | **TOTAL DUE >>>** | **$664.50** |

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : North Miami, FL
Reference No. : 82165

Chubb Insurance

Ref # 82165

**(-) Payments/Credits:** 664.50
**(+) Finance Charges/Debits:** 0.00

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 14014 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 16859 Invoice Date :6/19/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16859 | 6/19/2011 | 14014 |
| **Job Date** | **Case No.** | |
| 5/26/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

**(=) New Balance:** **0.00**

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 14014 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 16859 Invoice Date :6/19/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16953 | 6/15/2011 | 14138 |
| **Job Date** | **Case No.** | |
| 5/26/2011 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Videographic Services: Jose Caballero

| | |
|---|---|
| Video | 365.00 |
| **TOTAL DUE >>>** | **$365.00** |

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : North Miami, FL
Reference No. : 82431

Chubb Insurance

Ref # 82431

| | |
|---|---|
| **(-) Payments/Credits:** | 365.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Harris, Seth E.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 14138 BU ID :CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 16953 Invoice Date :6/15/2011
**Total Due : $ 0.00**

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233 Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14268 | 1/12/2011 | 10822 |
| **Job Date** | **Case No.** | |
| 11/18/2010 | 10:CV-20938-JLK | |
| **Case Name** | | |
| Estrella, Nicolas vs. Federal Insurance | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| DAVID BERARD | 73.00 Pages | 292.00 |
| Appearance Fee | | 120.00 |
| Exhibits | 9.00 Pages | 4.50 |
| Litigation Package | | 50.00 |
| Shipping/Delivery | | 25.00 |
| | **TOTAL DUE >>>** | **$491.50** |

Client Matter No.: 9542
Claim No. : 37005799/004
Insured : Nicolas Estrella
D/O/L : 5/3/2009
Location of Job : Deerfield Beach, FL
Reference No. : 74472

Ref No.: 74472

| | |
|---|---|
| **(-) Payments/Credits:** | 491.50 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Fertig, Christopher R.
FERTIG & GRAMLING (Ft. Lauderdale, FL office)
200 Southeast 13th Street
Ft. Lauderdale, FL 33316

Job No. : 10822 BU ID : CHUBB
Case No. : 10:CV-20938-JLK
Case Name : Estrella, Nicolas vs. Federal Insurance

Invoice No. : 14268 Invoice Date : 1/12/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA 18104**