

# INVOICE

Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/17/2010    Served: 9/30/2010 12:55 pm  .AUTHORIZED
To be served on: REEL DEAL YACHTS (AT THE MIAMI BEACH RESORT AND FOUNTAINBLEAU RESORT)

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number:  10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010    Served: 9/9/2010 4:15 pm  .AUTHORIZED
To be served on: BROWN'S HOTEL & MARINA

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:**                                                                     **$38.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it
becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of
collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due
date of the invoice will be deemed accepted. This acceptance includes all terrns including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010   Served: 9/14/2010 11:20 am  .AUTHORIZED
To be served on: KAPILA & COMPANY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|---------:|------:|-------:|
| Subpoena  | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

| | |
|---|---:|
| **BALANCE DUE:** | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010   Served: 9/9/2010 3:15 pm  .AUTHORIZED
To be served on: FLORIDA DETROIT DIESEL-ALLISON

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

| | |
|---|---|
| **BALANCE DUE:** | $38.00 |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

# INVOICE





**Send Payments To:**
**COMPASS INVESTIGATIONS**
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010  Served: 9/10/2010 2:45 pm  .AUTHORIZED
To be served on: FLORIDA YACHTS INTERNATIONAL

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** | | | **$38.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

# INVOICE



**COMPASS INVESTIGATIONS**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010   Served: 9/10/2010 1:05 pm .AUTHORIZED
To be served on: ALLIED MARINE - RICHARD BERTRAM YACHT, INC.

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010   Served: 9/11/2010 1:50 pm  .SUBSTITUTE - R/A RESIDENCE
To be served on: KC MARINE DIESEL

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

# INVOICE



**Send Payments To:**
COMPASS INVESTIGATIONS
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/7/2010    Served: 9/15/2010 12:40 pm .AUTHORIZED
To be served on: SHORELINE MARINE FUEL AND OIL

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/7/2010   Served: 9/15/2010 6:50 pm  .SUBSTITUTE - R/A RESIDENCE
To be served on: GLOBAL YACHT AND SHIP SURVEYORS

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** | | | **$38.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010   Served: 9/15/2010 7:10 pm .CORPORATE
To be served on: BOATS R. US INTERNATIONAL, INC.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** $38.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010   Served: 9/17/2010 3:10 pm  .AUTHORIZED
To be served on: NORSEMAN SHIPBUILDING MARINE

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/23/2010    Served: 9/25/2010 11:00 am .SUBSTITUTE - R/A RESIDENCE
To be served on: H20 MARINE AND/OR HARRY TELLAM

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/15/2010    Served: 10/27/2010 3:05 pm  .SUBSTITUTE - RESIDENTIAL
To be served on: JOHN TELLAM @ H2O MARINE TOWING & SALVAGE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** $38.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

Invoice #2010007103
9/22/2010

Send Payments To:
**COMPASS INVESTIGATIONS**
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/7/2010    Non-Served: 9/22/2010  .NON-SERVE - COMMENTS
To be served on: H2O MARINE TOWING AND SALVAGE

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | $38.00 |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/23/2010   Non-Served: 10/11/2010 .NON-SERVE - COMMENTS
To be served on: H20 MARINE JOHN TELLAM

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** **$38.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010   Served: 9/27/2010 1:55 pm  .AUTHORIZED
To be served on: GLASS TECH CORPORATION

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/17/2010    Served: 9/24/2010 11:50 am .AUTHORIZED
To be served on: ESTRELLA INSURANCE, INC.,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/15/2010   Served: 10/19/2010 11:25 am  .INDIVIDUAL/PERSONAL
To be served on: ROBERT GARAY @ GLOBAL YACHT & SHIP SURVEYORS, INC.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** $38.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



Invoice #2010008380
10/25/2010

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/15/2010   Non-Served: 10/25/2010  .NON-SERVE - COMMENTS
To be served on: DAVE BERARD @ HMY AT HARBOUR TOWNE HARINA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** $38.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/22/2010    Served: 11/2/2010 11:05 am  .INDIVIDUAL/PERSONAL
To be served on: DAVE BERARD, HMY AT THE WATERWAY MARINE

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - (Stuart, FL) | 1.00 | 125.00 | 125.00 |
| Shipping & Handling | 1.00 | 4.95 | 4.95 |
| TOTAL CHARGED: | | | $129.95 |
| **BALANCE DUE:** | | | **$129.95** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

Invoice #2010009060
11/16/2010



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 11/10/2010   Served: 11/15/2010 8:20 pm  .INDIVIDUAL/PERSONAL
To be served on: ALEJANDRO MOYA

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:**                                                                 **$38.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



Invoice #2010009063
11/17/2010
9542

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 11/10/2010   Served: 11/11/2010 4:30 pm  .SUBSTITUTE - RESIDENTIAL
To be served on: JAMES MATTHYSEE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | $38.00 |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 11/10/2010   Served: 11/26/2010 1:25 pm .SUBSTITUTE - RESIDENTIAL
To be served on: SHAWN CATRA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** **$38.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 11/12/2010    Served: 11/16/2010 3:30 pm .AUTHORIZED
To be served on: USI INSURANCE SERVICES, LLC

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:**                    $38.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

# INVOICE



**Send Payments To:**
COMPASS INVESTIGATIONS
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 11/10/2010   Non-Served: 12/13/2010  .NON-SERVE - COMMENTS
To be served on: RALPH NAVARRO, FLORIDA YACHTS INTERNATIONAL

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| | 1.00 | 38.00 | 38.00 |
| Subpoena | 1.00 | 38.00 | 38.00 |
| Subpoena - 2nd Address | | | $76.00 |
| TOTAL CHARGED: | | | |
| | | | $76.00 |
| **BALANCE DUE:** | | | |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010   Served: 9/18/2010 1:45 pm .SUBSTITUTE - RESIDENTIAL
To be served on: PRECISION GENERATOR SERVICE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| Subpoena - 2nd Address | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $76.00 |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. • Process Server's Toolbox V6.3x



Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010   Served: 9/9/2010 2:00 pm .AUTHORIZED
To be served on: HMY YACHT SALES, INC.

Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number:  10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010    Served: 9/10/2010 12:18 pm  .AUTHORIZED
To be served on: WACHOVIA BANK, N.A.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9368
Your Contact: Linda
**Case Number: 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTREELA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 9/8/2010   Served: 9/9/2010 12:12 pm  .AUTHORIZED
To be served on: AZIMUT BENETTI SERVICE USA, INC.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.