

# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Dahlene
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 5/16/2012   Served: 5/22/2012 7:30 pm  .INDIVIDUAL/PERSONAL
To be served on: ALEX RIOS PERSONALLY @ PRECISION GENERATORS

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| Subpoena - Rush Service- 2nd Address | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $114.00 |
| **BALANCE DUE:** | | | **$114.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012    Served: 4/19/2012 1:20 pm .AUTHORIZED
To be served on: RECORDS CUSTODIAN GEORGE PARSONS METRO PCS SECURITY COMPLIANCE

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service  (Richardson, TX) | 1.00 | 180.00 | 180.00 |
| TOTAL CHARGED: | | | $180.00 |

**BALANCE DUE:** $180.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012   Served: 4/20/2012 10:32 am  .INDIVIDUAL/PERSONAL
To be served on: PETER ANGEL MARINE DIESEL SPECIALISTS

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



# INVOICE

Invoice #JVS-2012002776
4/20/2012

Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012    Served: 4/19/2012 6:12 pm  .SUBSTITUTE - RESIDENTIAL
To be served on: PHILLIP DAVIS

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| | | | |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

# INVOICE



**COMPASS**
INVESTIGATIONS

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012  Served: 5/3/2012 6:55 am  .INDIVIDUAL/PERSONAL
To be served on: LORENO BARISO

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012   Non-Served: 4/23/2012  .NON-SERVE - COMMENTS
To be served on: VALARIE KIELDSEN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



## INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012   Served: 4/20/2012 2:10 pm   .AUTHORIZED
To be served on: MELANIE JOHNSON C/O NORTH MIAMI DADE POLICE DEPARTMENT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

**BALANCE DUE:** $76.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

Invoice #JVS-2012002769
4/23/2012

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012   Served: 4/19/2012 8:45 pm  .SUBSTITUTE - RESIDENTIAL
To be served on: ALEJANDRO MOYA

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012  Served: 4/20/2012 2:00 pm .SUBSTITUTE - RESIDENTIAL
To be served on: ROBERT GARAY GLOBAL YACHT & SHIP SURVEYORS

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012    Non-Served: 4/23/2012  .NON-SERVE - COMMENTS
To be served on: PERSON WITH THE MOST KNOWLEDGE PRECISION GENERATORS

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| Subpoena - Rush Service - 2nd Address | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $152.00 |
| **BALANCE DUE:** | | | **$152.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/23/2012   Served: 4/23/2012 4:35 pm  .SUBSTITUTE - RESIDENTIAL
To be served on: PERSON WITH THE MOST KNOWLEDGE PRECISION GENERATORS

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



# INVOICE

Invoice #JVS-2012002770
4/24/2012

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012   Served: 4/20/2012 9:05 am  .INDIVIDUAL/PERSONAL
To be served on: DAVE BERARD HMY YACHT SALES

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service  (Stuart, FL) | 1.00 | 150.00 | 150.00 |
| Subpoena - Rush Service 2nd Address (Stuart, FL) | 1.00 | 150.00 | 150.00 |
| TOTAL CHARGED: | | | $300.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$300.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes
necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof,
including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be
deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012  Served: 4/24/2012 2:10 pm  .INDIVIDUAL/PERSONAL
To be served on: RALPH NAVARRO FLORIDA YACHTS INTERNATIONAL

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

Invoice #JVS-2012002772
4/26/2012

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012   Served: 4/25/2012 10:21 am .AUTHORIZED
To be served on: SONEET KAPILA, KAPILA & COMPANY

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. – Process Server's Toolbox V6.4m



# INVOICE



Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Received: 4/19/2012   Served: 4/24/2012 3:36 pm .INDIVIDUAL/PERSONAL
To be served on: DETECTIVE CHRISTIAN WINCH MIAMI-DADE POLICE DEPARTMENT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| Subpoena - Rush Service - 2nd Address | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $152.00 |
| | | | |
| **BALANCE DUE:** | | | **$152.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012    Served: 4/24/2012 4:10 pm   .INDIVIDUAL/PERSONAL
To be served on: STEVE JOHNSTON, SHORELINE MARINE FUEL AND OIL

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



**INVOICE**

Invoice #JVS-2012002767
4/26/2012

Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012   Served: 4/25/2012 9:20 am  .INDIVIDUAL/PERSONAL
To be served on: ALEX ZAJAC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| Subpoena - Rush Service - 2nd Address | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $152.00 |
| **BALANCE DUE:** | | | **$152.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

Invoice #JVS-2012002764
4/26/2012

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012   Served: 4/19/2012 3:45 pm  .AUTHORIZED
To be served on: RECORDS CUSTODIAN WELLS FARGO BANK, N.A./WACHOVIA BANK, N.A.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service  (Tallahassee, FL) | 1.00 | 150.00 | 150.00 |
| TOTAL CHARGED: | | | $150.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$150.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012    Served: 4/20/2012 11:50 am .AUTHORIZED
To be served on: RECORDS CUSTODIAN FRAN DANNER SPRINT NEXTEL

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service  (Overland Park, KS) | 1.00 | 130.00 | 130.00 |
| TOTAL CHARGED: | | | $130.00 |
| BALANCE DUE: | | | $130.00 |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



**INVOICE**

Invoice #JVS-2012002761
4/26/2012

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012   Served: 4/20/2012 11:50 am .AUTHORIZED
To be served on: RECORDS CUSTODIAN NEXTEL/SPRINT PCS SPRINT CORPORATION SECURITY

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service  (Overland Park, KS) | 1.00 | 160.00 | 160.00 |
| TOTAL CHARGED: | | | $160.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$160.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-KMW**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/19/2012   Served: 4/19/2012 1:20 pm  .AUTHORIZED
To be served on: RECORDS CUSTODIAN GEORGE PARSONS METRO PCS SECURITY COMPLIANCE

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service  (Richardson, TX) | 1.00 | 180.00 | 180.00 |
| TOTAL CHARGED: | | | $180.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$180.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m