

# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 12/21/2010   Served: 12/28/2010 2:00 pm  .AUTHORIZED
To be served on: CUSTODIAN OF RECORDS MetroPCS LEGAL DEPARTMENT OF SUBPOENA COMPLIANCE
DEPARMENT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena (Richardson, TX) | 1.00 | 155.00 | 155.00 |
| Shipping & Handling | 1.00 | 4.95 | 4.95 |
| TOTAL CHARGED: | | | $159.95 |

| **BALANCE DUE:** | | | **$159.95** |
|---|---|---|---|

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 1/7/2011   Served: 1/12/2011 5:30 pm  .SUBSTITUTE - RESIDENTIAL
To be served on: JOHN TELLAM

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

**BALANCE DUE:**        $76.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 2/16/2011   Served: 2/16/2011 2:40 pm  .INDIVIDUAL/PERSONAL
To be served on: RALPH NAVARRO PERSONALLY @ FLORIDA YACHTS INTERNATIONAL

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

**Send Payments To:
COMPASS INVESTIGATIONS
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 2/16/2011   Served: 2/21/2011 8:00 am .SUBSTITUTE - RESIDENTIAL
To be served on: ALEX ZAJAC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| Subpoena - Rush Service - 2nd Address | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $152.00 |

**BALANCE DUE:** $152.00

**Comments pertaining to this Invoice:**
SERVICE WAS ATTEMPTED AT THE ADDRESS PROVIDED OF 3750 WEST FLAGLER STREET, MIAMI,F L
AND THE SERVER IS REPORTING THAT THIS IS A BUSINESS ADDRESS AND PER THE SECRETARY,
NICOLAS ESTRELLA, SR IS THE OWNER AND HE IS OUT OF THE COUNTRY FOR ABOUT A MONTH AND
ALEX ZAJAC IS NOT AVAILABLE. SHE FURTHER STATED THAT THEY ARE VERY DIFFICULT TO LOCATE
HERE.

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes
necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof,
including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be
deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 2/16/2011   Served: 2/22/2011 1:50 pm .INDIVIDUAL/PERSONAL
To be served on: STEVE JOHNSTON, SHORELINE FUELS

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

| | | | |
|---|---|---|---|
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x





**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 2/16/2011   Served: 2/22/2011 1:40 pm .INDIVIDUAL/PERSONAL
To be served on: CHRISTIAN G. WINCH DETECTIVE #4348, MIAMI DADE POLICE DEPARTMENT, ECONOMIC CRIMES
BUREAU

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| Subpoena - Rush Service/2nd Address | 1.00 | 76.00 | 76.00 |
| Subpoena - Rush Service/3rd Address | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $228.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$228.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes
necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof,
including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be
deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 1/7/2011   Served: 1/10/2011 11:30 am .SUBSTITUTE - RESIDENTIAL
To be served on: JAMES MATTHYSSE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



# INVOICE

Invoice #2011001618
3/2/2011

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 2/28/2011   Served: 3/2/2011 8:55 am .AUTHORIZED
To be served on: RECORDS CUSTODIAN KEY BISCAYNE YACHT CLUB

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



**COMPASS**
INVESTIGATIONS

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 3/7/2011    Served: 3/8/2011 11:25 am  .CORPORATE - REGISTERED AGENT
To be served on: CORPORATE REPRESENTATIVE WACHOVIA BANK C/O JEFFREY KUCERA, ESQ, K&L GATES LLP

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

**BALANCE DUE:** $76.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 3/11/2011    Served: 3/11/2011 11:30 am  .INDIVIDUAL/PERSONAL
To be served on: TERRI VALDES PERSONALLY @ BIMINI HERITAGE, LTD.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

Send Payments To:
COMPASS INVESTIGATIONS
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 2/16/2011    Non-Served: 3/17/2011  .NON-SERVE - COMMENTS
To be served on: NICOLAS ESTRELLA, SR

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| Subpoena - Rush Service - 2nd Address | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $152.00 |
| **BALANCE DUE:** | | | **$152.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 3/7/2011    Non-Served: 3/14/2011 .NON-SERVE - COMMENTS
To be served on: MICHAEL L. WILLIAMSON SENIOR VICE PRESIDENT, WACHOVIA BANK, N.A. (WELLS FARGO)

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena (Daytona Beach, FL) | 1.00 | 125.00 | 125.00 |
| Shipping & Handling | 1.00 | 4.95 | 4.95 |
| TOTAL CHARGED: | | | $129.95 |

| | |
|---|---|
| **BALANCE DUE:** | **$129.95** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes
necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof,
including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be
deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 3/11/2011   Served: 3/14/2011 8:00 pm  .INDIVIDUAL/PERSONAL
To be served on: PHILLIP DAVIS

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 2/28/2011   Served: 3/16/2011 2:45 pm  .AUTHORIZED
To be served on: RECORDS CUSTODIAN VESSEL ASSIST

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| Subpoena - Rush Service - 2nd Address | 1.00 | 76.00 | 76.00 |
| Subpoena - Rush Service - 3rd Address | 1.00 | 76.00 | 76.00 |
| Subpoena - Rush Service - 4th Address | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $304.00 |

**BALANCE DUE:**                                                    $304.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 3/11/2011   Non-Served: 3/28/2011  .NON-SERVE - COMMENTS
To be served on: GEORGE GONZALEZ

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x



**INVOICE**

Invoice #JVS-2011002520
4/11/2011

# 9542

lr
4/14/11

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/1/2011   Served: 4/7/2011 4:00 pm  .AUTHORIZED
To be served on: RECORDS CUSTODIAN METRO PCS

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena (Richardson, TX) | 1.00 | 155.00 | 155.00 |
| Shipping & Handling | 1.00 | 4.95 | 4.95 |
| TOTAL CHARGED: | | | $159.95 |

| | |
|---|---|
| **BALANCE DUE:** | **$159.95** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

*# 9542*
*4/27/11*
*lcr*

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9607
Your Contact: Linda
**Case Number: Southern 10-20938-CIV-KING**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/15/2011   Served: 4/22/2011 9:10 am .INDIVIDUAL/PERSONAL
To be served on: JUDY FIGUEREDO

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: SOUTHERN 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 5/3/2011    Served: 5/5/2011 7:00 am  .INDIVIDUAL/PERSONAL
To be served on: LORENE BARISO

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| | 1.00 | 76.00 | 76.00 |
| Subpoena - Rush Service | | | $76.00 |
| TOTAL CHARGED: | | | |
| | | | $76.00 |
| **BALANCE DUE:** | | | |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9542
Your Contact: Alvina
**Case Number: SOUTHERN 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 4/29/2011    Served: 5/2/2011 9:20 pm  .INDIVIDUAL/PERSONAL
To be served on: LISA GAYE FIGUEREDO

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

**BALANCE DUE:** $76.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: SOUTHERN 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 5/12/2011    Served: 5/12/2011 2:10 pm  .AUTHORIZED
To be served on: RECORDS CUSTODIAN/ATTN: MELANIE ZIMMER SPRINT SPECTRUM, L.P. C/O SPRINT CORPORATE
SECURITY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena (Overland Park, KS) | 1.00 | 145.00 | 145.00 |
| TOTAL CHARGED: | | | $145.00 |

| BALANCE DUE: | | | $145.00 |
|---|---|---|---|

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes
necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof,
including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be
deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



**Invoice #JVS-2011004004**
**6/6/2011**

**Send Payments To:**
**COMPASS INVESTIGATIONS**
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: SOUTHERN 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 6/1/2011    Served: 6/1/2011 1:50 pm  .AUTHORIZED
To be served on: RECORDS CUSTODIAN WELLS FARGO BANK, N.A. / WACHOVIA BANK, N.A. CORPORATION
SERVICE SYSTEM, RA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service (Tallahassee, FL) | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $175.00 |

**BALANCE DUE:** $175.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

Invoice #JVS-2011004250
6/14/2011

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Your Contact: Alvina
**Case Number: SOUTHERN 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 6/9/2011   Served: 6/9/2011 3:20 pm  .AUTHORIZED
To be served on: CORPORATE REPRESENTATIVE WACHOVIA BANK C/O JEFFREY KUCERA, ESQ/K&L GATES LLP

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

**BALANCE DUE:**                                                                                        **$76.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m





**COMPASS INVESTIGATIONS**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 6/1/2011    Served: 6/2/2011 9:30 am .AUTHORIZED
To be served on: METRO PCS RECORDS CUSTODIAN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service (Richardson, TX) | 1.00 | 180.00 | 180.00 |
| TOTAL CHARGED: | | | $180.00 |

**BALANCE DUE:**                                                                 $180.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 6/1/2011   Served: 6/1/2011 10:36 am .AUTHORIZED
To be served on: RECORDS CUSTODIAN T-MOBILE USA, INC.,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service (Bellevue, WA) | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $175.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$175.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

# INVOICE



**COMPASS** INVESTIGATIONS

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: SOUTHERN 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 6/1/2011    Served: 6/6/2011 10:24 am .AUTHORIZED
To be served on: RECORDS CUSTODIAN BELLSOUTH TELECOMMUNICATIONS, INC.,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service (Atlanta, GA) | 1.00 | 195.00 | 195.00 |
| Subpoena - Rush Service - 2nd Address (Duluth, GA) | 1.00 | 145.00 | 145.00 |
| TOTAL CHARGED: | | | $340.00 |

**BALANCE DUE:** $340.00

**Comments pertaining to this Invoice:**
SERVICE ATTEMPTED AT 675 PEACH TREE STREET, N.E., SUITE 4500, ATLANTA, GA AND AFFIANT WAS
ADVISED THAT SERVICE MUST BE COMPLETED ON THE REGISTERED AGENT AT 2180 SATELITE BLVD.,
STE 400, DULUTH, GA.

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes
necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof,
including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be
deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: SOUTHERN 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 6/1/2011   Served: 6/6/2011 11:00 am .AUTHORIZED
To be served on: BROWN'S MARINA

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |
| | | | |
| **BALANCE DUE:** | | | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: SOUTHERN 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 6/1/2011    Served: 6/2/2011 1:40 pm  .CORPORATE
To be served on: SHORELINE MARINA FUEL AND OIL

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

**BALANCE DUE:** $76.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: SOUTHERN 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 6/6/2011    Served: 6/8/2011 2:30 pm  .AUTHORIZED
To be served on: RECORDS CUSTODIAN COCO PLUM YACHT CLUB ATTN: HARRIS SHOOPMAN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

Invoice #JVS-2011004249
6/9/2011

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: SOUTHERN 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 6/9/2011   Served: 6/9/2011 4:30 pm  .INDIVIDUAL/PERSONAL
To be served on: DARRIN DUTOIT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service | 1.00 | 76.00 | 76.00 |
| TOTAL CHARGED: | | | $76.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$76.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE



Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Reference Number: 9373
Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 5/26/2011    Served: 6/3/2011 4:10 pm  .AUTHORIZED
To be served on: SPRINT/NEXTEL CUSTODIAN OF RECORDS/SPRINT CORPORATION SECURITY

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**PHONE: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena (Overland, KS) | 1.00 | 145.00 | 145.00 |
| Shipping & Handling | 1.00 | 4.95 | 4.95 |
| TOTAL CHARGED: | | | $149.95 |

| | |
|---|---|
| **BALANCE DUE:** | **$149.95** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



## INVOICE



Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 6/1/2011    Served: 6/2/2011 2:17 pm .AUTHORIZED
To be served on: RECORDS CUSTODIAN/ ATTN: MELANIE ZIMMER SPRINT SPECTRUM, L.P. C/O SPRINT
CORPORATE SECURITY - SUBPOENA COMPLIANCE KSOPHM0216

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service (Overland Park, KS) | 1.00 | 185.00 | 185.00 |
| TOTAL CHARGED: | | | $185.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$185.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011   Served: 10/7/2011 4:15 pm .AUTHORIZED
To be served on: RECORDS CUSTODIAN WELLS FARGO BANK, N.A./ WACHOVIA BANK, N.A.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service (Tallahassee, FL) | 1.00 | 150.00 | 150.00 |
| TOTAL CHARGED: | | | $150.00 |
| **BALANCE DUE:** | | | **$150.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011   Served: 10/12/2011 1:35 pm .INDIVIDUAL/PERSONAL
To be served on: ROBERT GARAY PERSONALLY @ GLOBAL YACHT & SHIP SURVEYORS

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



## INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011    Served: 10/20/2011 12:00 pm  .INDIVIDUAL/PERSONAL
To be served on: LORENO BARISO

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** **$38.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011    Served: 10/10/2011 10:45 am  .CORPORATE
To be served on: RON FERGUSON WACHOVIA BANK/WELLS FARGO

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service (Charlotte, NC) | 1.00 | 200.00 | 200.00 |
| TOTAL CHARGED: | | | $200.00 |
| **BALANCE DUE:** | | | **$200.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011    Served: 10/10/2011 11:35 am  .AUTHORIZED
To be served on: RECORDS CUSTODIAN FRAN DANNER SPRINT NEXTEL

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service (Overland Park, KS) | 1.00 | 165.00 | 165.00 |
| TOTAL CHARGED: | | | $165.00 |

| | | |
|---|---|---|
| **BALANCE DUE:** | | **$165.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011    Served: 10/8/2011 1:05 pm  .INDIVIDUAL/PERSONAL
To be served on: PHILLIP DAVIS

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** $38.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011   Served: 10/12/2011 12:40 pm  .INDIVIDUAL/PERSONAL
To be served on: RALPH NAVARRO PERSONALLY @ FLORIDA YACHTS INTERNATIONL

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena  | 1.00     | 38.00 | 38.00  |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:**                                                          **$38.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



**INVOICE**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011    Served: 10/14/2011 10:18 am  .SUBSTITUTE - RESIDENTIAL
To be served on: JAMES MATTHYSSE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** $38.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

Invoice #JVS-2011007460
10/17/2011

Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011    Served: 10/12/2011 2:10 pm  .INDIVIDUAL/PERSONAL
To be served on: DAVE BERARD PERSONALLY @ HMY YACHTS SALES

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service (Stuart, FL) | 1.00 | 150.00 | 150.00 |
| Subpoena - Rush Service - 2nd Address (Stuart, FL) | 1.00 | 150.00 | 150.00 |
| Subpoena - 3rd Address - (Stuart, FL) | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $425.00 |

| **BALANCE DUE:** | **$425.00** |
|---|---|

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011   Served: 10/11/2011 10:15 am  .AUTHORIZED
To be served on: RECORDS CUSTODIAN GEORGE PARSONS/METRO PCS SECURITY COMPLIANCE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena - Rush Service (Richardson, TX) | 1.00 | 180.00 | 180.00 |
| TOTAL CHARGED: | | | $180.00 |

**BALANCE DUE:** **$180.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



## INVOICE

Invoice #JVS-2011007445
10/17/2011

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011   Served: 10/14/2011 11:55 am .INDIVIDUAL/PERSONAL
To be served on: STEVE JOHNSON PERSONALLY @ SHORELINE MARINE FUEL AND OIL

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** **$38.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011    Served: 10/15/2011 4:35 pm  .INDIVIDUAL/PERSONAL
To be served on: ALEJANDRO MOYA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



## INVOICE

Invoice #JVS-2011007444
10/24/2011

Send Payments To:
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011   Non-Served: 10/21/2011  .NON-SERVE - COMMENTS
To be served on: JOHN TELLAM

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|---------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011    Served: 10/20/2011 2:45 pm .INDIVIDUAL/PERSONAL
To be served on: DETECTIVE CHRISTIAN WINCH MIAMI DADE POLICE DEPARTMENT, ECONOMIC CRIMES BUREAU

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

**BALANCE DUE:** **$38.00**

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



**Send Payments To:**
COMPASS INVESTIGATIONS
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011   Non-Served: 10/20/2011 .NON-SERVE - COMMENTS
To be served on: PERSON WITH THE MOST KNOWLEDGE PRECISION GENERATORS

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
Phone: (954) 527-5722
Fax: (954) 527-4451
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011    Non-Served: 10/20/2011  .NON-SERVE - COMMENTS
To be served on: ALEX ZAJAC

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m


# INVOICE



**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011   Non-Served: 10/20/2011  .NON-SERVE - COMMENTS
To be served on: SHAWN CATRA

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m



# INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
**59-2763119**

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011   Non-Served: 10/20/2011  .NON-SERVE - COMMENTS
To be served on: VALARIE KIELDSEN

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes
necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof,
including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be
deemed accepted. This acceptance includes all terms including the Attorney's fees provision.



## INVOICE

**Send Payments To:**
**COMPASS INVESTIGATIONS**
**10 South New River Drive, East**
**Suite 205**
**Fort Lauderdale, FL 33301**
**Phone: (954) 527-5722**
**Fax: (954) 527-4451**
59-2763119

Fertig & Gramling
200 Southeast Thirteenth Street
Fort Lauderdale, FL 33316

Your Contact: Alvina
**Case Number: Southern 10-CV-20938-JLK**

Plaintiff:
**NICOLAS ESTRELLA**

Defendant:
**FEDERAL INSURANCE COMPANY**

Received: 10/7/2011    Non-Served: 10/20/2011  .NON-SERVE - COMMENTS
To be served on: SONEET KAPILA PERSONALLY @ KAPILA & COMPANY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Subpoena | 1.00 | 38.00 | 38.00 |
| TOTAL CHARGED: | | | $38.00 |
| **BALANCE DUE:** | | | **$38.00** |

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m

# *Gold Investigations, Inc.*

**P.O. Box 922996, Norcross, GA 30010**
**Phone: 770-441-8913**
**Fax: 770-441-9213**
**E-mail: harriet@goldinvestigations.com**

## <u>Invoice</u>

**Bill To**

Christopher R. Fertig, Esq.
Fertig & Gramling
200 S.E. 13th Street
Ft. Lauderdale, Fl 33316

| Project |
| --- |
| Estrella v Fed 040509044757, #9368 |

| Date | Invoice # |
| --- | --- |
| 5/23/2011 | 525.4 |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| Investigative Services - 05/18/11 - Obtain subpoena, travel to CocoPlum, travel to Caballero's residence twice | 7.5 | 85.00 | 637.50 |
| Mileage - 05/18/11 | 41 | 0.65 | 26.65 |
| Investigative Services - 05/19/11 - Travel to Caballero's residence and serve process | 4 | 85.00 | 340.00 |
| Record Check - Automobile tag database search to confirm Caballero and families vehicles | 3 | 15.00 | 45.00 |
| Mileage | 14 | 0.65 | 9.10 |

| | |
| --- | --- |
| **CUSTOMARY FINANCE CHARGES ADDED TO UNPAID BALANCE AFTER 30 DAYS.** | **Total**  $1,058.25 |

Tax ID # 65-0129056
FL.LIC. A2500121 and GA.LIC.PDC001714

# *Gold Investigations, Inc.*

P.O. Box 922996, Norcross, GA 30010
**Phone: 770-441-8913**
**Fax: 770-441-9213**
**E-mail: harriet@goldinvestigations.com**

## Invoice

**Bill To**

Christopher R. Fertig, Esq.
Fertig & Gramling
200 S.E. 13th Street
Ft. Lauderdale, Fl 33316

| Date | Invoice # |
| --- | --- |
| 10/26/2011 | 525.5 |

| Project |
| --- |
| Estrella v Fed 040509044757, #9368 |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| Investigative Services  Attempt to serve (Figueredo) morning and evening 10/6/11 | 3 | 85.00 | 255.00 |
| Mileage 10/6/11 | 86 | 0.65 | 55.90 |
| Investigative Services  Attempt to serve (Figueredo) 10/8/11 | 1.5 | 85.00 | 127.50 |
| Mileage 10/8/11 | 43 | 0.65 | 27.95 |
| Investigative Services, Attempt to serve (Figueredo) 10/9/11 | 1.5 | 85.00 | 127.50 |
| Mileage 10/9/11 | 43 | 0.65 | 27.95 |
| Investigative Services, Serve Subpoena (Caballero) 10/10/11 | 1.25 | 85.00 | 106.25 |
| Mileage 10/10/11 | 24 | 0.65 | 15.60 |
| Investigative Services, Attempt to Serve (Figueredo, spk with his mother at residence 10/11/11 | 1.5 | 85.00 | 127.50 |
| Mileage 10/11/11 | 43 | 0.65 | 27.95 |
| Investigative Services, Attempt to Serve McKenzie via Charles Duncan (no charge) 10/11/11 | 0 | 85.00 | 0.00 |
| Investigative Services, Attempts to Serve Mckenzie at home on Key Biscayne 10/13-7:30 am, 10/13/8:30pm, 10/15-8:30 am, 10/15-4:30 pm, 10/17/11 7:35 pm | 1 | 85.00 | 85.00 |

| CUSTOMARY FINANCE CHARGES ADDED TO UNPAID BALANCE AFTER 30 DAYS. | **Total** | **$984.10** |
| --- | --- | --- |

Tax ID #~~XXXXXXXXX~~
FL.LIC. A2500121 and GA.LIC.PDC001714

# Gold Investigations, Inc.

P.O. Box 922996, Norcross, GA 30010
Phone: 770-441-8913
Fax: 770-441-9213
E-mail: harriet@goldinvestigations.com

## Invoice

**Bill To**

Christopher R. Fertig, Esq.
Fertig & Gramling
200 S.E. 13th Street
Ft. Lauderderdale, Fl. 33316

| Project |
| --- |
| Estrella v Fed. 040509044757, #9368 |

| Date | Invoice # |
| --- | --- |
| 4/12/2011 | 525.2 |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| Investigative Services 2/17/11 Go by possible residence 253 SW 20th Rd. | 1 | 85.00 | 85.00 |
| Mileage 2/17/11 | 43 | 0.65 | 27.95 |
| Investigative Services 2/18/11 Go by Mackenzie residence Pompano | 2 | 85.00 | 170.00 |
| Mileage 2/18/11 | 113 | 0.65 | 73.45 |
| Investigative Services 2/20/11  Go by 2 locations in Folly Beach, SC and John's Island, SC | 2.5 | 85.00 | 212.50 |
| Mileage 2/20/11 | 64 | 0.65 | 41.60 |
| Investigative Services 2/24/11 Go by possible location of Figueredo in Key Biscayne | 1.5 | 85.00 | 127.50 |
| Mileage 2/24/11 | 53 | 0.65 | 34.45 |
| Investigative Services search  on 2/25/11 areas in Little Haiti and marinas and locations in Miami after knowledge from source of Figueredo being in area, used 2 investigators for this due to area | 10 | 85.00 | 850.00 |
| Mileage 2/25/11 | 150 | 0.65 | 97.50 |
| Investigative Services Drive by McKenzie, waited for MacKenzie and deliver subpoena to process server 3/1/2011 | 3 | 85.00 | 255.00 |
| Mileage 3/1/11 | 123 | 0.65 | 79.95 |

| CUSTOMARY FINANCE CHARGES ADDED TO UNPAID BALANCE AFTER 30 DAYS. | **Total** |
| --- | --- |

Tax ID █████29056
FL.LIC. A2500121 and GA.LIC.PDC001714

# *Gold Investigations, Inc.*

**P.O. Box 922996, Norcross, GA 30010**
**Phone: 770-441-8913**
**Fax: 770-441-9213**
**E-mail: harriet@goldinvestigations.com**

## Invoice

**Bill To**

Christopher R. Fertig, Esq.
Fertig & Gramling
200 S.E. 13th Street
Ft. Lauderderdale, Fl. 33316

| Date | Invoice # |
|---|---|
| 4/12/2011 | 525.2 |

**Project**

Estrella v Fed. 040509044757, #9368

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Investigative Services  3/2/11 process service on Eric MacKenzie | 2 | 85.00 | 170.00 |
| Investigative Services 4/2/11 go by Figueredo possible residence on 20th road | 1 | 85.00 | 85.00 |
| Mileage 4/2/11 | 43 | 0.65 | 27.95 |
| Record Check  additional not charged for previously | | 145.00 | 145.00 |
| Professional Discount  less 137.85 | | -137.85 | -137.85 |

| CUSTOMARY FINANCE CHARGES ADDED TO UNPAID BALANCE AFTER 30 DAYS. | **Total** | **$2,345.00** |
|---|---|---|

Tax ID # 65-0120053
FL.LIC. A2500121 and GA.LIC.PDC001714

# *Gold Investigations, Inc.*

P.O. Box 922996, Norcross, GA 30010
Phone: 770-441-8913
Fax: 770-441-9213
E-mail: harriet@goldinvestigations.com

## Invoice

**Bill To**

Christopher R. Fertig, Esq.
Fertig & Gramling
200 S.E. 13th Street
Ft. Lauderdale, Fl 33316

| Date | Invoice # |
| --- | --- |
| 11/21/2011 | 525.6 |

| Project |
| --- |
| Estrella v Fed 040509044757, #9368 |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| Investigative Services  review information on Robert/Roberto Figueredo, attempt to locate Robert Figueredo in Peru, Vermont | 8 | 85.00 | 680.00 |
| Mileage | 204 | 0.65 | 132.60 |
| Record Check | | 75.00 | 75.00 |

| | |
| --- | --- |
| **CUSTOMARY FINANCE CHARGES ADDED TO UNPAID BALANCE AFTER 30 DAYS.** | **Total**      $887.60 |

Tax ID #
FL.LIC. A2500121 and GA.LIC.PDC001714

**BARTON AGENCY/NEIS**
**P O BOX 506, WILMINGTON VT 05363**
**802-464-3278voice 802-464-5585fax bartonag@sover.net**
=================================================

To:  Chris Fertig                                    Date: 07/27/11
**Fertig & Gamling**
200 SE 13th St,                                      Invoice: 11-463
Fort Lauderdale FL 33316


FIN# 03-0263143

| date | activity/description | rate | amount |
|------|---------------------|------|--------|
| | **Subpoena service on  Robert Figueredo** | | |
| 05/18/11 | **3 hours professional services** | **$85.00** | **$255.00** |
| | **90 miles** | **.60** | **54.00** |
| 05/24/11 | **2.5 hours professional services** | | **$212.50** |
| | **95 miles** | | **57.00** |
| 06/02/11 | **3 hours professional services** | | **$255.00** |
| | **102 miles** | | **61.20** |
| | **VT DMV search** | | **50.00** |
| 07/21/11 | **3 hours professional services** | | **$255.00** |
| | **90 miles** | | **54.00** |
| 07/25/11 | **.25 hours, telephone calls and communications** | | **21.25** |

**(see attached report for details)**




                              **TOTAL DUE:        $ 1,224.95**

**Thank you.**

**BARTON AGENCY/NEIS**
**P O BOX 506, WILMINGTON VT 05363**
**802-464-3278voice 802-464-5585fax** bartonag@sover.net
================================================

**To:  Chris Fertig**                           **Date: 05/11/11**
**Fertig & Gamling**
**200 SE 13th St,**                   **Invoice: 11-243**
**Fort Lauderdale FL 33316**


**FIN#** ▮▮▮▮▮▮▮▮

| date | activity/description | rate | amount |
|------|---------------------|------|--------|
| | **Subpoena service on  Robert Figueredo** | | |
| 05/07/11 | 3 hours professional services | $85.00 | $255.00 |
| | 90 miles | .60 | 54.00 |
| 05/08/11 | 2.5 hours professional services | | $212.50 |
| | 95 miles | | 57.00 |
| 05/09/11 | 3 hours professional services | | $255.00 |
| | 102 miles | | 61.20 |
| | VT DMV search | | 50.00 |
| 05/10/11 | 4 hours professional services | | $340.00 |
| | 120 miles | | 72.00 |
| 05/11/11 | Intake, report, telephone calls | | |
| | office incidentals | | 62.00 |

**(see attached report for details)**




**TOTAL DUE:**     **$ 1,685.70**


**Thank you.**